WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004
(212) 510-0500
daniel.rudewicz@usdoj.gov
By:  Daniel Rudewicz, Esq.
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
       Peggy Nestor,                               :        Case No. 23-10627 (MEW)
                                                   :
                              Debtor.              :
---------------------------------------------------------x

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for **May 30, 2023 at 2:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.** All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:  **877-929-5805**, and

when prompted enter the Participant Code: **1293922**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after the meeting is concluded.  Thank you for your anticipated cooperation in this regard.

Dated: New York, New York
April 25, 2023

>                           WILLIAM K. HARRINGTON
>                           UNITED STATES TRUSTEE
>
>                    By:    */s/ Daniel Rudewicz*
>                           Daniel Rudewicz
>                           Trial Attorney
>                           Office of the United States Trustee - NY
>                           Alexander Hamilton Custom House
>                           One Bowling Green, Room 534
>                           New York, New York 10004
>                           Tel. No. (212) 510-0500