23-10627-mew    Doc 837    Filed 01/19/26    Entered 01/19/26 13:09:36    Main Document
Pg 1 of 16

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Martha E. Martir

*Attorneys for Albert Togut,*
*Not Individually But Solely in His Capacity as*
*the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
PEGGY NESTOR, : Case No. 23-10627 (MEW)
: 
Debtor. :
------------------------------------------------------------------ x

## AUCTIONEER'S REPORT OF SALE OF ARTWORK

TO THE HONORABLE MICHAEL E. WILES,
UNITED STATES BANKRUPTCY JUDGE:

      Roland Antiques Gallery, Inc. ("Roland"), appointed by order of this court (the "Court") dated July 23, 2025 [Docket No. 703] (the "Roland Retention Order") as the auctioneer for Albert Togut, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate (the "Estate") of Peggy Nestor (the "Debtor") in the above-captioned case (the "Chapter 11 Case"), hereby files this report of sale (the "Report") in accordance with Rule 6004-1(f) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"). In support of this Report and in accordance with Local Rule 6004-1(g), Roland submits the declaration of William Roland, the President of Roland (the "Roland Declaration"), attached hereto as **Exhibit A** and incorporated herein by reference, and respectfully states:

      1.    Pursuant to the Roland Retention Order, on November 15, 2025, Roland held a hybrid online and in-person auction (the "Auction") for the sale of two

non-exempt works of art (the "Artwork") located in the townhouse at 15 East 63rd Street, New York, NY 10065 (the "Townhouse"). The Auction took place in person at Roland's auction gallery located at 150 School Street, Glen Cove, NY 11542 (the "Gallery"), and online on Live Auctioneers (liveauctioneers.com) and Invaluable (invaluable.com). The Auction lasted approximately nine and a half (9.5) hours with approximately 25 to 30 bidders attending in person and over 6,000 bidders registered online. Local Rule 6004-1(f)(1), (8).

2.  The highest and best bid for the Artwork was submitted by Marianne Nestor, who provided a mailing address at P.O. Box 2278, Radio City Station, NY 10019, for a total gross dollar amount (including the buyer's premium and sales tax) of $18,623.76. A chart reflecting the total invoiced amount, buyer's premium, sales tax charged, and commission charged by Roland is annexed to the Declaration as **Exhibit 1**. Local Rule 6004-1(f)(2), (4), (7).

3.  Pursuant to paragraph 8 of the Consignment Agreement between the Trustee and Roland dated May 28, 2025 (the "Consignment Agreement"),[1] expenses and disbursements relating to photography/listing, insurance and moving expenses were not to be and have not been charged to the Estate. Local Rule 6004-1(f)(5). No other expenses were incurred by the Estate in connection with the Auction and sale.

4.  No articles were withdrawn from the Auction because of a third-party claim of an interest therein. Local Rule 6004-1(f)(6).

5.  There were no items that were offered for sale for which no bids were received. Local Rule 6004-1(f)(9).

---

[1] A copy of the Consignment Agreement is attached to the Trustee's application for authority to retain Roland [Docket No. 625] as Exhibit B.

6.  The terms and conditions of the sale applicable to the Auction are attached to the Declaration as **Exhibit 2**.  Local Rule 6004-1(f)(10).

7.  The Auction was advertised to Roland's internal database of approximately 15,000 clients, as well in digital and print publications with Arts and Antiques Weekly, and the Antique Trade Gazette in London, as well as on the Live Auctioneers website.

8.  Inspection of the Artwork at the Gallery was available during the hours of 10 a.m. to 6 p.m. on November 13 and 14, 2025, as well as online with several images for approximately 15 days prior to the Auction.  Local Rule 6004-1(f)(12).

DATED:  New York, New York
          January 19, 2026

                                      */s/ William J. Roland*
                                      William Roland
                                      President
                                      Roland Antiques Gallery, Inc.
                                      150 School Street
                                      Glen Cove, New York 11542
                                      (212) 260-2000

**Exhibit A**

**Roland Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
PEGGY NESTOR,                                                   :    Case No. 23-10627 (MEW)
                                                                :
                          Debtor.                               :
                                                                :
---------------------------------------------------------------x

## DECLARATION OF WILLIAM ROLAND IN
## SUPPORT OF REPORT OF SALE OF ARTWORK

Under 28 U.S.C. § 1746, I, William Roland, declare as follows under penalty of perjury:

1. I am the President of Roland Antiques Gallery, Inc. ("Roland"), an auction house located at 150 School Street, Glen Cove, New York 11542. I submit this declaration in support of the Report of Sale filed contemporaneously herewith (the "Report of Sale") and in accordance with Local Rule 6004-1(g).[1] I have reviewed the Report of Sale and can attest to the veracity of the statements contained therein. Except as otherwise indicated, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, privileged discussions with retained professionals and the Trustee, and/or my opinion based upon my experience, knowledge and information. If called upon to testify, I would testify competently to the facts set forth herein.

2. Roland has more than forty years' experience as an art auctioneer, appraiser, consignor, estate liquidator and consignment and estate purchaser,

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Application.

specializing in fine art, fine period antiques and traditional style furnishings, collectibles, pianos, oriental rugs, jewelry, and other similar items.

3. Pursuant to the *Order Authorizing Chapter 11 Trustee's to (I) Employ and Retain Roland Antiques Gallery, Inc. as Auctioneer for Estate Artwork; (II) Sell the Estate Artwork Free and Clear of Liens, Claims, and Interests; and (III) Fix Compensation and Expense Reimbursement to Auctioneer* [Docket No. 703] (the "Roland Retention Order"), Roland was authorized to sell two non-exempt works of art located in the townhouse at 15 East 63rd Street, New York, NY 10065 (the "Artwork") at an auction or auctions to be conducted by Roland.

4. On November 15, 2025, Roland held a hybrid online and in-person auction (the "Auction") for the sale of the Artwork. The Auction took place in person at Roland's auction gallery located at 150 School Street, Glen Cove, NY 11542 (the "Gallery"), and online on Live Auctioneers (liveauctioneers.com) and Invaluable (invaluable.com). The Auction lasted approximately nine and a half (9.5) hours with approximately 25 to 30 bidders attending in person and over 6,000 bidders registered online.

5. The highest and best bid for the Artwork was submitted by Marianne Nestor, who provided a mailing address at P.O. Box 2278, Radio City Station, NY 10019, for a total gross dollar amount (including the buyer's premium and sales tax) of $18,623.76. An itemized statement reflecting the total invoiced amount, the buyer's premium, sales tax charged, and commission charged by Roland is annexed hereto as **Exhibit 1**.

6. The terms and conditions of the sale applicable to the Auction are annexed hereto as **Exhibit 2**.

2

7. I, and my partner Robert Roland received a license to conduct the Auction from the City of Glen Cove Police Department (the "License"). A copy of the License is annexed hereto as **Exhibit 3**.

8. No expenses (including with respect to labor costs) were incurred on behalf of the Estate in connection with the Auction.

9. The gross proceeds of the sale, exclusive of the buyer's premium and Roland's commission of 10% as authorized under paragraph 7 of the Consignment Agreement and paragraph 4 of the Roland Retention Order, were remitted to the Trustee via wire transfer on December 11, 2025 ($7,200) and on January 7, 2026 ($4,950).

I declare under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on January 19, 2026
New York, New York

                                                       */s/ William J. Roland*
                                                      William Roland

# Exhibit 1

## Itemized Statement



**Roland NY**
**150 School Street, Glen Cove, NY 11542**
212-260-2000/516-759-9400
www.RolandAuctions.com

**Auction Sale - 1316 - November 15, 2025 Estate Sale**

## PAID IN FULL

| | |
|---|---|
| Invoice #: | 51615 |
| Date: | 1/14/2026 1:33:43 |
| Page: | 1 |

**SOLD TO:**

# 163
Marianne Nestor
15E 63rd St
New York, NY 10065
Phone:347-514-3095

gemeauxltd@gmail.com
*Picked up 1.5.26 dr*
*Tax paid ($1,478.76) and to be refunded as soon as tax resale number is given and able to be verified with NYS, being renewed - danielle 1.5.26*
*12/31 emailed. She said she spoke with Danielle Will handle things with Danielle on Monday. br*
*Lot 298 picked up, will come back tomorrow w/balance due and resale cert & to p/up lot 297 - dr*
*Bringing resale cert & certified check - dr 11.19*
*E-Mailed on 11/15/2025 to gemeanyltde@gmail.com*
*E-Mailed on 12/31/2025 to gemeauxltd@gmail.com*
*E-Mailed on 1/5/2026 to gemeauxltd@gmail.com*

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 297 | Louis Elle Ferdinand II Attrib. Oil on Canvas Louis Elle Ferdinand II (French, 1648-1717) attributed oil on canvas portrait of a woman as Diana in a frame, marked spuriously Gerrit Von Honthorst to lower frame, work apparently unsigned. [44.5" H x 34.25" W; framed: 54" H x 43" W]. Condition is good, likely earlier restored, canvas relined. | 1 x 5,500.00 | 5,500.00 T |
| 298 | Aert Van der Neer attrib. O/B of a Burning City Aert Van der Neer (Dutch, 1603/4-1677) attributed oil on board of a burning village in the evening, with the artist's cipher to center lower, marked Aert Van der Neer to lower frame, and with a woodburned signature to verso. [Work: 17.25" H x 23.5" W; framed: 24" H x 31.25" W]. Condition is good, work and frame restored. | 1 x 8,000.00 | 8,000.00 T |

**Thank you for bidding with Roland NY**

**Roland NY**
**150 School Street, Glen Cove, NY 11542**
**212-260-2000/516-759-9400**
**www.RolandAuctions.com**

**Auction Sale - 1316 - November 15, 2025 Estate Sale**



**PAID IN FULL**

| | |
|---|---:|
| Invoice #: | **51615** |
| Date: | 1/14/2026 1:33:44 |
| Page: | 2 |

| | |
|---:|---:|
| Total Quantity: | 2.00 |
| Total Extended Price: | 13,500.00 |
| 27% Buyer's Premium: | 3,645.00 |
| Tax1 Default: | 1,478.76 |
| Invoice Total: | $18,623.76 |
| Cash DR - Cash-11/25/25 - 11/25/2025 - | 12,350.00 |
| Cash dr (danielle) - 1/5/2026 - | 6,273.76 |
| Remaining Invoice Balance: | $0.00 |

**Pick-up is between the hours of 9:30am - 3:30pm, Monday-Friday.   All items not picked up or where other shipping arrangements have not been conveyed and acknowledged by our gallery, within 5 business days of the sale date, will be moved to The UPS Store (all fees will be assessed by and paid to The UPS Store) or our off-site storage facility ($10 per day per lot for large items; $6 per day per lot for smaller items), at the buyer's expense. Roland Auctions will not be responsible or liable for any items left in the gallery after this allotted time. Any items left in storage after 90 days will be considered abandoned and ownership will revert to Roland NY.  No refunds will be given.**

Your signature indicates that the inventory was picked up in satisfactory condition:

**Thank you for bidding with Roland NY**

## Consignor Settlement



| | |
|---|---:|
| CO #: | 73994 |
| Date: | 1/14/2026 |
| Page: | 1 |

**Consignor: HTOG**

Peggy Nestor
HTOG - Albert Togut as Chapter 11 Trustee of
c/o Neil Berger - Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
Phone:(212) 594-5000, Ext. 131

*E-Mailed on 11/12/2025 to neilberger@teamtogut.com*

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Fixed

Any Amount                                          10%

Auction: November 15, 2025 Estate Sale

| Lot# | Transaction Description | Amount |
|---|---|---:|
| **297** | **Louis Elle Ferdinand II Attrib. Oil on Canvas** | |
| | Louis Elle Ferdinand II (French, 1648-1717) attributed oil on canvas portrait of a woman as Diana in a frame, marked spuriously Gerrit Von Honthorst to lower frame, work apparently unsigned. [44.5" H x 34.25" W; framed: 54" H x 43" W]. Condition is good, likely earlier restored, canvas relined. | |
| | Pre-Sale Estimate: 3,000.00 - 5,000.00 | |
| | Total Reserve: 2,000.00 | |
| 11/15/2025 | Invoice Sale Price | 5,500.00 |
| 11/15/2025 | Commission | ( 550.00) |
| **298** | **Aert Van der Neer attrib. O/B of a Burning City** | |
| | Aert Van der Neer (Dutch, 1603/4-1677) attributed oil on board of a burning village in the evening, with the artist's cipher to center lower, marked Aert Van der Neer to lower frame, and with a woodburned signature to verso. [Work: 17.25" H x 23.5" W; framed: 24" H x 31.25" W]. Condition is good, work and frame restored. | |
| | Pre-Sale Estimate: 7,500.00 - 9,500.00 | |
| | Total Reserve: 7,500.00 | |
| 11/15/2025 | Invoice Sale Price | 8,000.00 |
| 11/15/2025 | Commission | ( 800.00) |
| 11/12/2025 | CO Expense - Reruns | 0.00 |
| 12/11/2025 | Payment to Consignor - Wire sent | ( 7,200.00) |
| 1/7/2026 | Payment to Consignor - Wire | ( 4,950.00) |

| | |
|---:|---:|
| Total Quantity: | 2.00 |
| Total Invoice Sale Price: | 13,500.00 |
| Total Commission: ( | 1,350.00) |
| Total Due to Consignor: | 12,150.00 |
| Total Payments: ( | 12,150.00) |
| Balance: | $0.00 |

No inventory remains for this consignment order

# Exhibit 2

**Sale Terms and Conditions**



- All items in this catalogue are offered by Roland Antiques Gallery Inc. (also referred to as Roland NY and Roland Auctions), either as agent for the consignor or as owner.

- Roland Auctions reserves the right to withdraw or combine any lots listed in the catalogue at its sole discretion. Roland Auctions and its auctioneers have final say in any dispute among bids or winning bidders. Roland Auctions records shall be conclusive in any dispute.

- Items in the catalogue may have a reserve which is a confidential minimum bid price agreed to between Roland Auctions and the consignor. Any reserve/minimum bid will be either at or below the published low estimate in our catalogue. The auctioneer may open bidding and advance bidding on behalf of the seller, up to the amount of reserve.

- Roland Auctions reserves the right to refuse a bid from a potential buyer who has not established themselves with management prior to the auction.

**Condition Statements**

- Everything is sold AS IS and WHERE IS. While we do our best to describe the items properly, neither Roland Auctions, nor its consignors, make any guarantees or warranties to the accuracy of these descriptions. Roland Auctions shall have no responsibility for any error or omission in the description. The absence of a condition statement does not imply that the lot is in perfect condition or completely free from wear and tear, imperfections or the effects of aging. Any condition statement given, as a courtesy to a client, is only an opinion and should not be treated as a statement or a fact. In the event of an exception, the buyer is responsible for ALL shipping costs.

All weights and measurements are approximate. Movements, mechanisms, and electrical parts have not been tested unless otherwise stated.

**Art:**

- Roland Auctions does not guarantee the authenticity of any signature that appears on any work that we offer for sale unless so stated at the time of auction; the only guarantee is the medium in which a particular work is executed.

*In the event Roland NY does guarantee authenticity, any dispute regarding the authenticity will be accepted for a period of one year from the date of sale. *

**Frequently Used Terms:**

"By": If a painting is labeled as "by" a specific artist, Roland NY stands by its claim and expert opinion that the work was made by the hand of that artist.

"Attributed to": The painting is most likely by the stated artist, at least in part, but Roland NY is not positive beyond any doubt.

"Manner of": A work done in the style of the stated artist but at a later date.

"After": A copy of a work by the stated artist.



"School of": Suggests some characteristics in the work commonly found in a certain region or group of artists (American School indicates it has been made in America whereas Continental School indicates it was made somewhere in Continental Europe.)

**Payments**

- The purchase price payable by a buyer at auction shall be the final bid plus a 30% buyer's premium and applicable tax at the rate of 8.625% unless a valid NYS resale certificate is presented. A resale tax form must be completed in full prior to time of purchase.  Out of state clients must use an approved shipper to be exempt from sales tax.

- Payment is required within 3 business days of the date of sale and can be made online, wire transfer, bank/cashier's check, personal check, cash and credit card (credit card will only be accepted over the phone if you have bought with us before). If paying by check, the payment must clear the bank before any merchandise is released. Any amount over $5,000.00 must be paid by wire transfer. We will charge a $100 fee on all checks returned by the buyer's bank.

**PLEASE NOTE:** If you have not bid with us before, we will **NOT** accept credit card payments over the phone.

 - No merchandise shall be released prior to the end of the auction session. Roland Auctions reserves the right to hold merchandise until full payment has been received and cleared by our bank.

**Shipping & Storage**

Roland Auctions does NOT provide in-house shipping or packing.

Pick-up is between the hours of 9:30am - 3:30pm, Monday-Friday.

Buyers are free to use any shipper of their choice.  If needed, the buyer can contact our gallery for a list of shippers that other clients frequently work with.  Roland NY is not associated with, endorsing, accepting responsibility for or to be held liable for, any shipping company.

All items not picked up or where other shipping arrangements have not been conveyed and acknowledged by our gallery, within 5 business days of the sale date, will be moved to The UPS Store or an off-site facility for storage, at the buyer's expense.  Due to space restrictions, there will be NO EXCEPTIONS.  In the circumstance where Roland NY itself stores an item, the fee assessed will be $6 per day, per lot, for small items, and $10 per day, per lot, for larger items.  Storage fees must be paid in full before the items will be released.

Any items not picked up within 90 days or where the storage fees exceed the purchase price, will be considered abandoned property and ownership will revert back to Roland NY.

## Exhibit 3

**Auctioneer License**

# City of Glen Cove
# Police Department
# Auction License

This license is issued to: **William & Robert Roland**
of      **Roland Auctions NY**      located at
150 School St, Glen Cove NY 11542
This license is valid for the following date(s) only:
**November 15, 2025**

This license must be accompanied by
City of Glen Cove Photo I.D. Badge