TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Martha E. Martir

*Attorneys for Albert Togut,*
*Not Individually But Solely in*
*His Capacity as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
PEGGY NESTOR,                                                   :    Case No. 23-10627 (MEW)
                                                                :
                                            Debtor.             :
                                                                :
----------------------------------------------------------------x

## NOTICE OF SALE, BIDDING PROCEDURES, AUCTION AND SALE HEARING

On January 10, 2026, Albert Togut, not individually but solely in his capacity as Chapter 11 trustee (the "Trustee") of the estate (the "Estate") of Peggy Nestor (the "Debtor"), the debtor in the above-captioned Chapter 11 case (the "Chapter 11 Case"), filed with the United States Bankruptcy Court for the Southern District of New York the ("Bankruptcy Court") an application [Docket No. 823] (the "Application")[1] for the entry of an order (the "Modified Sale Procedures Order"), among other things,: (a) approving modifications to the *Sale Procedures*, as amended [Docket Nos. 78-1, 261] (the "Initial Sale Procedures"), as described in the Application (such modifications, the "Modified Sale Procedures" and, together with the Initial Sale Procedures, the "Sale Procedures"); (ii) authorizing the Trustee to designate a "stalking horse bidder"; (iii) approving certain protections for the stalking horse bidder; (iv) setting the deadline for potential bidders to submit a proposal (the "Bid Deadline") to purchase the real property at 15 East 63rd Street, New York, New York 10065 (the "Townhouse"), scheduling an auction (the "Auction"), and scheduling the hearing (the "Sale Hearing") with respect to approval of the sale of the Townhouse to the Successful Bidder or the Next Highest Bidder (the "Sale"); and (iv) authorizing and approving the form and manner of the Notice of Auction and Sale Hearing.

On January 27, 2026, the Bankruptcy Court entered the Modified Sale Procedures Order [Docket No. 851] approving, among other things, the Modified Sale Procedures, which establishes key dates and times related to the Auction, the Sale, and the Sale Hearing. All interested bidders

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application or Sale Procedures, as applicable.

should carefully read the Modified Sale Procedures Order and the Sale Procedures in their entirety.[2]

### Stalking Horse Bid

A binding stalking horse bid has been submitted by 63rd St Townhouse LLC (the "Stalking Horse Bidder"). On December 29, 2025, the Trustee executed a purchase agreement with the Stalking Horse Bidder (as amended on January 9, 2026) (the "Stalking Horse Agreement") for the purchase of the Townhouse (the "Stalking Horse Bid").[3] The Stalking Horse Bid is subject to higher or better offers submitted in accordance with the terms and provisions of the Sale Procedures.

### The Back-Up Bid

A binding bid has been submitted by Yingkai Xu (the "Back-Up Bidder"). On January 7, 2026, the Trustee executed a purchase agreement with the Back-Up Bidder (the "Back-Up Agreement") for the purchase of the Townhouse (the "Back-Up Bid").[4] The Back-Up Bid shall serve as the Next Highest Bid unless an Auction is held and the Trustee determines in his business judgment to change such designation in accordance with the Sale Procedures.

### Important Dates and Deadlines

- **Bid Deadline**. Any person or entity interested in participating in the Auction for the sale of the Townhouse must submit a Qualifying Bid on or before **February 17, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Bid Deadline").

- **Auction**. If the Trustee receives more than one Qualifying Bid (in addition to the Stalking Horse Bid, the Back-Up Bid, and the Lynx Credit Bid, if any), the Trustee will conduct an Auction, which has been scheduled for **February 19, 2026 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Phillips Nizer LLP, 485 Lexington Avenue, New York, New York 10117 or such other dates, time, and location as shall be timely communicated to all entities entitled to attend the Auction.

- **Sale Objection Deadline**. Objections to the Sale (a "Sale Objection"), including any objections to the sale of the Townhouse free and clear of all claims and interests, must be (i) filed in accordance with the Modified Sale Procedures Order, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties (as defined herein) so as to be received on or before **February 23, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "Sale Objection Deadline").

---

[2] To the extent of any inconsistencies between the Sale Procedures and the summary descriptions of the Sale Procedures in this notice, the terms in the Sale Procedures shall control in all respects.
[3] The Stalking Horse Agreement is annexed to the Application as Exhibit A.
[4] The Back-Up Agreement is annexed to the Application as Exhibit B.

2

- **Sale Hearing**.  A hearing to approve the Sale of the Townhouse to the Successful Bidder or the Next Highest Bidder will be held before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10007 on or before **February 25, 2026 at 11:00 a.m. (prevailing Eastern Time)** or such other date as determined by the Bankruptcy Court (the "Sale Hearing").

The Trustee intends to close the Sale pursuant to a chapter 11 plan of reorganization (the "Plan") and intends to seek confirmation thereof at a hearing subsequent to the Sale Hearing.  The Trustee will provide parties with notice of the filing of the Plan and related objection deadlines once the Plan is filed, in accordance with any procedures that may be approved by the Bankruptcy Court in connection therewith.  The Sale Hearing may be adjourned or continued to a later date by the Trustee, after consultation with the Successful Bidder by filing a notice on the electronic docket in the Chapter 11 Case and by serving such notice on the Sale Notice Parties and all Qualified Bidders.  No further notice of any such adjournment or continuance will be required to be provided to any party.

### Filing Objections

Sale Objections, if any, must (i) be in writing, (ii) state with specificity, the legal and factual bases thereof, (iii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (iv) be filed with the Court no later than the Sale Objection Deadline, and (v) be served on (a) counsel for the Trustee, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Brian F. Moore, Esq. (bmoore@teamtogut.com) and Martha E. Martir, Esq. (mmartir@teamtogut.com);  (b) counsel for the Stalking Horse Bidder, Becker, Glynn, Muffly, Chassin & Hosinski LLP, 299 Park Avenue, 16th Fl., New York, New York 10171, Attn: Alec P. Ostrow, Esq. (aostrow@beckerglynn.com);  (c) counsel to the Back-Up Bidder, Romer Debbas LLP, Attn: Jonathan Helfer, Esq. (jhelfer@romerdebbas.com);  (d) counsel to Lynx, McGrail & Bensinger LLP, 999-C 8th Avenue #107, New York, New York 10019, Attn: Ilana Volkov, Esq. (ivolkov@mcgrailbensinger.com);  (e) counsel to the Surrogate Parties, including (i) counsel to the Receiver, Westerman Ball Ederer Zucker & Sharfstein LLP, 1201 RXR Plaza, Uniondale, New York 11556, Attn: Jeffrey A. Miller, Esq. (jmiller@westermanllp.com);  (ii) counsel to the Cassini Executors, Farrell Fritz, P.C., 400 RXR Plaza, Uniondale, NY 11556, Attn: Patrick Collins, Esq. (pcollins@farrellfritz.com);  (iii) counsel to the Public Administrator, Mahon, Mahon, Kerins & O'Brien, LLC, 254 Nassau Boulevard, Garden City, New York 11530, Attn: Kenneth P. Mahon, Esq. (kmahon@mmkolaw.com) and Heather Callaghan, Esq. (hcallaghan@mmkolaw.com); (f) the Office of the United States Trustee (Daniel.Rudewicz@usdoj.gov);  and (g) all other parties who have filed a Notice of Appearance in the Chapter 11 Case (collectively, the "Objection Notice Parties").

**THE FAILURE OF ANY PERSON OR ENTITY TO FILE AND SERVE AN OBJECTION IN ACCORDANCE WITH THE MODIFIED SALE PROCEDURES ORDER BY THE SALE OBJECTION DEADLINE SHALL FOREVER BAR SUCH PERSON OR ENTITY FROM ASSERTING ANY OBJECTION TO THE APPLICATION, THE SALE ORDER, THE PROPOSED SALE TRANSACTION, OR THE TRUSTEE'S CONSUMMATION OF THE STALKING HORSE BID, THE BACK-**

**UP BID OR ANY OTHER AGREEMENT EXECUTED BY THE TRUSTEE AND A SUCCESSFUL BIDDER OR NEXT HIGHEST BIDDER.**

### Additional Information

The Sale Procedures set forth the requirements for becoming a Qualifying Bidder and submitting a Qualified Bid, and any party interested in making an offer to purchase the Townhouse must comply with the Sale Procedures. Only Qualified Bids will be considered by the Trustee, in accordance with the Sale Procedures.

Any party interested in submitting a bid should contact the Trustee's real estate broker, Brown Harris Stevens Residential Sales, LLC (Attn: Sami Hassoumi (shassoumi@bhsusa.com)) and legal advisor, Togut, Segal & Segal LLP (Attn: Brian F. Moore, Esq. (bmoore@teamtogut.com) and Martha E. Martir, Esq. (mmartir@teamtogut.com)), as soon as possible but no later than February 17, 2026 at 4:00 p.m. (prevailing Eastern Time).

Copies of the Application, the Modified Sale Procedures Order, the Sale Procedures Order, and the Sale Procedures, as well as all related exhibits, the Stalking Horse Bid, and all other agreements filed with the Court may be requested by email at mmartir@teamtogut.com.

Dated:   New York, New York
         January 28, 2026

                                            ALBERT TOGUT, not individually but solely in his capacity as Chapter 11 Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Brian F. Moore*
BRIAN F. MOORE
MARTHA E. MARTIR
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000