**Presentment Date: February 17, 2026 at 12:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: February 17, 2026 at 11:00 a.m. (prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Martha E. Martir

*Attorneys for Albert Togut*
*Not Individually But Solely in His Capacity*
*as the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                    :
In re:                                                              :   Chapter 11
                                                                    :
PEGGY NESTOR,                                                       :   Case No. 23-10627 (MEW)
                                                                    :
                    Debtor.                                         :
                                                                    :
------------------------------------------------------------------- x
                                                                    :
ALBERT TOGUT, Not Individually But Solely in                        :
His Capacity as Chapter 11 Trustee,                                 :
                                                                    :   Adv. Pro. No. 25-01037 (MEW)
                    Plaintiff,                                      :
                                                                    :
            v.                                                      :
                                                                    :
PEGGY NESTOR,                                                       :
MARIANNE NESTOR CASSINI,                                            :
BRENDA NESTOR and GEMEAUX LTD,                                      :
                                                                    :
                    Defendants.                                     :
------------------------------------------------------------------- x

## NOTICE OF PRESENTMENT OF ORDER
## MODIFYING ABANDONMENT EXEMPTION ORDER

**PLEASE TAKE NOTICE** that Albert Togut, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate of Peggy Nestor (the "Debtor"), through his undersigned counsel, will present the proposed *Further Order Modifying Abandonment of Certain Personal Property Located at 15 East 63rd Street,*

*New York City*, a copy of which is attached hereto as **Exhibit A** (the "Proposed Order"),[1] modifying the Court's *Further Order Extending Retreival Deadline Regarding Notice of Abandonment of Certain Personal Property Located at 15 East 63rd Street, New York City* [Docket No. 70] (the "Abandonment Exemption Order") to the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, Courtroom #617, New York, NY 10004-1408 for approval and signature **on February 17, 2026** at **12:00 p.m. (prevailing Eastern Time)** (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that, because the Defendants have not disclosed, and the Trustee is not aware of, any insurance policy covering the furniture and artwork, if any, that may have been damaged by the August 2, 2025 water leak at the Property (the "Exempt Property"), the Trustee seeks to modify the Abandonment Exemption Order to clarify that the Exempt Property is subject to the applicable deadline(s) to be noticed by the Trustee for retrieval by the Defendants of the Abandoned Personal Property.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections, if any, to the Proposed Order must be made in writing and conform with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, and be filed with the Clerk of the Court at the address set forth above, with a copy delivered directly to Bankruptcy Judge Wiles' Chambers, and served upon: (i) the undersigned attorneys for the Trustee; and (ii) the Office of the United States Trustee, One Bowling Green, Suite 534, New York, New York 10004, Attn: Daniel Rudewicz, Esq., Trial Attorney (Daniel.Rudewicz@usdoj.gov); so as **to be filed and actually received by all of them not later than February 17, 2026 at 11:00 a.m. (prevailing**

---

[1] Capitalized terms used but not defined shall have the meaning ascribed to such terms in the Proposed Order.

2

**Eastern Time)**.  If no timely written objections are filed and received in accordance with the foregoing, the Trustee will submit the Proposed Order to the Court on the Presentment Date, which the Court may enter without further notice or opportunity to be heard.

DATED:  February 6, 2026
           New York, New York

           ALBERT TOGUT, not individually but
           solely in his capacity as Chapter 11 Trustee
           By his Attorneys,
           TOGUT, SEGAL & SEGAL LLP
           By:

           */s/ Martha E. Martir*
           BRIAN F. MOORE
           MARTHA E. MARTIR
           One Penn Plaza, Suite 3335
           New York, New York 10119
           (212) 594-5000

## Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
PEGGY NESTOR, : Case No. 23-10627 (MEW)
: 
                Debtor. :
: 
------------------------------------------------------------------ x
: 
ALBERT TOGUT, Not Individually But Solely in :
His Capacity as Chapter 11 Trustee, :
: Adv. Pro. No. 25-01037 (MEW)
                Plaintiff, :
: 
       v. :
: 
PEGGY NESTOR, :
MARIANNE NESTOR CASSINI, :
BRENDA NESTOR and GEMEAUX LTD, :
: 
                Defendants. :
------------------------------------------------------------------ x

## FURTHER ORDER MODIFYING ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT 15 EAST 63RD STREET, NEW YORK CITY

**WHEREAS**, on May 13, 2025, the Court entered the *Order Authorizing Abandonment of Personal Property in New York City Townhouse* [Docket No. 41] (the "Abandonment Order") providing for the abandonment of certain personal property (the "Abandoned Personal Property") located in 15 East 63rd Street, New York, NY 10065 (the "Property") by Albert Togut, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate of Peggy Nestor (the "Debtor"), to the above-captioned defendants (the "Defendants");

**WHEREAS**, the Trustee has filed and served the *Notice of Abandonment of Certain Personal Property Located at 15 East 63rd Street, New York City* [Docket No. 53] (the "First Notice"), the *Second Notice of Abandonment of Certain Personal Property Located at 15*

*East 63rd Street, New York City* [Docket No. 59] (the "Second Notice"), the *Third Notice of Abandonment of Certain Personal Property Located at 15 East 63rd Street, New York City to be Retrieved by the Defendants by October 28, 2025* [Docket No. 85] (the "Third Notice" and, together with the First Notice and Second Notice, the "Notices") establishing the applicable deadline for the Defendants to retrieve certain Abandoned Personal Property (such deadline, the "Retreival Deadline");

**WHEREAS**, on August 19, 2025, the Court entered the *Further Order Extending Retreival Deadline Regarding Notice of Abandonment of Certain Personal Property Located at 15 East 63rd Street, New York City* [Docket No. 70] (the "Abandonment Exemption Order"), which provided, in part, that the Retrieval Deadline for "any furniture or artwork that the Debtor and/or Marianne Nestor Cassini believe may have been damaged in connection with an August 2, 2025 water leak at the Property is extended until further order of the Court (such property, collectively, the 'Exempt Property')", to accommodate review of the affected furniture or artwork, if any, by the applicable insurance adjuster, if any [Hr'g Tr. 23:14-18 (Aug. 15, 2025) (Court stating, "if there is particular personal property that you think may have been damaged and that you need to leave in place while an insurer looks at it, I'm going to let you leave that in place, but I want everything removed on the agreed schedule.")];

**WHEREAS**, the primary insurance policy insuring the Property (Policy No. BAN1015892-00, the "Primary Policy"), issued by Argonaut Insurance Company ("Argonaut"), does not provide coverage for any personal property located in the Property (including the Exempt Property), which was confirmed by Argonaut's counsel at a hearing held on September 9, 2025 [Hr'g Tr. 7:11-21 (Sept. 9, 2025) (Argonaut's counsel stating, "[t]here's no coverage under the property coverage part for loss of . . . personal property or contents")]; and

2

**WHEREAS**, the Defendants have not disclosed, and the Trustee is not aware of, any insurance policy covering the Exempt Property.

**NOW THEREOFRE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Abandonment Exemption Order is modified to clarify that the Exempt Property is subject to any Retrieval Deadline(s) to be noticed by the Trustee for retrieval by the Defendants of the Abandoned Personal Property pursuant to the procedures in the Abandonment Order.

2. For the avoidance of doubt, this Order is intended solely to establish that any Retrieval Deadline(s) shall apply to the Exempt Property, as provided in the applicable notice of abandonment; all other terms in the Notices, Abandonment Order and Abandonment Exemption Order remain in full force and effect and unchanged by this Order.

3. The Trustee and his retained professionals are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

4. To the extent applicable, the 14-day stay imposed by Bankruptcy Rule 6004(h) is waived regarding any abandonment conducted in accordance with this Order.

5. This Order is immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction for all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: February __, 2026
New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3