Marianne Nestor

Interested Party

Co-owner of Gemeaux Ltd. Since 1973

Co-owner 15 East 63rd Street since 1984

x--------------------------------------------------x

**United States Bankruptcy Court**

**Southern District Of New York**

x--------------------------------------------------x

| | |
|---|---|
| In re. Peggy Nestor | Case No. 23-10627 (MEW) |

x--------------------------------------------------x

Hon. Michael Wiles

United States Bankruptcy

Court Southern District

One Bowling Green

New York New York

10004

## Reclarification

Your Honor Judge Wiles

As all are aware Anne Penachio of the Penachio Malara Firm was disengaged by Peggy Nestor 4/27/2024 and dismissed by Your Honor, May 2025. The client files have been requested a number of times from Ms. Penachio, to no avail.

May Your Honor also request the following information from Ms. Penachio - on the original forms re disclosure Ms. Penachio advised that she would be working with another person or entity, as well, but failed to disclose the party's name. May Your Honor please ask Ms. Penachio to advise the name of the individual or entity, and for that party to return the client files to Peggy Nestor, as well.

Alternatively, we can have them picked up by Fed Ex.

Thank you, your honor for your patience and assistance. Happy Valentine's Day.

Respectfully submitted.

*Marianne N.*

Marianne Nestor
Co-owner Gemeaux Ltd.
15 East 63rd Street
New York New York
10065

Apparently you were aware in advance of the 'Day in Hell'/Passover, April 30, 2024, as you reached out to me at 9:54 AM on April 30th, that the Marshalls had been there. You knew prior, and never advised me.

Your request to be relieved was entered after the 'Day in Hell'.
What you allowed to happen, without notice to a young person, my niece, Connor, was unforgivable. You were aware of the impending scenario and you gave:
> *NO NOTICE AND STATED TO THE COURT THAT NO APPEAL WAS MADE.*
> *YOU DID NOT ADVISE, THAT AN APPEAL COULD BE MADE.*

The initial papers appear to have been incorrectly filed by you. This was a Business Loan to Gemeaux Ltd. and not a Personal Loan, and my personal property was not to be involved, or at risk.
The Loan was to Gemeaux Ltd. and was paid by Gemeaux Ltd. A Business Chapter 11.

I relied on you to my detriment.

I was not served with a Subpoena, nor are you authorized to accept any service on my behalf since April 27th, 2024.

You failed to advise or attend a meeting: April 24, 2024, which precipitated the April 26th conversation that Mr. Berger had on the intercom of 15 East 63rd Street, with my niece, Connor. Mr. Berger stated he would 'break down the door' if Connor did not accept papers for my sister, Marianne.

Anne, your firm's legal advice has been a disaster for me, causing much stress, aggravation and money.
When I first met with you, in April 2023, my understanding was that the funds of $25 Million were ready to complete the Lynx Assets business loan, at that time, $17 Million including interest, and some incorrect late charges, etc.
You stated that the fake attachments of Farrell Fritz would be removed.

As you know, there are/were only three Secured Creditors. The first position, Emigrant, a personal mortgage which was paid up to date through the end of May 2023, and has an additional 20 years to go. The other two Secured Creditors were Business Loans ie: PPL $2.3Million, Lynx Assets $9.5 Million plus interest. Lynx had been paid up to date by Gemeaux Ltd. until May 3, 2018, when Marianne was illegally seized on the evening of May 3, 2018.

15 EAST 63RD STREET NYC/NY 10065

# PEGGY NESTOR

Anne Penachio Esq.
Penachio Malara
245 Main Street
White Plains, New York 10601                                        July 8, 2024

Anne,

<u>Received your 6:04 AM E Mail of July 4th: regarding your letter of July 3, 2024.</u>

As you know, your Firm, PENACHIO MALARA was released by me, as Counsel, for Cause, April 27, 2024. Your firm no longer represents me.
Your threats are unnecessary and are not relevant.
Penachio Malara was deficient in their representation of me.

I trusted, liked you, and liked your brother, Francis, and I am devastated that you did not properly represent me. My home of 40 years is at risk, my life is at risk, I thought I was '*safe in your hands*'. It is totally disappointing and sad, to find that I was mistaken.

You did not allow me to attend many meetings, including 1/24/2024 - and 4/24/2024, I called in, on 1/24/2024, as you directed, to find that my name was not listed as being invited to attend. Accordingly, I could not attend the meeting. You advised me, not to come to your office January 24, 2024, for the Audio meeting.
You indicated that all Court meetings were telephonic, which is incorrect.

There is/was a major conflict of interest with Attorney Veronique Urban Esq. of Farrell Fritz, who is aligned with Ms. Volkov Esq. of the McGrail Bensinger firm, which address is 888 Eighth Avenue, a UPS Store.

The business address rental of McGrail Bensinger UPSMailbox #107 is paid in cash. Mr. McGrail, once a day picks up the mail. Ms. Volkov and Ms. Urban, proclaimed to the Court that payment in cash to workers for repairs and restoration of damages caused by Ms.Baiamonte at 63rd Street was incorrect, a false statement.

Ms. Urban (*an employee of 11 years of Farrell Fritz, a contingency Law Firm, in papers to the Court requested a Trustee to be appointed by the Court*), Ms. Urban is aware of her severe Conflict of Interest.

On June 20, 2024, you advised the Court, when questioned, if you filed an appeal, you said you did not. You failed to advise regarding an appeal of the Trustee Order, and you did not advise that an Appeal could be made.

15 EAST 63RD STREET NYC/NY 10065

PEGGY NESTOR

All Actions, Orders, of former Nassau County Surrogate, J Reilly were removed by the Appellate Division 2, Feb. 13, 2020, from March 14, 2016, through and including July 25, 2016 - Star Chamber Proceeding of Judge Reilly. This includes the Vacature of the appointment of Rosalia Baiamonte, Esq. as Receiver, dated July 1, 2016. Accordingly, all actions of Ms. Baiamonte are illegal and should be reversed.

For your information, a motion was filed June 25th 2024, to remove the Togut Team for Fraud, and Identity Theft, in forging Documents and creating stationary using the name of Marianne Nestor and Peggy Nestor on stationary created by, as you stated, your close friend, Neil Berger. Identity Theft/Fraud, by an Officer of the Court is a Felony.

You and Mr. Berger were on Speaker Phone in the Courtroom when the subject was addressed by Judge Wiles, at the last Court meeting Thursday June 20, 2024 at 10AM. The Motion was filed subsequently on June 25, 2024. Hopefully, it will be heard shortly. Mr. Berger wrote a 'Broker of Record letter' on stationary created by him using the name of Marianne Nestor and Peggy Nestor, cancelling the Insurance Policy, without notice, advice, or knowledge of the Owners. The Insurance Policy was paid prior by Marianne Nestor, 50% Owner of 15 East 63rd Street, Block 1378 Lot 12, Borough Manhattan.

As you stated many times, according to New York Law, only a filed Deed is recognized.

The 50% Undivided Ownership of Marianne returned as per the Order of Supreme Court Judge Verna Saunders, which also eliminated any Claim for money against me or Marianne by the PA or the Mahon Law Firm. After the Quiet Title was filed, the February 23, 1984 Deed returned, and is on file as of 9/29/2020. A Certified Copy is in the Court Records, dated, May 17, 2024. That is the Deed of Record.

As you are aware, the general rule, is that an Attorney/Client relationship may be terminated, "*at any time, for good and sufficient cause, and upon reasonable notice*"
Matter of Dunn 205 NY398,403 (1912)
Green v Gaspari, 24A.D. 3d 505 (2nd Dep't 2005)

Accordingly, Our Attorney/Client Relationship is finished.

Thank you, for your anticipated cooperation,

Sincerely,
*Peggy Nestor*          *Peggy Nestor*
15 East 63rd Street
NYC, NY 10065