**Marianne Nestor**

**Registered Building Manager**

**Co- Owner 15 East 63rd Street**

**New York, New York**

**10065**



x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**United States Bankruptcy Court**

**Southern District Of New York**

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re. Peggy Nestor                                                      Case No.

23-10627

(MEW)


x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**PLEASE TAKE NOTICE OF ATTACHED**

Answer/Response Objections and Requests Regarding Amended Chapter 11
Trustee's Plan by the Togut Firm and Alfred Togut

---

Please take urgent notice of the attached objections and requests by Marianne
Nestor as an interested party and co-owner of Property and Personalty.

Dated February 13, 2026



Respectfully Submitted,

Marianne Nestor
Registered Building Manager
Co owner
15 East 63rd Street
New York, New York
10065

**United States Bankruptcy Court**
**Southern District Of New York**

x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

  Peggy Nestor

Case No.

23-10627(MEW)

x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Objections To Amended**
**Chapter 11 Trustee's Plan**

Marianne Nestor
Registered Building Manager
Co-Owner
15 East 63rd Street
New York, New York 10065

I, Marianne Nestor, make the following declaration as an interested party and co-owner of 15 East 63rd Street since 1984, the subject of the Trustee's Amended Plan dated January 28, 2026. The building is a 7 unit rent stabilized apartment building subject to the rules of rent stabilization, wherein a tenant or owner may not be dumped on the street without due process, notification and a hearing in the Landlord/Tenant Court.

There are a number of incorrect statements in Mr. Moore's, (a lawyer, newly on board) narrative which need to be corrected.

The petition for a personal chapter 11 was incorrectly filed and written by Anne Penachio, Esq. ("Anne") of the Penachio Malara Firm, ("PMFirm")  245 Main Street, White Plains, New York .

Peggy Nestor ("Peggy") was not and never was insolvent, this is a false narrative.  In fact, March 2023, Peggy had approximately one million dollars in her personal bank account. Anne received a certified check, as requested by the title attorney, prior to the meeting of Sunday April 23, 2024 in the amount of $27k, which included any and all fees.

1

Peggy was introduced to Ms. Penachio for the first time Sunday April 23, at the PMFirm's office by the Title attorney, Robert DiSciullo, who was to do the closing of the settlement of the Lynx Asset loan to Gemeaux Ltd. of $9.5 million, a business loan with Gemeaux Ltd.("Gemeaux"), a New York corporation, founded in 1973, and to remove a previous attachment, which had apparently been placed on our property. The monthly payments were $91k monthly, and were timely.

Mr. Moore is incorrect when he refers to it as an LLC, it is a corporation. Many of his other statements are incorrect, as well.

There were some overcharges of interest taken during the pandemic by Lynx to be adjusted, as well. This was to be a business reorganization of Gemeaux, the maker of the loan with Lynx.

Lynx was not licensed to lend to an individual in New York State and in particular a resident of the property, and therefore opinion letters were made by attorney Ray Nicotera of White Plains, New York, that it was viable to lend to Gemeaux Ltd.

Peggy's residence since 1984 is and has been 15 East 63rd Street.  Anne incorrectly filed a different address, for Peggy & me, as well, which was either an intended mistake or malpractice, for which Anne has malpractice insurance.  Anne has caused much confusion and made many mistakes, either on purpose or incompetence.

The money was available in the amount of $25million for Gemeaux to refinance and settle, and a copy of the information was also filed with the Court.  All purported claims have been addressed by Peggy who has one personal amount to pay, namely a 40-year mortgage with Emigrant Bank, which was paid and up to date.

The Lynx matter is a corporate loan with Gemeaux.  Indeed, an opinion letter had to be made by Ray Nicotera Esq. and sent to the VP of Lynx, prior to any loan consideration.

The Lynx loan was a consolidation of a loan to Gemeaux from Prime Plus, a lender secured by the same real estate agent, and closed by the same Title attorney.

The Lynx loan was to reorganize Gemeaux, who is due a lot of money from an important client.

Peggy is due over $106 million dollars, from a client, as well as $34 million in use and occupancy, space for showroom & offices at 15 East 63rd Street for 19 years.

2

All information was given to Anne, who collected nothing and failed to brief us regarding the legal process of the case she was filing. This is required by the bankruptcy code, and was not done by Anne. There was no briefing from Anne. She mainly spoke about herself and how well connected she was with everyone in the 'tight knit' white plains legal community, including Judge Wiles.

Regarding the filing that was incorrectly done by Anne, Docket One was not signed, and box no 13 re small business was not checked.

Docket Two purported to be a letter/affidavit by Peggy written in the first person, was not written nor composed by Peggy. An example being, the naming of Prime Plus, as Prime Lending, an obvious error.

The document written by Anne with the dropped in signature, had the last page dated April 24, 2023, and the first page dated April 25, 2023 with the case number and information on the first page.

The document was filed at 10:30 am on April 25, 2023 by Vito Genna. The creation of the false letter, in my opinion, is perjury, by Anne and carries a fine of $500k.

The words of Anne, her creation, written in the first person, as Peggy, are Anne's words and are incorrect.  Peggy did not write Docket Two.

Anne was disengaged by Peggy April 27, 2024 and by the Court May 2025, after a hearing, May 12, 2025.

In contravention of her dismissal for cause, by Peggy April 27, 2024 and Judge Wiles, May 2025, on   December 1, 2025, as per Con Edison, Anne called Con Edison to change the name on the accounts to that of Albert Togut, stating she was authorized by case no. 23-10627, Judge Wiles. This would be perjury on the part of Anne Penachio, an officer of the Court, unless it were true and she was working with the Togut firm.

**Exhibit One**
Letter to Con Edison

Additionally, after being dismissed, by the Court and Peggy, Anne's name appears on the papers as both a "Creditor" for $200K and part of the administration of the misfiled case with Daniel Rudewicz, US Trustee. This is wrong.

3

Anne did not advise re meetings, including an OSC of April 23, 2025 with Judge Wiles, which precipitated the illegal break in, breaching the 4th Amendment on April 30, 2024. Nor did she advise that the order to appoint a Trustee could be appealed or even that there was a hearing, regarding a trustee.

The 4th amendment was breached again by Neil Berger, Esq. a partner at the Togut firm, July 11 2024, when he broke into my apartments at the building and removed over 25 boxes of personal documents and other items without permission or a warrant.

Mr. Berger also forged documents by creating stationery with my name directing an insurance company to change the beneficiary's name on an insurance policy that I had taken out and paid. This would be a fraudulent transaction, a felony.

Mr. Berger additionally filed a case in my name, against his firm, re the lockout perpetrated by him which is illegal, as I did not authorize him, nor was he my attorney or lawyer, nor am I under the jurisdiction of the Honorable Judge Wiles.

Mr. Moore also makes denigrating and defamatory statements about Peggy and the undersigned, which are unnecessary and unfounded.

Attached for the Courts information, a copy of certified Deed, showing ownership, and the appraisal dated September 2022.
**Exhibit Two**

Neither Mr. Berger nor the Togut firm or their "professionals" have been reprimanded for their incorrect actions.

Our building has suffered severe damages under the auspices of the Togut Firm. Some of them being the deluge of water on Saturday August 2, 2025 - purportedly coming from a toilet in apt 4A, then according to Martha of the Togut firm, it was the toilet in 4 B that was directly next to the wall that adjoins the elevator shaft- very unlikely. On Thursday February 5, I went to the building - around 2:00pm, the doors were wide open- same as July 25, 2024 & there was water pouring from the ceiling of the 4th floor. It looked like someone was trying to make the 4B toilet look like the leak had occurred there, the elevator was not working as well. The same person Jonathan Cohen was there on both occasions.  This would be insurance fraud.

4

The Togut people are destroying my property and the building and this needs to stop.  I have in today's dollars over $20 million of personalty in the building, as the court is aware.  The order of Judge Wiles is on appeal with the District Court.  For all of the above the firm of Albert Togut should be dismissed for cause, and Peggy needs to exit this misfiled case.  Peggy is resubmitting the motion.  There was no meeting ever with Mr. Togut, in spite of requests.
**Exhibit Three**

Additionally, as **Exhibit Four** is a copy of letter sent to Hall F. Willkie, President Emeritus of Brown Harris Stevens stating my objections.  He said he was advised not to speak with me, but was sympathetic – Mr Houssamii is an intendent contractor.

Respectfully Submitted,

Marianne Nestor
15 East 63rd Street
New York, New York
10065
Dated February 13th, 2026

5

# Exhibit One

Marianne Nestor
Peggy Nestor
15 East 63rd Street
New York, New York 10065

January 16, 2026

Consolidated Edison Company
Cooper Station P.O. Box 138
New York, New York
10276 -0138

I, Marianne Nestor own the 15 East 63rd Street property with my sister, Peggy Nestor. The property is a rent stabilized 7-unit apartment building in New York City, Block 1378 lot 12, or 15 East 63rd Street between 5th & Madison. The property was purchased and held as tenants in common,2/23/1984 by Marianne Nestor and Peggy Nestor - a copy of certified deed is attached. Exhibit Two

Please be advised that we were told to contact Red Flag Con Edison, as someone is trying to change the names on the accounts that we have had with Con Edison for many decades, without our permission, and make them commercial accounts. This is a rent stabilized 7-unit apartment building.

The only deed on file with New York State is dated 2/23/1984, showing co-ownership as Marianne Nestor and Peggy Nestor, since 1984.

I am the registered building manager, and co-owner of the building, a 7 unit rent stabilized apartment building.

All residents were incorrectly locked out of the property 4/30/2024, without notice.  This is contrary to the rent stabilization law and its procedures.

There are cases pending in several courts. These actions are subject to RPAPL 853 treble damages, illegal lockout.

Apparently, a person named Anne Penachio Esq. of the Penachio Malara Firm located at 245 Main Street White Plains, New York, changed the names December 1, 2025, without permission or authorization.  This was advised by Con Ed.  Ms. Penachio was a former attorney for Peggy Nestor and Ms. Penachio was disengaged April 27, 2024 by Peggy & June 12, 2025 by Judge Michael Wiles.

Accordingly, her actions with Con Ed, are incorrect. Ms Penachio did not have the authority to change the names on accounts which have been the same for decades. We would like for them to be changed back, as originally held.

Neither I, nor my property are subject to the rule of Judge Wiles. Accordingly, it is hereby requested that the name of Albert Togut be removed, and the names returned as previously held.

My contact information is:
Marianne Nestor
15 East 63rd street
New York New York
10065
347 514 3095
Email: gemeauxltd@gmail.com

Thank you,

Sincerely,

Marianne Nestor
Registered building manager
Co-Owner
15 East 63rd Street
(Block 1378 lot12 Manhattan)
New York, New York
10065

**Exhibit One**
Letter from Con Edison

**Exhibit Two**
Certified Deed on file
with NYState

# Exhibit One

## Letter from Con Edison

# Exhibit Two

Certified Deed on file

with NYState

# Exhibit Two

# Appraisal Of Real Property



**LOCATED AT**
15 E 63rd St
New York, NY 10065
Section: 508   Block: 1378   Lot: 12

**FOR**
Nestor Peggy

**OPINION OF VALUE**
55,000,000

**AS OF**
09/23/2022

**BY**
Arich Goren
Trust Appraisals Inc
1345 Ave of the Americas, 2nd Floor
New York, NY 10105
(866) 918-7878
Eric@Trust-Appraisals.Com
Trust-Appraisals.com



**TRUST APPRAISALS**

Trust Appraisals Inc
1345 Ave of the Americas, 2nd Floor
New York, NY 10105
(866) 918-7878
Trust-Appraisals.com

09/30/2022

Nestor Peggy

Re: Property:    15 E 93rd St
                 New York, NY 10065
Borrower:       Marianne And Peggy Nestor
File No.:        00T8246

Opinion Of Value: 1 55,000,000
Effective Date:    09/23/2022

In Accordance With Your Request, We Have Appraised The Above Referenced Property. The Report Of That Appraisal Is Attached.

The Purpose Of The Appraisal Is To Develop An Opinion Of Market Value For The Property Described In This Appraisal Report, As Improved, In Unencumbered Fee Simple Title Of Ownership.

This Report Is Based On A Physical Analysis Of The Site And Improvements, A Locational Analysis Of The Neighborhood And City, And An Economic Analysis Of The Market For Properties Such As The Subject. The Appraisal Was Developed And The Report Was Prepared In Accordance With The Uniform Standards Of Professional Appraisal Practice.

The Opinion Of Value Reported Above Is As Of The Stated Effective Date And Is Contingent Upon The Certification And Limiting Conditions Attached.

It Has Been A Pleasure To Assist You. Please Do Not Hesitate To Contact Me Or Any Of My Staff If We Can Be Of Additional Service To You.

Sincerely,

Arieh Goren
License or Certification #: 45000041109
State: NY      Expires: 09/15/2024
Eric@Trust-Appraisals.Com

Uniform Residential Appraisal Report

| | |
|---|---|
| Property Address | 15 E 63rd St |
| City | New York |
| State | NY |
| Zip Code | 10065 |
| Borrower | Marianne And Peggy Hestor |
| Owner of Public Record | Marianne And Peggy Hestor |
| County | New York |
| Legal Description | Section: 608  Block: 1378  Lot: 12 |
| Assessor's Parcel # | 1013780012 | Tax Year | 2022 | R.E. Taxes $ | 183,076 |
| Neighborhood Name | The Upper East Side | Map Reference | 35614 |

Assignment Type:  Purchase Transaction

Lender/Client  Peggy Hestor   Address  N/A

Our Investigation Revealed No Listing Agreement, Option Or Contract Of Sale On The
Report data source(s) used:  offering price(s), and list/sale

**Subject Unit Data Sources:** Owner, Property Shark, O.L.R. And Street Easy.

Present Land Value: Other-59%, Coop-Condo, Community Centers, Parks,
Schools, Houses Of Worship.

North;South;East:West, See Attached Addenda.

Neighborhood Description  See Attached Addenda.

Market Conditions (including support for the above conclusions)  See Attached Addenda.

| | | |
|---|---|---|
| Dimensions | 25' X 100.42' Subject To Survey | Area  2510 sf |
| Specific Zoning Classification | Residential R8B | Zoning Description  High Density Residential |
| Shape  Rectangular | View  N:Outdr Prt Cp View; |

Structure Can Be Rebuilt If Its Burned Down.

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  Yes  The Highest
And Best Use Of The Subject Property Is A Single Family Residential Property.

| Utilities | Public | Other (describe) | | Public | Other (describe) | |
|---|---|---|---|---|---|---|
| Electricity | | Con Edison | Water | D.E.P | Street  Macadam | |
| Gas | | Key S. | Sanitary Sewer | N.Y.C | Alley  None | |

FEMA Special Flood Hazard Area  Yes  No   FEMA Flood Zone  X   FEMA Map #  3604970088F   FEMA Map Date  09/05/2007

There Were No Unfavorable Easements Or Encroachments Noted For The Subject Due To Exposure To Noise Or Excessive Volume Of Vehicular/Pedestrian Traffic, This Will Have No Adverse Effect On The Marketability
Of The Subject At Our Appraised Value, Proximity To Non-Residential Properties Is Common And Typical For City Urban Areas, The Comparables Feature Similar Competitive Exposures.

| General Description | | Foundation | | Exterior Description | | Interior | |
|---|---|---|---|---|---|---|---|
| Units  One | | Concrete Slab   Crawl Space | | Foundation Walls  Brick/Good | | Floors  Hrdwd/Tile-M/Gd | |
| # of Stories  5 | | No Basement   Partial Basement | | Exterior Walls  Limestone-Brk/Gd | | Walls  Dry Wall/Good | |
| Type  Det. | | Basement Area  4,670 sq ft | | Roof Surface  Composition/Good | | Trim/Finish  Wood/Good | |
| Existing | | Basement Finish  100 % | | Gutters & Downspouts  Aluminum/Good | | Bath Floor  Ct-Marble/Good | |
| Design (Style)  Elevator | | Outside Entry/Exit   Sump Pump | | Window Type  Dbl-Hung-Case/Gd | | Bath Wainscot  Ct-Marble/Good | |
| Year Built  1901 | | Evidence of  Infestation | | Storm Sash/Insulated  None Noted | | Car Storage  None | |
| Effective Age  15 | | Dampness   Settlement | | Screens  No/No | | Driveway  # of Cars  0 | |
| Attic  None | | Heating  FWA  HWBB  Radiant | | Amenities | | Driveway Surface | |
| Drop Stair   Stairs | | Other   Fuel  Gas | | Fireplace(s) #  16  Fence  Well | | Garage  # of Cars  0 | |
| Floor   Scuttle | | Cooling  Central Air Conditioning | | Patio/Deck  Terr3  Porch  Jb X2 | | Carport  # of Cars  0 | |
| Finished   Heated | | Individual   Other | | Pool  None  Other  Elevator | | Att.   Det.   Built-in | |

Appliances  Refrigerator  Range/Oven  Dishwasher  Disposal  Microwave  Washer/Dryer
Finished area above grade contains  22 Rooms  10.1 Bedrooms  12,476 Square Feet of Gross Living Area Above Grade
Non-Realty(Removable) Items Noted In This Report Are For Descriptive Purposes Only And
Were Not Considered In Final Value Estimate.

Describe the condition of the property (including needed repairs, deterioration, renovation, remodeling, etc.)  C3;Kitchen-remodeled-eleven to fifteen years
age;Bathrooms-remodeled-eleven to fifteen years ago;See Attached Addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  Yes  No
Physical Deficiencies Or Adverse Conditions That Affect The Livability, Or Structural Integrity Of The Subject Property Were Not Noted
At Time Of Inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  Yes  No
The Functional Utility, Condition, Use, Design, Appeal, Quality Of Contraction, And Size Of The Subject Property Are Similar And
Conforming To Others In The "Immediate" Area.

Form 1004UAD "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 0076246

There are N/A comparable properties currently offered for sale in the subject neighborhood ranging in price from $ N/A to $ N/A

There are N/A comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ N/A to $ N/A

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjustment | COMPARABLE SALE # 2 | +(-) $ Adjustment | COMPARABLE SALE # 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 15 E 63rd St New York, NY 10065 | 12 E 63rd St New York, NY 10065 | | 8 E 62nd St New York, NY 10065 | | 12 E 69th St New York, NY 10021 | |
| Proximity to Subject | | 0.03 miles SW | | 0.08 miles SW | | 0.27 miles NE | |
| Sale Price | $ | | $ 56,000,000 | | $ 48,000,000 | | $ 59,000,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 4501.26 sq.ft. | | $ 3887.58 sq.ft. | | $ 3645.35 sq.ft. | |
| Data Source(s) | | Acris/Oir/Steasy;DOM 137 | | Acris/Oir/Steasy;DOM 695 | | Acris/Oir/Steasy;DOM 372 | |
| Verification Source(s) | | Corcoran/Douglas Elliman | | Modlin Group | | Brown Harris Stevens | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s01/22;c12/21 | 0 | s09/22;c05/22 | 0 | s03/21;c01/21 | 0 |
| Location | B;AdjPrk; | B;AdjPrk; | | B;AdjPrk; | | B;AdjPrk; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2510 sf | 2510 sf | | 2510 sf | 0 | 4017 sf | -5,250,000 |
| View | N;Outdr Prt Cp | N;Outdr Prt Cp | | N;Outdr Prt Cp | | N;Outdr Prt Cp | |
| Design (Style) | AT6;Elevator | AT6;Elevator | | AT6;Elevator | | AT6;Elevator | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 121 | 149 | 0 | 116 | 0 | 139 | 0 |
| Condition | C3 | C2 | -4,680,000 | C3 | | C3 | -2,360,000 |
| Above Grade Room Count (Total / Bdrms / Baths) | 22 / 9 / 10.1 | 14 / 7 / 7.3 | +100,000 | 17 / 6 / 6.6 | +75,000 | 16 / 4 / 3.3 | +300,000 |
| Gross Living Area | 12,476 sq.ft. | 12,441 sq.ft. | +54,300 | 12,347 sq.ft. | +200,000 | 16,185 sq.ft. | -5,749,000 |
| Basement & Finished Rooms Below Grade | 4670sf4670sfwu | 2400sf2400sfin | +1,702,500 | 2875sf2875sfin | +1,391,125 | 3400sf3400sfin | +984,250 |
| Rooms Below Grade | 9rr0br2.1ba2o | 3rr0br1.0ba3o | +75,000 | 3rr0br1.1ba5o | +50,000 | 4rr0br1.0ba2o | +75,000 |
| Functional Utility | 1 Family | 1 Family | | 1 Family | | 1 Family | |
| Heating/Cooling | Adequate | Pool/Spa | -350,000 | Jacuzzi,Sauna | -50,000 | Pool/Spa | -350,000 |
| Energy Efficient Items | Thermal Windo | Thermal Windo | | Thermal Windo | | Thermal Windo | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Outdr.877 Sf | Outdrs.2100 Sf | -568,695 | Outdrs.2200 Sf | -615,195 | Outdrs:2800 Sf | -894,185 |
| Additional | Jb X 2 | None | +50,000 | Jb X 3 | -25,000 | None | +50,000 |
| Additional | Fpl X14 | Fpl X 2 | +300,000 | Fpl X 9 | +125,000 | Fpl X5 | -75,000 |
| Additional | 1110199 | 1066031/4.1% | +2,296,000 | 1093020/1.5% | +720,000 | 1026362/8% | +4,720,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -820,895 | ☒ + ☐ - | $ 1,870,930 | ☐ + ☒ - | $ -3,828,945 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.5 % Gross Adj. 17.8 % | $ 55,179,105 | Net Adj. 3.9 % Gross Adj. 6.8 % | $ 49,870,930 | Net Adj. 6.5 % Gross Adj. 25.3 % | $ 55,171,055 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain N/A

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) Geo Data Plus, Llc - Tax Records

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) Geo Data Plus, Llc - Tax Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/21/2020 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | Geo Data Plus Llc | Geo Data Plus Llc | Geo Data Plus Llc/Acris | Geo Data Plus Llc/Acris |
| Effective Date of Data Source(s) | 09/23/2022 | 09/23/2022 | 09/23/2022 | 09/23/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales Deed Recording Was Recorded For The Subject On 11/13/2018 For Consideration Of $0. This Was A Sheriff's Deed - Sale Under Execution And Not An Arm Length Transaction And As Such Was Given No Consideration. As Per Sheriff's Deed The Subject Was Auctioned For The Sum Of $6,000,000 Being The Highest Bidder. 10/21/2020 As Per Acris: Deed Cancelled And Set Aside Pursuant To Court Order Crfn# 2020000277989. 10/21/2020. See Attached Copy Of The Court Order.

Summary of Sales Comparison Approach See Attached Addenda.

Indicated Value by Sales Comparison Approach $ 55,000,000

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 55,000,000 Cost Approach (if developed) $ 55,000,000 Income Approach (if developed) $

The Sales Compares Approach Is Given All Consideration As It Best Reflects Typical Buyer And Seller Activity In The Marketplace.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: See Attached Addendum.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 55,000,000, as of 09/23/2022, which is the date of inspection and the effective date of this appraisal.

Uniform Residential Appraisal Report

Disclosure:
I Have Performed No Services, As An Appraiser, Regarding The Property That Is The Subject Of This Report Within The Three-Year
Period Immediately Preceding Acceptance Of This Assignment.T

Comment On Exposure Time Vs. Market Time.
Exposure Time As Defined By Uspap 2022-2023: Estimated Length Of Time That A Property Interest Being Appraised Would Have Been Offered
On The Market Prior To The Hypothetical Consummation Of A Sale At Market Value On The Effective Date Of The Appraisal. Exposure Time Is A
Retrospective Opinion Based On An Analysis Of Past Events Assuming A Competitive And Open Market. The Reasonable Exposure Time For
The Subject Residence Is Similar To The Estimated Marketing Time Of The Subject, Or 6-12 Months. This Estimate Of Marketing/Exposure Time
Is An Estimate. Appraiser Is Not A Real Estate Broker And Is Not Engaged In The Marketing Of Properties. Any Estimate Of Marketing Time Is
Subjective And Is A Factor Of Listing Price, Broker/Realtor Choice, Current Market, Subject Condition, Mortgage Availability And Rates, Etc.

F.I.R.R.E.A Certification Statement:
The Appraiser Certifies And Agrees That This Appraisal Was Prepared In Accordance With The Requirements Of Title XI Of The Financial
Institutions, Reform, Recovery, And Enforcement Act (F.I.R.R.E.A) Of 1989, As Amended (12 U.S.C. 3331 Et Seq.), And Any Applicable
Implementing Regulations In Effect At The Time The Appraiser Signs The Appraisal Certification.

Purpose Of Appraisal
The Purpose Of This Appraisal Is To Estimate The Market Value Of The Fee Simple Interest As Defined By The Financial Institutions Reform,
Recovery And Enforcement Act Of 1989 (F.I.R.R.E.A).

Scope Of Appraisal
Extensive Research Of The Market.
Collection And Confirmation Of Indicated Data.
Analysis Of All Data In Order To Arrive At An Appropriate Estimate Of Value.
Reporting Our Conclusions To The Reader Of This Report In Logical Method.

Intended Use: The Intended Use Of This Appraisal Report Is For The Client To Evaluate The Property That Is The Subject Of This
Appraisal

Intended User: The Intended User Of This Appraisal Report Is The Client.

COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)       The Extraction Method Is Utilized To
Formulate The Estimate Of Site Value. Land Value Exceeds 30% Of Total Value Due To The Condition Of The Improvements And The
Desirability Of The Area And Scarcity Of Available Building Plots. This Will Not Affect Marketability Of The Subject At Our Appraised

| | | | |
|---|---|---|---|
| Value. | OPINION OF SITE VALUE | | =$ 33,000,000 |
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | DWELLING 12,475 Sq.Ft @ $ 1,650.00 | | =$ 20,585,400 |
| Source of cost data  Local Contractors And Architects. | 4,670 Sq.Ft @ $ 1,650.00 | | =$ 7,705,500 |
| Quality rating from cost data  Avg  Effective date of cost data  09/23/2022 | | | =$ 1,000,000 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Mech.$800k Outdoors: $200k | | |
| External Inadequacies: None. Functional Obsolescence: None. | Garage/Carport | | =$ |
| Physical Depreciation:15/60=25%, As Is Value Of Site | Total Estimate of Cost-New | | =$ 29,290,900 |
| Improvements Reflecting The Existing Structure Value. | Less  Physical  Functional  External | | |
| | Depreciation  7,322,725 | | =$ 7,322,725 |
| | Depreciated Cost of improvements | | =$ 21,968,175 |
| | "As-is" Value of Site improvements | | =$ 31,825 |
| Estimated Remaining Economic Life (HUD and VA only)  45  Years | INDICATED VALUE BY COST APPROACH | | =$ 55,000,000 |

INCOME APPROACH TO VALUE (not required by Fannie Mae)
Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

PROJECT INFORMATION FOR PUDs (if applicable)
Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No  Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases _____  Total number of units _____  N/A  Total number of units sold _____
Total number of units rented _____  Total number of units for sale _____  N/A  Data source(s) _____
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source _____
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.
Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.
Describe common elements and recreational facilities.  N/A



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.

2020102300818001001ED6AD

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

Document ID: 2020102300818001    Document Date: 02-23-1984    Preparation Date: 10-23-2020
Document Type: CORRECT INDEX/DEED-OFFICE USE
Document Page Count: 3

**PRESENTER:**
NEW YORK CITY DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK, NY 10038

**RETURN TO:**
NEW YORK CITY DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK, NY 10038

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

**CROSS REFERENCE DATA**

MANHATTAN    Year: 1984    Reel: 767    Page: 1840

**PARTIES**

**GRANTOR:**
KATHERINE BROWNE
8643 HOLLOWAY PLAZA
LOS ANGELES, CA 90069

**GRANTEE:**
MARIANNE NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES    County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 0.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed    10-26-2020 12:07
City Register File No.(CRFN):
2020000297552

*City Register Official Signature*

Form SCRLG, - "TOTAL" abstract software by a le mode, inc.    1-800-ALAMODE



NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

2020102300818001001CD42D

RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)          PAGE 2 OF 5

Document ID: 2020102300818001          Document Date: 02-23-1984          Preparation Date: 10-23-2020
Document Type: CORRECT INDEX/DEED-OFFICE USE

PARTIES

GRANTEE:
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

Form: SCNLBL - "TOTAL" appraisal software by a la mode, inc. · 1-800-ALAMODE



767 PAGE 1860

THIS INDENTURE, made the 23rd day of FEBRUARY, nineteen hundred and eighty-four

BETWEEN KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los
Angeles, California 90069

party of the first part, and MARIANNE NESTOR and PEGGY NESTOR, having an
address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs
or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,
lying and being in the  Borough of Manhattan, City, County and State of New
York, bounded  and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant
124 feet 6 inches Westerly from the corner formed by the inter-
section of the Northerly side of 63rd Street and the Westerly side
of Madison Avenue;

RUNNING THENCE Northerly parallel with Madison Avenue part of the
distance through a party wall 100 feet 5 inches to the center line
of the block;

THENCE Westerly parallel with the Northerly side of 63rd Street
25 feet;

THENCE Southerly parallel with Madison Avenue part of the distance
through a party wall 100 feet 5 inches to the Northerly side of
63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to
the point or place of BEGINNING.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and
roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances
and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO
HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of
the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything
whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of
the first part will receive the consideration for this conveyance and will hold the right to receive such consid-
eration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply
the same first to the payment of the cost of the improvement before using any part of the total of the same for
any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above
written.

IN PRESENCE OF:



FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM

INDEX NO. 151642/2019

NYSCEF DOC. NO. 58

RECEIVED NYSCEF: 09/29/2020

judgment as against Marianne Nestor Cassini, and remanded the matter to the Surrogate's Court, Nassau County, for a new trial to be conducted expeditiously; and

WHEREFORE, in light of the Appellate Division, Second Department's Opinion and Order (¶5, supra), the Sheriff's Deed (¶4, supra) was rendered voidable.

WHEREFORE, rather than engage in protracted litigation regarding the claims and counterclaims in the above-referenced actions, the parties herein have decided to request the Court order the following:

ORDERED, that the pending motion to dismiss (Motion Seq. 3) by defendant Peggy Nestor in the case with index number 151642/2019, is hereby withdrawn; and it is further

ORDERED, that the Sheriff's Deed dated November 13, 2018 and recorded with the City Register of the City of New York on November 29, 2018 (CRFN 2018000394EE) be vacated as of the date of this Order; and it is further

ORDERED, that title to the Subject Premises be restored as held by and through the 1984 Deed (¶1, supra); and it is further

ORDERED, that no party hereto is required to pay any monies to any other party herein as monetary damages in either action, including but not limited to attorney's fees, costs and disbursements, and the attorneys for the parties shall sign Stipulations of Discontinuance, with prejudice, of the above actions simultaneously with the instant stipulation; and it is further

ORDERED, that the City Register of the City of New York is directed to cancel and set aside the Sheriff's Deed dated November 13, 2018 and recorded with the City Register of the City of New York on November 29, 2018 (CRFN 2018000394EE) for the Subject Premises known as and located at 15 East 63rd Street, New York, New York 10065 (Block 378; Lot 12); and it is further

1

1 of 5

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.

2020009300077600 1002EAE3A

## RECORDING AND ENDORSEMENT COVER PAGE

PAGE 1 OF 6

Document ID: 2020009300077600I    Document Date: 09-29-2020    Preparation Date: 10-07-2020
Document Type: COURT ORDER
Document Page Count: 5

| PRESENTER: | RETURN TO: |
|---|---|
| PEGGY NESTOR<br>15 EAST 63RD STREET<br>NEW YORK, NY 10065<br>917-558-1382<br>PEGGYNESTOR@AOL.COM | PEGGY NESTOR<br>15 EAST 63RD STREET<br>NEW YORK, NY 10065<br>917-558-1382<br>PEGGYNESTOR@AOL.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA

CRFN_____ or  DocumentID_____ or  Year_____ Reel_____ Page_____ or  File Number_____

### PARTIES

| PARTY 1/GRANTOR: | PARTY 2/GRANTEE: |
|---|---|
| BRIAN CURRAN<br>15 EAST 63RD ST<br>NEW YORK, NY 10065 | PEGGY NESTOR |

### FEES AND TAXES

| | | Filing Fee: | |
|---|---|---|---|
| Mortgage : | | | 0.00 |
| Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax | |
| Taxable Mortgage Amount: | $ 0.00 | | 0.00 |
| Exemption: | | NYS Real Estate Transfer Tax | |
| TAXES: County (Basic): | $ 0.00 | | 0.00 |
| City (Additional): | $ 0.00 | |
| Spec (Additional): | $ 0.00 | |
| TASF: | $ 0.00 | |
| MTA: | $ 0.00 | |
| NYCTA: | $ 0.00 | |
| Additional MRT: | $ 0.00 | |
| TOTAL: | $ 0.00 | |
| Recording Fee: | $ 62.00 | |
| Affidavit Fee: | $ 0.00 | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed   10-09-2020 13:47
City Register File No.(CRFN):
2020000277989

*Jonette McGill*
City Register Official Signature

No. 1140321

Certification

STATE OF NEW YORK, COUNTY OF NEW YORK. SS:

I, Milton Adair Tingling. County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on September 30, 2020 I have compared

the document attached hereto,

DECISION AND ORDER page(s) 5

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

*Milton Adair Tingling*

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

Form: SONE-B.  - 1103 A. ' expresss: software by a la moda: inc. ·  -800-A-LAMODE

INDEX NO. 151042/2019
RECEIVED NYSCEF: 09/25/2020

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM
NYSCEF DOC. NO. 58

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT    HON. VERNA L SAUNDERS                    PART    IAS MOTION 36
_____ Justice

                                                   INDEX NO.        151042/2019
BRIAN CURRAN                                       MOTION SEQ. NO.      002

                              Plaintiff,

                    - against -                     DECISION + ORDER ON
                                                         MOTION
PEGGY NESTOR

                              Defendant.
_____X

The following e-filed documents, listed by NYSCEF document number (Motion 002) 31, 32, 33, 34, 35, 36, 37, 38,
39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 54, 55, 56, 57
were read on this motion to/for                    DISMISSAL

        Motion Sequence 002, a motion to dismiss plaintiff' complaint and cancel the notice
pendency recorded on January 30, 2019, is resolved pursuant to the So Ordered Stipulation
annexed hereto.

        This constitutes the Decision and Order of the Court.

_____    September 19, 2020                     HON. VERNA L SAUNDERS, J.S.C.

CHECK ONE:          [ ] CASE DISPOSED         [X] NON-FINAL DISPOSITION
                    [ ] GRANTED  [ ] DENIED   [ ] GRANTED IN PART   [X] OTHER
APPLICATION:        [ ] SETTLE ORDER          [ ] SUBMIT ORDER
CHECK IF APPROPRIATE:  [ ] INCLUDES TRANSFER/REASSIGN  [ ] FIDUCIARY APPOINTMENT  [ ] REFERENCE

151042/2019  CURRAN, BRIAN vs. NESTOR, PEGGY                          Page 1 of 1
Motion No. 002

                              1 of 5

Form: SGNL.SE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM

NYSCEF DOC. NO. 58

INDEX NO. 151042/2019

RECEIVED NYSCEF: 09/29/2020

At the IAS Part 36 of the Supreme Court
of the State of New York, held at and for the
County of New York at the Courthouse
thereof, 111 Centre St, New York, New
York on the 24 day of September, 2020

PRESENT: HONORABLE VERNA L. SAUNDERS, J.S.C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X    Index No. 151042/2019
BRIAN CURRAN, PUBLIC ADMINISTRATOR OF
NASSAU COUNTY, AS ADMINISTRATOR CTA OF THE
ESTATE OF OLEG CASSINI, DECEASED

                                            Plaintiff,              SO ORDERED STIPULATION

- against -

PEGGY NESTOR,

                                            Defendant
-------------------------------------------------------------------X
MARIANNE NESTOR CASSINI and PEGGY NESTOR,            Index No. 155755/2020

                                            Plaintiffs,

- against -

BRIAN CURRAN, A PUBLIC ADMINISTRATOR
OF NASSAU COUNTY, AS ADMINSTRATOR
CTA OF THE ESTATE OF OLEG CASSINI,
DECEASED,

                                            Defendant

-------------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the

parties, each appearing through counsel, that these actions which involve real property known as

and located at 15 East 63rd Street, New York, New York, 10065 (Block 1378; Lot 12) ("Subject

Premises") be settled and resolved upon following recitals:

2 of 5

Form SONLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

INDEX NO. 151042/2019
RECEIVED NYSCEF: 09/25/2020

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM

NYSCEF DOC. NO. 58

1.  The Subject Premises were acquired by Defendant PEGGY NESTOR and Marianne Nestor by Deed dated February 23, 1984 and recorded with the City Register on February 27, 1984 ("1984 Deed");

2.  A Judgment against Marianne Nestor (also known as Marianne Nestor Cassini) in the amount of $50,939,988.48 was issued by the Surrogate's Court of Nassau County on or about January 3, 2018 ("Judgment");

    a.  A Transcript of Judgment was recorded and filed in the Office of the County Clerk, County of New York on or about January 5, 2018 which was subsequently amended;

3.  Upon an auction by the Sheriff of the Subject Premises held on September 12, 2018, JEFFREY DeLUCA, PUBLIC ADMINISTRATOR OF NASSAU COUNTY, AS ADMINISTRATOR CTA OF THE ESTATE OF OLEG CASSINI, was the successful bidder and purchased Marianne Nestor Cassini's undivided 50% interest in the Subject Premises

4.  A Sheriff's Deed dated November 13, 2018 conveying Marianne Nestor Cassini's undivided 50% interest in the Subject Premises to Jeffrey DeLuca, as Public Administrator of Nassau County, as Administrator C.T.A. of the estate of Oleg Cassini, Deceased was recorded with the City Register of the City of New York on November 29, 2018 (CRFN 201800039488);

5.  The Judgment thereafter was rendered voidable by Opinion and Order of the Supreme Court of the State of New York, Appellate Division, Second Department, dated February 13, 2020 (Matter of Cassini, Deceased) (D62044), which found the lower court should have granted an adjournment of the accounting trial in the interim accounting proceeding, which trial gave rise to the $50,939,988.48 monetary

2

Form SCN-LGL - 'TOTAL' express software by  a  le mode, inc. - 1-800-ALAMODE

# Certificate of Occupancy Search

**TITLE #:** TP127048

**PREPARED FOR:** TITLEPRO AGENCY, LLC (TLTPRO)

**DATE:** 12/27/2016
**ORDER ID:** 11291613

## PREMISES:

15 EAST 63 STREET

**STATE:** NY  **COUNTY:** NEW YORK

**Block:** 1378  **Lot:** 12

**A search of the Building Department records in reference to the above mentioned premises has revealed the following information:**

Certificate of Occupancy #90674 issued on 7/28/1987 FOR A MEZZANINE AND FIVE STORY NON-FIREPROOF BUILDING; SEVEN APARTMENTS.

Building Department records indicate that the following plan(s) have been indexed/filed against the above premises: ALT#874/1989 (NO RECORDS FOUND AS PER CITY PERSONNEL)

Building Permit ALT#103169358 **Approved** 9/1/2004 FILED FOR BIZ APP NUMBER. APPROVED UNDER ALT#874/1989. COMBINE SECOND FLOOR APARTMENTS INTO PART OF TRIPLEX WITH FIRST, SECOND AND MEZZANINE FLOORS. ENLARGE REAR OF CELLAR IN CONJUNCTION WITH TRIPLEX APARTMENT.

New Certificate of Occupancy Is Required.

Not Signed-Off.

The above information was abstracted from computer records. The actual plans were not found.

RedVision does hereby certify that the records of the above-mentioned municipality or governmental agency were examined, and the information reported herein is a true and accurate abstract of the information within those records, as of the posting date provided by the municipality or governmental agency, and

THE CITY OF NEW YORK

# DEPARTMENT OF BUILDINGS
## CERTIFICATE OF OCCUPANCY

AMENDED

DATE: JUL 29 1957    NO.    90674

BOROUGH: MANHATTAN

This certificate C.O. No. 40267

ZONING DISTRICT R-8

THIS CERTIFIES that the ~~new~~ altered ~~existing~~ building premises located at Block 1378 Lot 12
15 East 53rd Street

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAX PERSONS ACCOMMODATED NO OF PERSONS | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE OCCUPANCY GROUP | BUILDING CODE CONSTRUCTION CLASSIFICATION | DESCRIPTION OF USE AND OCCUPANCY |
|---|---|---|---|---|---|---|
| Sub-cellar | on ground | | | | | H.V. Steam (Gas) and Storage |
| Cellar | 75 | | | | | (Storage) |
| 1st story | 75 | | 3 | 2 | | One third (1/3) |
| 2nd story | 40 | | 3 | 2 | | (Third 1/3) |
| Mezzanine | | | 1 | 2 | | One third (1/3) |
| 3rd & 4th | 40 60. | | 4 | 2 | | Two (2) story |
| ~5th | 40 | 1 | 5 | 2 | J-2 | One (1) story |

Class "A" Converted Dwelling

Sprinkler System approved by Fire Department April 4, 19

OPEN SPACE USES _____ (SPECIFY-PARKING SPACES LOADING BERTHS, OTHER USES, NONE.)

NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT

☐ ORIGINAL    ☐ OFFICE COPY-DEPARTMENT OF BUILDINGS    ☐ COPY



CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2020102300818001001ED6AD |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |
| Property Type: APARTMENT BUILDING | | | | |

## CROSS REFERENCE DATA

MANHATTAN    Year: 1984    Reel: 767    Page: 1840

## PARTIES

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

## FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 0.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed    10-26-2020 12:07
City Register File No.(CRFN):
2020000297552

*City Register Official Signature*



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2020102300818001001ED6AD |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE 66 JOHN STREET NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE 66 JOHN STREET NEW YORK, NY 10038 |

| PROPERTY DATA | | | | |
|---|---|---|---|---|
| Borough | Block | Lot | Unit | Address |
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |
| Property Type: | APARTMENT BUILDING | | | |

| CROSS REFERENCE DATA |
|---|
| MANHATTAN   Year: 1984   Reel: 767   Page: 1840 |

| PARTIES | |
|---|---|
| GRANTOR: | GRANTEE: |
| KATHERINE BROWNE 8643 HOLLOWAY PLAZA LOS ANGELES, CA 90069 | MARIANNE NESTOR 257 PARK AVENUE SOUTH NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

| FEES AND TAXES | | | |
|---|---|---|---|
| Mortgage : | | Filing Fee: | |
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES:  County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | RECORDED OR FILED IN THE OFFICE | |
| TASF: | $ 0.00 | OF THE CITY REGISTER OF THE | |
| MTA: | $ 0.00 | CITY OF NEW YORK | |
| NYCTA: | $ 0.00 | Recorded/Filed     10-26-2020 12:07 | |
| Additional MRT: | $ 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ 0.00 | 2020000297552 | |
| Recording Fee: | $ 0.00 | | |
| Affidavit Fee: | $ 0.00 | City Register Official Signature | |

CRFN-XXXXXXXXXX CORRECT INDEX/DEED-OFFICE USE-Recorded 10/23/20 12:37:48 PM
Page 2 of 5



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|

**2020102300818001001CD42D**

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| Document ID: **2020102300818001** | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |

**PARTIES**

**GRANTEE:**
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

CRFN 2020000313148 CORRECT INDEX/DEED-OFFICE USE-Recorded 10/26/2020 12:07:18 PM



**Department of Finance**

**To Whom It May Concern:**

**This document is placed in the index to reflect the name(s) of the owner(s) pursuant to a court order filed with this parcel.**

**Questions regarding this memorandum should be addressed to the City Register.**

**NYC Department of Finance**

**Division of Land Records**

**Office of the City Register**

Print Request ID 2025081200000600.0001

Attested 8/12/2025 4:11:38 PM



Standard N Y B T U. Form 8002* 11-30-7051  Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation (single she

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

 REEL 767 PAGE 1840

**THIS INDENTURE**, made the 23ᴿᴰ day of FEBRUARY, nineteen hundred and eighty-four
**BETWEEN** KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los
Angeles, California 90069

party of the first part, and MARIANNE NESTOR and PEGGY NESTOR, having an
address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs
or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,
lying and being in the Borough of Manhattan, City, County and State of New
York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant
124 feet 6 inches Westerly from the corner formed by the inter-
section of the Northerly side of 63rd Street and the Westerly side
of Madison Avenue;

RUNNING THENCE Northerly parallel with THE WESTERLY SIDE OF Madison Avenue ALL part of the
distance through a party wall 100 feet 5 inches to the center line
of the block; BETWEEN 63rd AND 64TH STREET

THENCE Westerly parallel with the Northerly side of 63rd Street
25 feet;

THENCE Southerly ALL AGAIN parallel with Madison Avenue part of the distance
through ANOTHER party wall 100 feet 5 inches to the Northerly side of
63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to
the point or place of BEGINNING.

TAX MAP
DESIGNATION
Dist.
Sec.
Bl. 1378
Lot(s). 12

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and
roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances
and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO
HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of
the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything
whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of
the first part will receive the consideration for this conveyance and will hold the right to receive such consid-
eration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply
the same first to the payment of the cost of the improvement before using any part of the total of the same for
any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above
written.

In Presence of:



STATE OF NEW YORK, COUNTY OF N.Y.

On the 23 day of FEBRUARY 1984, before me personally came
KATHERINE BROWNE    SO IN ORIGINAL

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she executed the same.

JOSEPH HINDBERG
Notary Public

STATE OF NEW YORK, COUNTY OF

On the day of 19 , before me personally came    REEL 767 PAGE 1841

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

STATE OF NEW YORK, COUNTY OF

On the day of 19 , before me personally came
to me known, who, being by me duly sworn, did depose and say that he resides at No.

that he is the
of
, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

STATE OF NEW YORK, COUNTY OF

On the day of 19 , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No.

that he knows
to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h name as witness thereto.

---

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE NO. M 21033

KATHERINE BROWNE

TO

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by
TITLE GUARANTEE-
NEW YORK
A TICOR COMPANY

SECTION
BLOCK 1378
LOT 12
COUNTY OR TOWN NEW YORK
TAX BILLING ADDRESS 15 EAST 63 rd STREET

Recorded At Request of The Title Guarantee Company

RETURN BY MAIL TO:

BOOTH, LIPTON & LIPTON
405 Park Avenue
New York, New York
ATT WILL SANSLER ESQ.    Zip No. 10022

RECORDED BY
LTIC ASSOC., INC.
41 East 42 Street
NEW YORK, N.Y. 10017
599-2170

# Exhibit Three

CERTIFIED
MARIANNE RESTOR

C22 (escrow agent)                    10/20   1983      1-103/2

PAY TO THE ORDER OF   Law Offices of Proujansky Preiss & Narnberg   $100,000

One Hundred Thousand q no/100                          DOLL

CERTIFIED
CHECK

Bankers Trust Company
434 Park Ave, New York, New York 10022

Marianne Neh

⑈02100903⑈04    ⑈209450328    0849    006485

---

CERTIFIED
MARIANNE RESTOR

622 FEB 23 1984  622                   Feb. 23   1984      1-103/2

PAY TO THE ORDER OF   TO THE CONALTERED SINCE Tullman Esq Escrow Agent  $ 64,500

ISSUANCE AND IF PROPERLY ENDORSED
BANKERS TRUST COMPANY   Sixty four thousand Five Hundred            DOLL

Bankers Trust Company
434 Park Ave, New York, New York 10022

920327    880

920326

NUMBER
879

CERTIFIED

MARIANNE WESTOR

Feb. 23 1984

1-103/210

622  FEB 23 1984  622

PAY TO THE
ORDER ONLY IF UNALTERED SINCE ___llman Esq. Escrow Agent $ 30,000.⁰⁰
ISSUANCE AND IF PROPERLY ENDORSED.

BANKERS TRUST COMPANY thirty thousand —————————— DOLLA___

Bankers Trust Company

600 Park Ave___ York, New York 10082

CERTIFIED
CHECK

⑆2094502⑆   087

⑆2094502⑆

# Exhibit Four

January 8, 2025

Hall F. Willkie

President Emeritus

Senior Executive Consultant

Brown Harris Stevens

445 Park Avenue

New York New York

10022

Mr. Willkie:

My name is Marianne Nestor and I am co-owner with my sister Peggy Nestor of block 1378 lot 12 or 15 East 63rd Street.

A copy of your arrangement with the mysterious Mr. Togut was received.  Please be advised that I am not under the jurisdiction of the Bowling Green Court, Judge Wiles, or Mr. Togut. I have never seen your proposed contract and, I choose not to sell my 50% ownership, thru Brown Harris Stevens.   I have signed nothing with either the Togut firm or BHS.

Mr. Togut has done great damage to our property with his people, including a strange and unusual deluge of water flowing thru the lobby chandelier.

Much of Mr. Moore's narrative is incorrect. By Mr. Togut announcing that he was slashing the price by $16million, he has done great damage to our property with his comments.  This property should be taken off the market for several months, and the price should be returned to the appraised value of September 2022., $55 million. This is a 7 unit rent stabilized apartment building.

Regarding the instant matter, Mr. Togut has no right to sell my 50% ownership since 1984, (when we purchased the property).

The case was misfiled by Anne Penachio of the Penachio Malara Firm - White Plains.

Copy of Certified deed attached.

There is also a motion for illegal lockout of this rent stabilized property, RPAP713 and RPAPL 853 treble damages, which go into the millions.

Thank you for your attention to this matter.

Sincerely,

Marianne Nestor

Marianne Nestor
Building manager
co-owner
15 East 63rd Street
New York, New York
10065
347 514 3095
E-Mail: Gemeauxltd@gmail.com

By Federal Express
Direct Signature

Print Request ID 2025081200000600 - 0001

# CERTIFIED COPY

## CITY OF NEW YORK

## DEPARTMENT OF FINANCE

## OFFICE OF THE CITY REGISTER, MANHATTAN / NEW YORK COUNTY

The document attached hereto,

CRFN 2020000297552, CORRECT INDEX/DEED-OFFICE USE, recorded on
10-26-2020 12:07, page(s) 1 - 5

is a true and correct copy of the original document recorded in the Office of
the City Register of New York on as attested by the City Register on
08-12-2025 16:11

*Colette McCain-Jacques*

Colette McCain-Jacques
City Register

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2020102300818001001ED6AD

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

| | | |
|---|---|---|
| Document ID: **2020102300818001** | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
| Document Type: **CORRECT INDEX/DEED-OFFICE USE** | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA

MANHATTAN    Year: 1984    Reel: 767    Page: 1840

### PARTIES

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 0.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed    10-26-2020 12:07
City Register File No.(CRFN):
**2020000297552**

*City Register Official Signature*

Attested 8/12/2025 4:11.38 PM



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2020102300818001001ED6AD

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
|---|---|---|

Document Type: CORRECT INDEX/DEED-OFFICE USE
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

**CROSS REFERENCE DATA**

MANHATTAN    Year: 1984    Reel: 767    Page: 1840

**PARTIES**

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $    0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $    0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $    0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 0.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed        10-26-2020 12:07
City Register File No.(CRFN):
        **2020000297552**

*City Register Official Signature*



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2020102300818001001CD42D

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
|---|---|

Document ID: 2020102300818001     Document Date: 02-23-1984     Preparation Date: 10-23-2020
Document Type: CORRECT INDEX/DEED-OFFICE USE

**PARTIES**
**GRANTEE:**
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

CRFN 2020000297651 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM



**Department of Finance**

**To Whom It May Concern:**

**This document is placed in the index to reflect the name(s) of the owner(s) pursuant to a court order filed with this parcel.**

**Questions regarding this memorandum should be addressed to the City Register.**

**NYC Department of Finance**

**Division of Land Records**

**Office of the City Register**

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM

Page 4 of 5



Standard N.Y.B.T.U. Form 8002* 11-60-10M   Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

REEL 767 PAGE 1840

SST cv
$5080

THIS INDENTURE, made the 23ᴿᴰ day of FEBRUARY, nineteen hundred and eighty-four BETWEEN  KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los Angeles, California  90069

party of the first part, and  MARIANNE NESTOR and PEGGY NESTOR, having an address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the  Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant 124 feet 6 inches Westerly from the corner formed by the inter-section of the Northerly side of 63rd Street and the Westerly side of Madison Avenue;

RUNNING THENCE Northerly parallel with THE WESTERLY SIDE OF Madison Avenue part of the ALL distance through a party wall 100 feet 5 inches to the center line of the block; BETWEEN 63RD AND 64TH STREET

THENCE Westerly parallel with the Northerly side of 63rd Street 25 feet;

THENCE Southerly AND AGAIN parallel with Madison Avenue part of the distance through ANOTHER party wall 100 feet 5 inches to the Northerly side of 63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to the point or place of BEGINNING.

TAX MAP
DESIGNATION
Dist.
Sec.
Bl. 1378
Lot(s) 12

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Jeffry S. Till                                    Katherine Browne

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM



STATE OF NEW YORK, COUNTY OF N.Y.

On the 23 day of FEBRUARY 1984, before me personally came
KATHERINE BROWNE
to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she executed the same.

JOSEPH HIMMBERG
Notary Public, State of New York

STATE OF NEW YORK, COUNTY OF

On the    day of    19  , before me personally came
REEL 767 PAGE 1841
to me known to be the individual described in and who executed the same.

STATE OF NEW YORK, COUNTY OF

On the    day of    19  , before me personally came
to me known, who, being by me duly sworn, did depose and say that  he resides at No.

that  he is the
of    , the corporation described
in and which executed the foregoing instrument; that  he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that  he signed h  name thereto by like order.

STATE OF NEW YORK, COUNTY OF

On the    day of    19  , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that  he resides at No.

that  he knows
to be the individual described in and who executed the foregoing instrument; that  he, said subscribing witness, was present and saw execute the same; and that  he, said witness, at the same time subscribed h  name as witness thereto.

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No. M 21033

KATHERINE BROWNE

TO

SECTION
BLOCK  1378
LOT  12
COUNTY OR TOWN  NEW YORK
TAX BILLING ADDRESS  15 EAST 63 RD STREET

Recorded At Request of The Title Guarantee Company
RETURN BY MAIL TO:

BOOTH, LIPTON & LIPTON
405 Park Avenue
New York, New York
Zip No. 10022
ATT WILL SANSLER ESQ.

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**TITLE GUARANTEE-NEW YORK**
A TICOR COMPANY

RECORDED BY
LTIC ASSOC., INC.
41 East 42 Street
NEW YORK, N.Y. 10017
599-2170

OFFICE OF CITY REGISTER
New York County

FEB 27 1984
TRANSFER TAX NEW YORK COUNTY