February 17, 2025



Daniel Rudewicz
US Trustee
United Stares Bankruptcy Court
New York Southern District
One Bowling Green
New York New York 10007

Mr. Rudewicz, Daniel

Further to the letter of December 30, 2025,  of Peggy Nestor ("Peggy")  attached,  and Peggy's request for a meeting, reference offsets, apparently Peggy's  former lawyer, Anne Penachio ("Anne") of the Penachio Malara Firm ("PMFirm") - White Plains did not file any offsets  or objections to claims, including the IRS,  or NY State.  Peggy owes/owed nothing to either entity, and all communications are/have been handled by an accountant. Peggy was not insolvent and had approximately one million dollar in her personal  account April 2023.

Additionally, the appraisal in the name of Lynx's vice president, Michael Alfieri of 12/22/2016 valuing the property at $50million clearly states that the property, also Peggy's primary residence and home since1984, is a rent stabilized building and subject to the rules of the rent stabilization law and rent stabilization code of 1969. The property became subject to Landmark Protection designation with the office of  the City Register, on July 7, 1982 , at Reel 629 page 729 .
**Exhibit One**
Appraisal of
12/22/2016
for Michael Alfieri
VPLynx Asset Services

The most recent appraisal valued the property jointly owned by Marianne Nestor and Peggy Nestor September 2022 at $55.million dollars, which is in the Court's records.
**Exhibit Two**
Appraisal
September 2022

As advised to all, and which is clearly evident, the loan by Lynx Asset Services ("Lynx") was made to Gemeaux Ltd. ("Gemeaux") - a NY company founded in 1973. A loan by Lynx to a natural person, and a resident of the property, would be contrary to the

banking laws, therefore the loan was made to Gemeaux, a company, which was not named in the legal action taken by Lynx.

The appraisal of 12/22/2016
and 'opinion of value' $50.Million
was made for Michael Alfieri, vp of Lynx and clearly establishes the 7 unit building ( as per the c of o dated 1987 on file ) as a rent stabilized property, with 7 apartments, which has not been changed.
Exhibit one
Appraisal of
real property for
Michael  Alfieri  2016
VP Lynx


Section  853 of the Real Property Actions and Proceedings Law (" RPAPL") provides as follows:

"If a person is disseized, ejected or put out of real property in a forcible or unlawful manner, or after he has been put out, is held or kept out by force or by putting him in fear of personal violence or by unlawful means, he is entitled to recover treble damages in an action against the wrongdoer. "

As a result of being unlawfully evicted without notice or due process we have suffered damages believed to be not less than $1,000,000. , which amount should be trebled pursuant to RPAPL 853.

Based upon the foregoing, we are entitled to a money judgement against AlbertTogut and Neil Berger, of the Togut Firm ("Togut") both jointly and severally, believed to be not less than $3million dollars.

By the Togut conduct they have intentionally, willfully and unlawfully  trespassed on our Property and caused physical damage thereto.

The Togut conduct constitutes an affirmative act  resulting in an intentional intrusion onto our property, and demonstrates a wanton disregard for our rights as citizens and occupants of a rent stabilized property as to warrant punitive damages against the Togut Firm. Based upon the foregoing, we are due in excess of $5 million dollars for the brutal lockout of April 30, 2024, by Togut
(22 months).

Additionally, as per Section 27-2004(a) (48) of the New York City Administrative Code, the definition of "harass" persons entitled to occupancy as set forth in paragraph 48 of subdivision a of section 27-2004 of this chapter, has the right to seek injunctive relief and recover legal fees as per Section 27-2115 ( h ) . We have been harassed by Neil Berger and Togut, as well,  by removal of property from the premises without advice or warrant, July 11, 2024 breaching the 4th amendment .

Based upon the foregoing, an entry of a judgement against Togut permanently enjoining and restraining Togut and anyone acting on behalf of Togut from in any way engaging in any act or omission by or on behalf of Togut that causes or is intended to cause us or any other party to occupy the property to surrender or waive any rights in relation to the property.

According to the rent stabilization law, a tenant/resident may not be evicted from a rent stabilized apartment in NYC if the tenant or the spouse of the tenant is a senior citizen, 62 years or older, or a disabled person unless the owner provides an equivalent or superior apartment at the same or lower rent in a nearby area, which has not been done.

Entitlement to a money judgement in the amount of $1million dollars, in addition to punitive damages believed to be not less than $5million and repairs to damages created under  the Togut  team April 30, 2024, August 2, 2025, and February 5, 2026 and during the possession of 22  months that Togut has been in control of the property, namely 15 East 63rd Street, block 1378 lot 12. Additionally, the outside gate to go to the 15 Bis entry has been greatly damaged.  It has been in place for almost 40 years, and under the Togut group no longer is operable.  Much damage has been done to the interior of the property while under the control of Togut .

All damages need to be paid by Togut, including to personalty and Personal property.

Wherefore immediate access including unfettered ingress and egress, with keys is requested, in addition to the money and repairs to the property damaged while in the custody of Togut.

A complaint will be filed absent correction.

As all are aware, I am not under the jurisdiction of the Court of J Wiles, but to quote him am an" interested party only".

A response would be appreciated, as the incorrect filing by Anne has done great damage to our health, the reputation of Peggy, and our joint property, in the millions of dollars.

Wherefore, a complaint is intended to be filed or this injustice, needs to be corrected.

Thank you for your immediate
attention to this matter.

Respectfully submitted,

Marianne Nestor
Registered building manager
Co-owner
15 East 63rd Street
Block 1378 Lot 12
New York New York
10065

Peggy Nestor
15 East 63rd Street
New York New York
10065

December 29, 2025

Daniel Rudewicz Esq.
US Trustee
United States Bankruptcy Court
New York Southern District
One Bowling Green
New York New York 10007

Mr. Rudewicz, Daniel,

Further to our previous communications, I would like to have a meeting with you to go over offsets. Judge Wiles said it was ok to reach out to you.

Apparently, former attorney Anne Penachio ("Anne") of the Penachio Malara Firm ("PMFirm") did not file any offsets to claims or objections. I have a CPA handling anything to do with the IRS or NY State and owe nothing, as an example.

As previously stated the case was incorrectly filed, by Anne. This was a business loan between Gemeaux Ltd. & Lynx Asset, not a personal loan.

The borrower, Gemeaux Ltd., was not named, indeed Michael Alfieri needed an opinion letter from attorney, Nicotera, prior to making the loan with Gemeaux Ltd.

The only personal debt in my name is Emigrant Bank, which was totally up to date when Anne incorrectly filed a 'voluntary personal bankruptcy'.

Docket One was not signed by me, and Docket Two was not composed or written by me, with a dropped in signature.

I, Peggy Nestor ( "Peggy") was not personally insolvent, and the settlement funding was available, prior to meeting with Anne on Sunday April 23, 2023, re this business loan.

Anne was disengaged April 27, 2024 by me, Peggy, and removed by the Hon. Judge Michael Wiles after a hearing June12, 2025.

Apparently, she is listed as part of the administration, of the claims committee, with your team.   I strongly disagree and object to her being on any committee re me.

Anne has created a terrible mess, failing to advise of meetings, and important information.  As an example, she had set a creditors meeting for December 30, and did not advise of an OSC with JWiles on April 23, 2024, or that a Trustee appointment could be appealed, stating that she would make more money with a Trustee.

I have been locked out of my residence for 20 months, without warning as have all residents of our 7 unit rent stabilized building.

As recently as December 1, 2025, Anne filed papers, as if she were the current attorney of record, without my knowledge, or permission, using the name and case number of Judge Wiles, to change the name on accounts belonging to my sister Marianne & myself to that of Albert Togut.

This is unlawful and wrong, not unsimiliar to Neil Berger forging names on stationery to change an insurance policy paid by Marianne to the name of Albert Togut without notice, which is completely incorrect.

As recent as December 1, she filed papers regarding accounts belonging to me and my sister, Marianne, to change the names on to Albert Togut, and utilizing the name of Judge Wiles, to do so. This would be false, as she has been dismissed by both me and J Wiles.

Kindly confirm that Anne is removed from any and all things related to me, my property or my family.

I have repeatedly requested my client files to be returned by Anne, to no avail.

Please advise your availability re a meeting, as this is very important to me. I need to exit this incorrectly filed case, a.s.a.p.

Thank you for your anticipated cooperation.

Sincerely,

Peggy Nestor
15 East 63rd Street
New York, New York
10065

**<u>Exhibit One</u>**

**Appraisal 12/22/2016**

**For Michael Alfieri**

Main File No. 0759542

# Appraisal Of Real Property



## LOCATED AT

15 E 63rd St
New York, NY 10065
Section: 508   Block: 1378   Lot: 12

## FOR

Michael Alfieri

## OPINION OF VALUE

50,000,000

## AS OF

12/22/2016

## BY

Arieh Goren
Trust Appraisals Inc
350 5th Avenue, 59th Floor
New York , NY 10118
(866) 918-7878
Eric@Trust-Appraisals.Com
Http://Trust-Appraisals.Com

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | File No. 0759542 |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alflari | | | | |

## TABLE OF CONTENTS

| | |
|---|---|
| Cover Page | 1 |
| Letter of Transmittal | 2 |
| Additional Comparables 4-6 | 3 |
| General Text Addendum | 2 |
| USPAP Identification Addendum | 26 |
| UAD Definitions Addendum | 29 |
| UAD Additional Appraiser Definitions Addendum | 32 |
| Comparable Photos 1-3 | 33 |
| Comparable Photos 4-6 | 34 |
| Subject Photos | 35 |
| Subject Photos Interior | 36 |
| Subject Photos Interior | 37 |
| Subject Photos Interior | 38 |
| Subject Photos Interior | 39 |
| Subject Photos Interior | 40 |
| Subject Photos Interior | 41 |
| Subject Photos Interior | 42 |
| Subject Photos Interior | 43 |
| Subject Photos Interior | 44 |
| Subject Photos Interior | 45 |
| Subject Photos Interior | 46 |
| Subject Photos Interior | 47 |
| Subject Photos Interior | 48 |
| Subject Photos Interior | 49 |
| Subject Photos Interior | 50 |
| Subject Photos Interior | 51 |
| Subject Photos Interior | 52 |
| Subject Photos Interior | 53 |
| Subject Photos Interior | 54 |
| Subject Photos Interior | 55 |
| Subject Photos Interior | 56 |
| Subject Photos Interior | 57 |
| Subject Photos Interior | 58 |
| Scanned Document | 59 |
| Scanned Document | 60 |
| Scanned Document | 61 |
| Scanned Document | 62 |
| Scanned Document | 63 |
| Scanned Document | 64 |
| Scanned Document | 65 |
| Scanned Document | 66 |
| Scanned Document | 67 |
| Scanned Document | 68 |
| Scanned Document | 69 |
| Scanned Document | 70 |
| Scanned Document | 71 |
| Scanned Document | 72 |
| Building Sketch (Page - 1) | 73 |
| Building Sketch (Page - 2) | 74 |
| Location Map | 75 |
| Flood Map | 76 |
| Location Map | 77 |
| Supplemental Addendum w/sig block | 78 |
| Addendum | 79 |
| Addendum | 80 |
| Addendum | 81 |
| Addendum | 82 |
| Addendum | 83 |

Main File No. 0759542



**TRUST APPRAISALS**

Trust Appraisals Inc
350 5th Avenue, 59th Floor
New York , NY 10118
(866) 918-7878
Http://Trust-Appraisals.Com

12/24/2016

Michael Alfieri

Re: Property:    15 E 63rd St
                 New York, NY 10065
    Borrower:    Nestor Marianne / Nestor Peggy
    File No.:    0759542

Opinion Of Value: ! 50,000,000
Effective Date:    12/22/2016

In Accordance With Your Request, We Have Appraised The Above Referenced Property.  The Report Of That Appraisal Is Attached.

The Purpose Of The Appraisal Is To Develop An Opinion Of Market Value For The Property Described In This Appraisal Report, As Improved, In Unencumbered Fee Simple Title Of Ownership.

This Report Is Based On A Physical Analysis Of The Site And Improvements, A Locational Analysis Of The Neighborhood And City, And An Economic Analysis Of The Market For Properties Such As The Subject.  The Appraisal Was Developed And The Report Was Prepared In Accordance With The Uniform Standards Of Professional Appraisal Practice.

The Opinion Of Value Reported Above Is As Of The Stated Effective Date And Is Contingent Upon The Certification And Limiting Conditions Attached.

It Has Been A Pleasure To Assist You.  Please Do Not Hesitate To Contact Me Or Any Of My Staff If We Can Be Of Additional Service To You.

Sincerely,

Arieh Goren
License or Certification #: 45000041109
State: NY    Expires: 09/15/2018
Eric@Trust-Appraisals.Com

866-91-TRUST

# Uniform Residential Appraisal Report

File # 0759542

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 15 E 63rd St | City New York   State NY   Zip Code 10065 |
| Borrower Nestor Marianne / Nestor Peggy | Owner of Public Record Nestor Marianne / Nestor Peggy   County New York |
| Legal Description Section: 508 Block: 1378 Lot: 12 | |
| Assessor's Parcel # 1013780012 | Tax Year 2016   R.E. Taxes $ 145,886 |
| Neighborhood Name The Upper East Side | Map Reference 35644   Census Tract 0122.00 |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Fair Market Value. | |
| Lender/Client Michael Alfieri | Address N/A |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).   No Listing Was Revealed On Public Records During Our Investigation. Data Source:
Owner, Olr, Mls And Street Survey.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   No Option, Or Contract Of Sale Was Revealed During Our Investigation.

| | |
|---|---|
| Contract Price $   Date of Contract | Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) Geo Data Plus Llc |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.   $0;;None Noted.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 15 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 15 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 3,362 Low | 20 | Multi-Family | 10 % |
| Neighborhood Boundaries   North;South;East;West. See Attached Addenda. | | | | | 53,000 High | 200 | Commercial | 10 % |
| | | | | | 12,000 Pred. | 90 | Other | *50 % |

Neighborhood Description   See Attached Addenda.   *Present Land Value: Other-50%, Coop-Condo, Community Centers, Parks, Schools, Houses Of Worship.

Market Conditions (including support for the above conclusions)   See Attached Addenda.

| | |
|---|---|
| Dimensions 25' X 100.42'subject To Survey | Area 2511 Sf   Shape Rectangular   View N;Outdr Prt CP view; |
| Specific Zoning Classification Residential R8B | Zoning Description High Density Residential |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)   Structure Can Be Rebuilt If Its Burned Down.
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) to the present use?  ☒ Yes ☐ No  If No, describe  The Highest
And Best Use Of The Subject Property Is A Single Family Residential Property.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | Con Edison | Water | ☒ | DEP | Street Macadam | ☒ | ☐ |
| Gas | ☒ | Key S. | Sanitary Sewer | ☒ | NYC | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 3604970088f   FEMA Map Date 09/05/2007
Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No  If No, describe  N/A.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes ☒ No  If Yes, describe
No Apparent Adverse Easements, Or Encroachments, Noted. Utility Easements Are Typical Of The Market.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Brick/Good | Floors | Hrdwd/Tile-M/Gd |
| # of Stories 6 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Limestone-Brik/Gd | Walls | Dry Wall/Good |
| Type ☐ Det. ☒ Att. ☐ S-Det/End Unit | | Basement Area 4,670 sq.ft. | | Roof Surface | Composition/Good | Trim/Finish | Wood/Good |
| ☐ Existing ☒ Proposed ☐ Under Const. | | Basement Finish 100 % | | Gutters & Downspouts | Aluminum/Good | Bath Floor | Ct-Marble/Good |
| Design (Style) Mansion/Good | | ☐ Outside Entry/Exit ☒ Sump Pump | | Window Type | Dbl-Hung-Case/Gd | Bath Wainscot | Ct-Marble/Good |
| Year Built 1901 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | None Noted | Car Storage | ☒ None |
| Effective Age (Yrs) 5 | | ☐ Dampness ☐ Settlement | | Screens | No/No | Driveway | # of Cars 0 |
| Attic | ☒ None | Heating ☐ FWA ☒ HWBB ☐ Radiant | | Amenities | Woodstove(s) # 0 | Driveway Surface | N/A |
| ☐ Drop Stair | ☐ Stairs | ☐ Other   Fuel Gas | | ☒ Fireplace(s) # 14 | ☒ Fence Wall | Garage | # of Cars 0 |
| ☐ Floor | ☐ Scuttle | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Terx2 | ☒ Porch JB X2 | Carport | # of Cars 0 |
| ☐ Finished | ☐ Heated | ☐ Individual ☐ Other | | Pool None | ☒ Other Elevator | Att. | ☐ Det. ☐ Built-In |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:   24 Rooms   10 Bedrooms   10.0 Bath(s)   11,847 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).   Non-Realty(Removable) Items Noted In This Report Are For Descriptive Purposes Only And
Were Not Considered In Final Value Estimate.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C2;Kitchen-remodeled-eleven to fifteen years
ago;Bathrooms-remodeled-eleven to fifteen years ago;See Attached Addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No  If Yes, describe
Physical Deficiencies Or Adverse Conditions That Affect The Livability, Or Structural Integrity Of The Subject Property Were Not Noted
At Time Of Inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe
The Functional Utility, Condition, Use, Design, Appeal, Quality Of Contraction, And Size Of The Subject Property Are Similar And
Conforming To Others In The "Immediate" Area.

Freddie Mac Form 70 March 2005   UAD Version 9/2011   Page 1 of 6   Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

File # 0759542

| There are | N/A | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | N/A | to $ | N/A |
| There are | N/A | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | N/A | to $ | N/A |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 15 E 63rd St | 19 E 70th St | | 113-115 E 70th St | | 41 E 70th St | |
| | New York, NY 10065 | New York, NY 10021 | | New York, NY 10021 | | New York, NY 10021 | |
| Proximity to Subject | | 0.35 Miles Ne | | 0.38 Miles Ne | | 0.35 Miles Ne | |
| Sale Price | $ | | $ 50,250,000 | | $ 51,000,000 | | $ 33,000,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 3514.48 sq.ft. | | $ 3849.64 sq.ft. | | $ 2931.77 sq.ft. | |
| Data Source(s) | | Acris/Olr/Steasy;DOM 328 | | Inspection, Acris;DOM Unk | | Acris/Olr/Steasy;DOM 320 | |
| Verification Source(s) | | Modlin Group | | Streeteasy | | Brown Harris Stevens | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s08/14;c08/14 | | s01/14;c10/13 | | s10/15;c09/15 | |
| Location | B;5thMad;AdjP | B;5thMad;AdjP | | N;Lex-Park; | +7,650,000 | B;Mad-Park; | +3,300,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2511 Sf | 3012 Sf | -2,225,000 | 3030 Sf | -2,326,500 | 2812 Sf | -1,350,000 |
| View | N;Outdr Prt CP | N;Outdr Prt CP | | N;Res; | +510,000 | N;Res; | +330,000 |
| Design (Style) | AT6;Elevator | AT6;Elevator | | AT6;Elevator | | SD6;Elevator | -330,000 |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q4 | +4,950,000 |
| Actual Age | 115 | 107 | 0 | 106 | 0 | 88 | 0 |
| Condition | C2 | C4 | +7,537,500 | C2 | | C4 | +4,950,000 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 24 / 10 / 10.0 | 28 / 0 / 0.9 | +275,000 | 14 / 7 / 7.5 | +25,000 | 27 / 0 / 1.6 | +300,000 |
| Gross Living Area | 11,847 sq.ft. | 14,298 sq.ft. | -3,186,300 | 13,248 sq.ft. | -1,821,300 | 11,256 sq.ft. | +768,300 |
| Basement & Finished | 4670sf4670sfwc | 2250sf0sfin | +2,135,500 | 2594sf2594sfwc | +1,349,400 | 1876sf1876sfin | +1,816,100 |
| Rooms Below Grade | 10rr0br2.1ba2o | | +125,000 | 1rr1br0.0ba0o | +125,000 | 0rr0br0.0ba6o | +125,000 |
| Functional Utility | Convert.1 Fam | Convert.1 Fam | | Mansion 1 Fam | | Convert.1 Fam | |
| Heating/Cooling | Adequate | Adequate | | Adequate | | Adequate | |
| Energy Efficient Items | S-Kitx4,Wbx4 | None | +500,000 | L-Kit, Wetbx2 | +100,000 | S-Kitx1,Wbx1 | +375,000 |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Outdr,682 Sf | Outdr,1250sf | -227,200 | Outdr,1510 Sf | -331,200 | Outdra,1050 Sf | -147,200 |
| Additional | Jb X2 | Jb X2 | | Jb X6 | -100,000 | None | +50,000 |
| Additional | Fpl X 14 | Fpl X 9 | +125,000 | Deco Fplx 13 | +285,000 | Fpl X 3 | +275,000 |
| Functional Obsolescence | 10% | Similar | | None | -5,100,000 | Similar | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 5,059,500 | ☒ + ☐ - | $ 365,400 | ☒ + ☐ - | $ 15,412,200 |
| Adjusted Sale Price | | Net Adj. 10.1 % | | Net Adj. 0.7 % | | Net Adj. 46.7 % | |
| of Comparables | | Gross Adj. 32.5 % | $ 55,309,500 | Gross Adj. 38.7 % | $ 51,365,400 | Gross Adj. 57.8 % | $ 48,412,200 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    N/A

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    Geo Data Plus, Llc - Tax Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    Geo Data Plus, Llc - Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 08/22/2013 | 09/30/2005 | |
| Price of Prior Sale/Transfer | | $35,000,000 | $17,000,000 | |
| Data Source(s) | Geo Data Plus Llc | Geo Data Plus Llc | Geo Data Plus Llc | Geo Data Plus Llc |
| Effective Date of Data Source(s) | 12/22/2016 | 12/22/2016 | 12/22/2016 | 12/22/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales    N/A

Summary of Sales Comparison Approach    See Attached Addenda.

Indicated Value by Sales Comparison Approach $    50,000,000

Indicated Value by: Sales Comparison Approach $    50,000,000    Cost Approach (if developed) $    50,000,000    Income Approach (if developed) $
The Sales Comparison Approach Is Given All Consideration As It Best Reflects Typical Buyer And Seller Activity In The Marketplace.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:    See Attached Addendum.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $    50,000,000 , as of    12/22/2016 , which is the date of inspection and the effective date of this appraisal.

| Freddie Mac Form 70 March 2005 | UAD Version 9/2011    Page 2 of 6 | Fannie Mae Form 1004 March 2005 |

# Uniform Residential Appraisal Report

File # 0759542

Appraisal Conditions (Note For The Underwriter): The Subject Has A Legal Commercial Certificate Of Occupancy Of A 7 Unit Property. The Subject Has One Rent Stabilized Apartment And Multiple Active Violations On File With The Building Department.As Per Our Market Analysis, The Highest And Best Use For The Subject Property Would Be A Single Family Residence. The Owner Is Intending To Convert This Residence Into A Legal Single Family. The Appraiser Acknowledges That The Subject Property Is A Legal Commercial 7 Units Building. However, As Per The Client Request The Appraisal Is Made On The Basis Of A Hypothetical Conditions That The Property Is Legally Ready For Conversion Into Single Family Home Including Deregulation Of The Rent Stabilized Unit And Removal Of The Building Department Violations. As Such The Appraisal Conclude An As-is Single Family Value. This Appraisal Was Completed Without The Benefits Of Available Proposed Plans, Layout Or Budget In Conjunction With The Subject Proposed Renovation Work And Conversion Into A Single Family Residence. As Such The Subject Interior Description Is Consistent With Current Layout And Finishes. Note: Hypothetical Condition Is A Condition, Directly Related To A Specific Assignment, Which Is Contrary To What Is Known By The Appraiser To Exist On The Effective Date Of The Assignment Results, But Is Used For The Purpose Of Analysis.

Disclosure: I Have Not Performed Services, As An Appraiser, Regarding The Property That Is The Subject Of This Report Within The Three-Year Period Immediately Preceding Acceptance Of This Assignment.

**ADDITIONAL COMMENTS**

Comment On Exposure Time Vs. Market Time:
Exposure Time As Defined By Uspap 2016-2017: Estimated Length Of Time That A Property Interest Being Apprised Would Have Been Offered On The Market Prior To The Hypothetical Consummation Of A Sale At Market Value On The Effective Date Of The Appraisal. Exposure Time Is A Retrospective Opinion Based On An Analysis Of Past Events Assuming A Competitive And Open Market. The Reasonable Exposure Time For The Subject Residence Is Similar To The Estimated Marketing Time Of The Subject, Or 6-12 Months. This Estimate Of Marketing/Exposure Time Is An Estimate. Appraiser Is Not A Real Estate Broker And Is Not Engaged In The Marketing Of Properties. Any Estimate Of Marketing Time Is Subjective And Is A Factor Of Listing Price, Broker/Realtor Choice, Current Market, Subject Condition, Mortgage Availability And Rates Etc.

Fierca Certification Statement:
The Appraiser Certifies And Agrees That This Appraisal Was Prepared In Accordance With The Requirements Of Title XI Of The Financial Institutions, Reform, Recovery, And Enforcement Act (Firrea) Of 1989, As Amended (12 U.S.C. 3331 Et Seq.), And Any Applicable Implementing Regulations In Effect At The Time The Appraiser Signs The Appraisal Certification.

Purpose Of Appraisal
The Purpose Of This Appraisal Is To Estimate The Fair Market Value Of The Fee Simple Interest As Defined By The Financial Institutions Reform, Recovery And Enforcement Act Of 1989 (Firrea).

Scope Of Appraisal
The Scope Of Our Appraisal Includes:
Extensive Research Of The Market.
Collection And Confirmation Of Indicated Data.
Analysis Of All Data In Order To Arrive At An Appropriate Estimate Of Value.
Reporting Our Conclusions To The Reader Of This Report In Logical Method.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The Extraction Method Is Utilized To Formulate The Estimate Of Site Value.  Land Value Exceeds 30% Of Total Value Due To The Condition Of The Improvements And The Desirability Of The Area And Scarcity Of Available Building Plots. This Will Not Affect Marketability Of The Subject At Our Appraised Value.

**COST APPROACH**

| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 30,000,000 |
|---|---|---|
| Source of cost data  Local Contractors And Architects. | DWELLING  11,847  Sq.Ft. @ $  1,300.00 | =$ 15,401,100 |
| Quality rating from cost service  Avg     Effective date of cost data  12/22/2016 | 4,670  Sq.Ft. @ $  1,200.00 | =$ 5,604,000 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Outdoors $300k, Mechanicals $3m | =$ 3,300,000 |
| External Inadequacies: None. Functional Obsolescence: 10%. | Garage/Carport  Sq.Ft. @ $ | =$ |
| Physical Depreciation:5/60=8.33%,  As Is Value Of Site | Total Estimate of Cost-New | =$ 24,305,100 |
| Improvements Reflecting The The Existing Structure Value. | Less  Physical  Functional  External | |
| | Depreciation  2,024,615  2,430,510 | =$( 4,455,125) |
| | Depreciated Cost of Improvements | =$ 19,849,975 |
| | "As-is" Value of Site Improvements | =$ 150,025 |
| Estimated Remaining Economic Life (HUD and VA only)  55  Years | INDICATED VALUE BY COST APPROACH | =$ 50,000,000 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | =$ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes ☒ No  Unit type(s)  ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project

**PUD INFORMATION**

| Total number of phases | Total number of units  N/A | Total number of units sold | |
|---|---|---|---|
| Total number of units rented | Total number of units for sale  N/A | Data source(s) | |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.  N/A

## Uniform Residential Appraisal Report       File # 0759542

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report
File # 0759542

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 0759542

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Arieh Goren | Name |
| Company Name  Trust Appraisals Inc | Company Name |
| Company Address  350 5th Avenue, 59th Floor | Company Address |
| New York , NY 10118 | |
| Telephone Number  (866) 918-7878 | Telephone Number |
| Email Address  Eric@Trust-Appraisals.Com | Email Address |
| Date of Signature and Report  12/24/2016 | Date of Signature |
| Effective Date of Appraisal  12/22/2016 | State Certification # |
| State Certification #  45000041109 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  NY | |
| Expiration Date of Certification or License  09/15/2018 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 15 E 63rd St | Date of Inspection |
| New York, NY 10065 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  50,000,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  No Ame | COMPARABLE SALES |
| Company Name  Michael Alfieri | |
| Company Address  N/A | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Freddie Mac Form 70 March 2005          UAD Version 9/2011    Page 6 of 6          Fannie Mae Form 1004 March 2005

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Uniform Residential Appraisal Report

File # 0759542

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 15 E 63rd St | 57 E 64th St | | 16 E 69th St | | 8 E 62nd St | |
| | New York, NY 10065 | New York, NY 10065 | | New York, NY 10021 | | New York, NY 10065 | |
| Proximity to Subject | | 0.11 Miles E | | 0.28 Miles Ne | | 0.07 Miles Sw | |
| Sale Price | $ | | $ 28,000,000 | | $ 55,000,000 | | $ 84,500,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 2362.07 sq.ft. | | $ 4541.33 sq.ft. | | $ 6843.77 sq.ft. | |
| Data Source(s) | | Streeteasy/Olr;DOM 32 | | Olr/Street Easy;DOM 239 | | Olr/Street Easy;DOM 314 | |
| Verification Source(s) | | Brown Harris Stevens | | Brown Harris Stevens | | Modlin Group | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s09/16;c07/16 | | Active | -2,750,000 | Active | -8,450,000 |
| Location | B;5thMad;AdjP | B;Mad-Park; | +2,800,000 | B;5thmad;Adjp | | B;5thmad;Adjp | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2511 Sf | 2510 Sf | | 3314 Sf | -3,600,000 | 2500 Sf | 0 |
| View | N;Outdr Prt CP | N;Res; | +280,000 | N;Outdr Prt Cp | | N;Outdr Prt Cp | |
| Design (Style) | AT6;Elevator | AT6;Elevator | | AT5;Elevator | 0 | AT6;Elevator | |
| Quality of Construction | Q2 | Q4 | +4,200,000 | Q3 | +5,500,000 | Q2 | |
| Actual Age | 115 | 111 | 0 | 135 | 0 | 113 | 0 |
| Condition | C2 | C4 | +4,200,000 | C2 | | C2 | -8,450,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrm. Baths | | Total Bdrms. Baths | |
| Room Count | 24  10  10.0 | 16  8  1.5 | +325,000 | 16  7  8.3 | +25,000 | 17  6  6.6 | +50,000 |
| Gross Living Area | 11,847 sq.ft. | 11,854 sq.ft. | -9,100 | 12,111 sq.ft. | -343,200 | 12,347 sq.ft. | -650,000 |
| Basement & Finished | 4670sf4670sfwi | 2325sf2325sfwi | +1,524,250 | 2475sf2475sfin | +1,426,750 | 2875sf2875sfin | +1,166,750 |
| Rooms Below Grade | 10r0br2.1ba2o | 2r0br0.1ba5o | +100,000 | 3r0br0.0ba5o | +125,000 | 3r0br1.1ba5o | +50,000 |
| Functional Utility | Convert.1 Fam | Convert.1 Fam | | Mansion 1 Fam | 0 | Mansion 1 Fam | 0 |
| Heating/Cooling | Adequate | Adequate | | Adequate | | Sauna,Jacuzzi | -100,000 |
| Energy Efficient Items | S-Ktx4,Wbx4 | L-Kitx1 | +200,000 | L-Kit,Sk,Wbx2 | +25,000 | Lkit, Wetbx5, | -50,000 |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Outdr.682 Sf | Outdrspc.416sf | +106,400 | Outdrspc.845sf | -65,200 | Outdr.2200 Sf | -607,200 |
| Additional | Jb X2 | Jb X2 | | Jb X3,Winec | -50,000 | Jb X3 | -25,000 |
| Additional | Fpl X 14 | Fpl X 12 | +50,000 | Fpl X 5 | +225,000 | Fpl X 9 | +125,000 |
| Functional Obsolescence | 10% | Similar | 0 | None | -5,500,000 | None | -8,450,000 |
| Net Adjustment (Total) | | ⊠ + ☐ - | $ 13,776,550 | ☐ + ⊠ - | $ -4,981,650 | ☐ + ⊠ - | $ -25,390,450 |
| Adjusted Sale Price | | Net Adj. 49.2 % | | Net Adj. 9.1 % | | Net Adj. 30.0 % | |
| of Comparables | | Gross Adj. 49.3 %  $ 41,776,550 | | Gross Adj. 35.7 %  $ 50,018,350 | | Gross Adj. 33.3 %  $ 59,109,550 | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Geo Data Plus Llc | Geo Data Plus Llc/Acris | Geo Data Plus Llc/Acris | Geo Data Plus Llc/Acris |
| Effective Date of Data Source(s) | 12/22/2016 | 12/22/2016 | 12/22/2016 | 12/22/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments   The Principle Of Substitution Would Apply To Comparables#5&6  Which Further Supports The Appraised Value.
Listings Price Of Comparable #5 Was  Adjusted 5% Downward To Reflect Negotiability Factors.  Due To Its Significant Days On Teh
Market (Over 300 Days) Listings Price Of Comparable #6 Was  Adjusted 10% Downward To Reflect Negotiability Factors.

Principle Of Substitution, States That When Several Commodities Or Services With Substantially Similar Utility Are Available, The Lower
Price Attracts The Greatest Demand And The Widest Distribution. In Other Words, A Prudent Buyer Would Not Pay More To Acquire A
Given Property In The Market, If An Equal Desirable Alternative Property May Be Acquired For Less.

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Fannie Mae Form 1004 March 2005

Form 1004UAD (AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |

**Market conditions addendum to the appraisal report : summary of market conditions**

Please note that due to lack of traditional multiple listing service in New York City (Manhattan) statistical research of data has significant limitation.

Limitations include:

1) Many dwellings are not listed on public records due to the real estate agents wanting exclusive use of these real estate listings

2) The real estate agents generally do not record possible financial concessions when updating their listings that have sold.

3) Sales by owner are becoming common and making listings information unavailable.

4) Public records data reflects all sales in the market. However, public records do not always track days on market, listing values or sellers concessions. Interviews with local brokers indicate the majority of sellers concessions that are presently available are generally used for the closing costs.

5) Data accounts for a large percentage, but not all sales.

6) Data analyzed may include different neighborhoods due to the imitations of research tools.

7) re-listings make days of the market stats unreliable. Also DOM data is not available for most sales due to lack of adequate data base.

8) Agents are not consistent in identifying reo properties

9)local available databases do not provide adequate reliable resources for searching historic listing data info including median comparables sales days on the ,market, median comparables list price, mean comparables listing days on the market and median sale price as % of list price.

10) Accuracy not guaranteed.

11) Data used for completing the grid is only competing properties in area; so that data pool is inherently limited.

12) Trends for any subset of the data may be different than trends for the entire population (e.g. Existing home prices may be stable while new home prices are falling)

13)"absorption" is not the same as an "absorption rate" study - it is merely a snap shot of the pace at which listings are selling.

In conducting the market condition analysis the appraiser practices strict due diligence. The appraiser analyzing all available publications including quarterly reports released by: The Corcoran Group, Prudential Douglass Elliman, Halstead, Sotheby's, Property Shark, and Streeteasy.

In addition, on monthly basis the appraiser participates in a meeting of the minds with other reputable local appraisers and realtors. This allows the appraiser to be updated with the opinions and practices of our peers.

Also, the appraiser complemented the public data analysis with an ongoing survey that is conducted on all appraisal assignments for the purpose of accumulating market data for use in our appraisals. The survey includes market trends that influenced realtors pricing methods.

Most consideration is placed in tracking the market conditions dynamics is placed on Street Easy Market Index. Street Easy Market Index is superior to other reports due to its coherent and detailed market analysis method.

Realtor's quarterly reports approach of tracking price movement is to just take the average PPSF of one period and compare it to another period. However, this simple approach has several disadvantages and may not accurately measure the health of the Manhattan real estate market. The mix of properties sold in one time period may not necessarily be comparable to the mix of properties sold in a subsequent period; they may be entirely different in terms of age, size, quality, etc. For example, as seen in this past decade during the real estate boom, inventory was tight and buyers were buying whatever units they could got, even if the quality was significantly less than demanded. In contrast, in a down market like that of 2009-10, buyers had their pick of properties and in general, would choose to purchase property that would be of the best quality, and would present the lowest risk in investment. As a result, the average PPSF approach can be very much like comparing apples to oranges.

Street Easy repeat sales transaction based index allows for an apples to apples approach and is more like a stock market index as it tracks price changes of the same properties (or in the case of the stock market, the same stock) over time. Since this approach compares literally the same properties,errors or biases created by variables like location, size, age, and quality, are minimized.

Due to the fact that the data of Quarterly reports released by realtors is skewed and utilizing inferior analysis methods they were considered but were given secondary consideration.

**Historical Market Conditions Description:**

The overall market has experienced a declining of the market in 3rd qtr. 2008 through the 3rd qtr. 2009 due to 1) slowing economy 2) the ongoing credit crisis in the mortgage money markets which has led to a restriction in the amount of potential buyers and investors through the reaffirmation of underwriting standards which has resulted in the lengthening of needed marketing times and softening of the market. The interdiction of the Federal Reserve with large infusions of liquidity and changes in monetary policies began to soften the effects of the credit crisis but the slowing economy has negated the benefits of these changes.

Main File No. 0759542

File No. 0759542

| | |
|---|---|
| Borrower/Client | Nestor Marianno / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York | County New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri |

As global economic conditions worsened, sales activity significantly decreased during first and second quarters of 2009. Inventory was at its highest level in more than eight years. Absorption actually improved in the third and fourth quarter months of 2009. Sellers were compelled to readjust their price expectations as inventory increased over the past eight months.

During 2010 activity indicated of a return to a normalize stable market. Favorable market conditions such as price stabilization, mortgage rates at very attractive levels with 30 year fixed rate mortgage hitting a record low, renewed confidence in the economy and the extension and expansion of the home buyer tax credit made this an ideal time to purchase property. Buyers have begun to realize that and as a result the market experienced an increase rate of transactions. Prices remained relatively stable throughout 2010.

During 2011 overall activity indicated of a normalize stable market.

Favorable market conditions such mortgage rates at very attractive levels and the renewed confidence in the economy and real estate market made this an ideal time to purchase property. However the expiration of the federal homebuyers' tax credit, tighter mortgage lending, weak dollar against other foreign currencies and unemployment's have kept sales activity from posting significant gains. Prices remained relatively stable throughout 2011.

First Quarter 2012:

Though divergent and mixed the first quarter condo, coop, luxury, loft and townhouse value statistics indicating of a normalize typical stable market. The market experienced a slowdown in the level of activity. However, overall price retained its stability. Confidence in the Manhattan market is indicated by the current level of buyer demand reported by all major real estate firms. The appraiser continues to rate the market as being overall steady. This rating is based on the collective assessment of industry leaders and matches market data and the appraiser opinion.

Second Quarter 2012:

This quarter defined by confidence in the Manhattan market which is indicated by the high number of transaction (highest number of sales since the 2nd quarter of 2008) and the sales of two of the largest transactions in New York history. Data indicating inventory decline. There is limited new development inventory available.

Third Quarter 2012:

The Manhattan housing market showed overall continuing improving market conditions. Sales activity reached a four-year high in third quarter 2012, making it a strong quarter since second quarter 2008, before the financial crisis began. Market-wide inventory is at its lowest point in over seven years, while the monthly absorption rate demonstrated a brisk market pace as it reached a 5 years low. The combination of strong demand and depleted inventory is pushing prices higher. Smaller apartments continued to gain market share as mortgage rates continued to fall and city employment level rose. Consumer confidence demonstrated by the 125% increase in sales since the market's lowest point in the first quarter of 2009. Manhattan's reputation has solidified as a safe haven for investment amidst global economic uncertainty. Low mortgage rates, combined with record high rental rates are both contributing to buyer and investor interest.

Fourth quarter 2012:

The Manhattan market ended the year with strong sales performance. Overall, the strong buyer demand reported by all major real estate firms , low interest rates and limited inventory led to modest pricing gains.

First quarter 2013:

Overall prices in this quarter were mixed: Market wide pricing demonstrated gains versus a year ago and declined slightly versus the fourth quarter 2012 due to sales activity that anticipated new tax implications.

Second& Third Quarters 2013:

Favorable market conditions such mortgage rates at very attractive levels, buyer's confidence in the economy and real estate market and declining inventory resulted in pricing gains.The limited inventory resulted in declining marketing time and negotiability discounts. Local leading brokers reported that buyers reacted to the limited inventory by making immediate offers and participating in bidding wars.

Fourth Quarter 2013- Third Quarter2014:

The New York market experienced strong sales performance across all neighborhoods, price categories and product types. Favorable market conditions, strong local and international consumer confidence in the New York market, a continued influx of all-cash buyers, mortgage rates at very attractive levels, limited low inventory and high demand resulted highly competitive market.

Third Quarter 2015-2016:

As per Street Easy Market Index the difference between current Manhattan index (990,805) and 01/2015 index (944,086) works out to be 4.9%+/-. Due to natural market forces and negotiability factor, value fluctuations that do not exceed 5% are considered reasonable and require no market conditions adjustment.

**URAR : Neighborhood - Boundaries**

Main File No. 0759542

File No. 0759542

| | |
|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York |

| | | | | | |
|---|---|---|---|---|---|
| City New York | County New York | | State NY | Zip Code 10065 |
| Lender Michael Alfieri | | | | |

The Upper East Informal boundaries: bounded by East 96th street to the north; the East River to the west, 5th avenue to the east and East 59th street to the south.

## Neighborhood - Description

Proximity to all local employment centers, local schools, public transportation, recreational facilities, houses of worship and major roadways is considered adequate. Subway and surface line public transportation is available. Marketability when compared with the surrounding and competing neighborhoods is good.

## Subject Zoning:

Data Source: NYC Zoning Handbook:

Residential Districts: R8B

The regulations of R8B are similar to those of R8A; they encourage high coverage buildings that are compatible with existing low-rise buildings on the block. A six-story apartment building with a one-story setback is intended to line up with the traditional rowhouses prevalent in R8B neighborhoods such as parts of Windsor Terrace in Brooklyn, and the mid-blocks of the Upper West Side and Upper East Side of Manhattan.

The FAR in R8B districts is 4.0. The front wall of a new building must occupy the full width of the lot and must align with the front walls of adjacent buildings within a maximum Squired distance from the street line of eight feet on wide streets and 15 feet on narrow streets. The maximum building height and setback are determined by the building envelope which may not be penetrated by the building. The building envelope is controlled by the intersection of front and rear sky exposure planes that rise according to a specific ratio. The Quality Housing Program is mandatory in R8B districts.

Basic Data

R8B: General residence district

Maximum FAR: 4.0*

Maximum lot coverage:

Corner lot 80%

Interior or through-lot 70%

Maximum street wall height 60 feet

Minimum lot area per DU: 169 square feet

Maximum DUs per acre: 258

Required parking: 50% of dwelling units**

Quality Housing Program: Mandatory

*Except in Manhattan Community District 8 where an FAR of 5.1 is permitted for community facilities.

**Except in Brooklyn, where R8B districts are subject to the 40 percent parking requirements applicable in R8 districts.

## Uror: Improvements - condition of the property

## Subject Description

Subject is a beaux-art style, 25 ft.-wide, grand mansion located between Fifth & Madison Avenues in the Upper East Side, NYC. The subject block is adjacent to Central Park.

This home was designed and created by the noted architect, John Duncan and was constructed during the years of 1901, completed in 1903. The construction of the building is with steel beams, thick stone walls, with sprinkler systems throughout the building.

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County  New York | | State  NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | | |

The subject property appears to be in overall good condition and consistent with C2 condition rating and Q2 quality of construction rating.  Appraiser notes that all utilities were on and functional at time of inspection.

Remaining economic life: 55 years.

**Renovation & permits records (Data source: NYC Building Department records):**

As per the building department records during 1991, 1997 and 2002-4 the subject property underwent renovation.

The recent renovation work include: The mechanical elements of this home have been fully modernized,  vertical enlargement - construction of the sixth floor, new front and rear roof terraces,  restored facade, new roof, new paint, new bathroom finished with top of the line materials, fully wired with new state-of-the-art security alarm system,  new climate control system (central air conditioning), new kitchens /wet bars-kitchenette  finished with top of the line appliances, upgraded new plumbing & electric systems,  refurbished and new floors, many new and /restored built-ins,  fully wired with entertainment center  and built in speakers throughout the house, top quality marble/wood/metal work & detail throughout.

The home featuring custom 12 ft. To 20+ ft. restored ceilings that are replete with detail moldings and woodwork.  The home also features a solarium on the cellar floor, elevator, 14 restored functional wood burning fireplaces and custom restored staircase finished with a large skylight.

The sub cellar is finished with 3 recreation rooms, 0.1 bathroom, safe, wet bar and utility rooms.

The grandeur and scale of this spectacular mansion characterizes the most refined residential lifestyle available in New York. The subject prime location, condition, size, extra features, design, and appeal are making the subject property unique to the marketplace. However, this has no effect on marketability as the subject area is known for its unique style living.

**Functional obsolescence:**

The appraiser acknowledging that the subject property is a legal commercial 7 units building. However, as per the client request the appraisal is made on the basis of a hypothetical condition that the property is legally ready for conversion into single family home. As such the appraisal conclude an As-is single family value. Note that the subject is not functionally adequate as a single family residence and in need of renovation/conversion work.

As such functional obsolescence is noted for the subject due to its current layout configuration:

The subject property featuring 4 small full kitchens and 4 wet bars / kitchenette throughout the house (This count may exclude additional kitchen for the rent stabilized apartment.) Although the subject property featuring multiple small kitchens it does not feature a large chef style kitchen. It is expected and common for mansions of similar size and quality to feature a large chef style kitchen. Also the subject layout and existing private partitions for the rental unit are considered being a functional obsolescence for single family layout.

**Views:**  The subject interior offers average residential views. The front roof terrace offers side-partial Central Park views.

**Gross Building Area:**

As per the subject assessment records the subject building gross area is: 11,080 sq.ft.

Since the subject originally built the building structure has been modified and underwent vertical enlargement - construction of the sixth floor and rear extension - enlargement of the cellar.

It is apparent that the assessment records are dated and not reflecting the current existing construction.

Please note that for renovated buildings the GBA records are filled by the architect/developer as per plans and specification and consider being gross measurements that may include outside walls, utilities space, and structural unusable areas.  For new developments all dimensions are approximate and subject to normal construction variances and tolerances.

The appraiser physically made wall to wall measurements  which reflect the actual usable gross building area square feet. The appraiser measurements reflects  the sum of all areas within the perimeter walls of the building measured to the outside  faces of said walls and including all columns, shafts, ducts and risers whether separately enclosed or not.

As per the appraiser measurements the subject unit sub cellar area is: 4,670+/- sq.ft.  and the above ground building area is: 11,847+/- sq.ft.

Discrepancies between recorded gross GBA's to net usable GBA's are common in the subject area. This will not affect marketability of the subject at our appraised value.

To maintain accuracy the appraiser utilized the subject measured usable GBA.

To maintain consistency and adjustments accuracy the appraiser utilized the comparables usable GBA's:

The appraiser verified the factual usable gross building area of each comparable used from prior inspections, appraiser's market data, and calculated square footage obtained from floor planes through OLR and Street Easy.

The appraiser acknowledging some discrepancies may exist between public data sources to the GBA counts in this report. The rational for this is that developers and listing agents may misrepresent factual GBA's. When discrepancies are noted the appraiser is placing most emphasis on the calculated square footage obtained via the floor planes dimensions.

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | | County  New York | State  NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | |

Note that the appraiser measuring and reporting methodology of usable and gross sq.ft. is consistent with other Manhattan peer appraisers and measuring services utilized by local real estate agents.

**Usable sq.ft. Measurements accuracy:**

Note the sketch exhibits in this report is included to assist the reader in visualizing the property. The appraiser cannot assure the floor plans accuracy and bears no responsibility for any errors, omissions or misstatements.  The plan is for representational purposes only and should use as such by the client. All dimensions are approximate and may not be to scale.

Note that the appraiser is not a professional surveyor. If client desires, a professional surveyor should be hired to give exact figure.

**Gross GLA:**

**FANNNIE MAE guidelines:**

"The appraiser must be consistent when he or she calculates and reports the finished above-grade room count and the square feet of gross living area that is above-grade. The need for consistency also applies from report to report. For example, when using the same transaction as a comparable sale in multiple reports, the room count and gross living area should not change. "

Note that the appraiser methodology of utilizing usable GLA on the sales grid is consistent with other leading Manhattan peer appraisers. The rational for this methodology is to maintain consistency with measurements of the same standard since the GLA's for the comparables sales are also reflecting the usable measurements.

**Market reaction:**

Local brokers acknowledging that measurements are anything but precise and take no responsibility for listed square footage. Brokers typically urge the buyers to take measurements themselves.

Appraiser dimensions are generally taken with a laser device. But the laser is only as good as the person wielding it. As such measurements made by appraisers for the same property may also vary.

Our data files indicating that discrepancies of between usable sq.ft. to gross living area are common in the subject area.

Buyers and sellers in the market understand that discrepancies may exist between the gross living areas presented in the assessment records to the usable areas. In the market place this has no effect on marketability and as such was not given any value consideration.

**Rent-stabilized Unit**

As per New York City Rent Guideline Board the subject contain a rent stabilized unit.

At time of inspection access was not provided to the first floor and second floor rent stabilized tenant area. Layout, room count and condition description were provided by the owner.  Should a subsequent report reveal that the information provided by the owner is not accurate or factual this report may require revision.

New York City has a system of rent regulation known as "Rent Stabilization." the system was enacted in 1969 when rents were rising sharply in many post-war buildings. The system has been extended and amended frequently, and now about 1 million+/- apartments in the city are covered by rent stabilization.  Rent stabilization sets maximum rates for annual rent increases and entitles tenants to receive required services from their landlords and have their leases renewed. The rent guidelines board meets every year to determine how much the landlord can set future rents on the lease. Once an apartment is stabilized by the government, the landlord can only increase the rent by a small percent (for 2014 - 2015, the increase was capped at 1% for a one year lease and 2.75% for a two year lease.) The landlord is forced to renew their lease annually.

**Deregulating rent stabilized apartments:**

A landlord may refuse to renew a rent stabilized tenant's lease in NYC because the owner wants the apartment for personal use and occupancy as a primary residence for the owner or a member of the owner's immediate family. Under the Rent Stabilization Law, an owner may begin an eviction proceeding when the current lease expires, but only after the tenant is given written notice that the lease will not be renewed. This notice must be served at least 90 and not more than 150 days before the current lease term expires.

According to the Rent Stabilization Law, only one of the individual owners of a building can take possession of one or more dwelling units for personal or immediate family use and occupancy, even if the building has joint or multiple ownership.

If after an owner recovers possession of the apartment, the owner does not use the apartment(s) as the owner's or an immediate family member's primary residence for three years, the owner may lose the right to any rent increases for other apartments in that building for three years.

Additional rules apply concerning evictions based on owner occupancy:

An owner cannot evict a tenant from a rent stabilized apartment in NYC if the tenant or the spouse of the tenant is a senior citizen, 62 years or older, or is a disabled person unless the owner provides an equivalent  or superior apartment at the same or lower rent in a nearby area.

**Rent stabilization impact on marketability:**

The rental data for the rent controlled unit was not made available. The owner did not provide any data for the rent-stabilized lease. Typically units with rental restriction are being rented significantly below market levels. For multi-family homes with rent stabilized units the negative effect on value is calculated via evaluating the impact the rental loss has on income approach to value.

File No. 0759542

| Borrower/Client | Nestor Marianno / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |

Typically the negative market reaction to rent restricted properties exceeding the actual rent loss as prospective buyers are concerned with lack of control over the rental units.

There is very limited available data of townhouse sales with rent control tenants. Analyzing rent stabilized units effect on townhouse values is challenging as there aren't enough data points for Manhattan townhouses sales to construct an index that would be statistically significant and reliable. Also, lack of comparability between the rent stabilized units, townhouse location, size, functional utility, conditions, tenants and limited repeated townhouses sales making the use of townhouse sales inefficient in evaluating price performance of rent stabilized townhouse.

Historically, in most transactions the rent stabilized units are being deregulated and tenants are being "bought out". Since eviction/deregulation agreement data is not publicly available and due to the large variance between attorneys and legal fees and inconsistencies between the tenant's agreements the appraiser cannot accurately evaluate the impact the rental restrictions have on value and/or marketability.

Note that historical sales of propertied subjected to rent stabilization demonstrating that although this may negatively effect value this will not have an adverse effect on the marketability.

Note: appraiser is not a lawyer and thus not qualified, nor authorized to give council or advice in legal matters, such as rent stabilized tenants.

The appraiser highly recommends that a reputable professional lawyer should be hired by the client to assess rent stabilization regulations and provide estimated cost to deregulate the unit.

Since the house is being appraised on the basis of a hypothetical condition that the property is ready legally for conversion into a single family home the appraiser did not give any value consideration for the rent stabilized tenant.

Physical Inspection: At time of inspection access was not provided to the first floor and second floor rent stabilized tenant area. Layout, room count and condition description were provided by the owner. The appraisal is made on the basis of an extraordinary assumption that the owner description is factual.

Should a subsequent report reveal that the information provided by the owner is not accurate or factual this report may require revision.

Current Building Department Violations:

As per the building department records the subject has current 4 active DOB violations (See attached copy) and 20 open ECB (New York City Environmental Control Board) violations (See attached copy of the NYC building department records.)

Majority of the 20 valuations are redundant fillings for failure to file annual boiler inspection report, elevator inspection and landmark violations.

Note: appraiser is not a lawyer /architect and thus not qualified, nor authorized to give council or advice in legal matters, such as building department violations. The appraiser highly recommends that a reputable professional lawyer/architect should be hired by the client to assess the violation and provide estimated cost to cure.

Since the house is being appraised on the basis of a hypothetical condition that the property is legally ready for conversion into a single family home the appraiser did not give any value consideration for current active violations.

Subject Certificate of Occupancy:

As per Certificate of Occupancy issued in 1987 the subject is a legal 7 unit's home (See attached copy).

The subject is currently occupied by the owner and a rent stabilized tenant who occupies the first and second floors.

As per the owner, an application to convert the subject property from existing building to a one family dwelling was submitted on 03/25/2010 to the New York City Building Department and pending approval (Provided by the owner- See attached copy.) As of the effective date of this appraisal this application is not approved and the appraiser could not uncover a copy of the application on public records.

Highest And Best Use Analysis:

The subject current use as a 7 unit building is not considered to be the highest and best use. The rational for this is that once the building will be converted into a single family residence it will generate a higher return.

After completing a physical inspection of the subject property and relevant comparables, considering all factors and utilizing all data sources to examine all legal uses of the subject site to determine which use would provide the highest return to the land it is the appraiser opinion that the subject conversion into a single family residence is the highest and best use for the subject property.

Our analysis indicates that the subject current proposed conversion into a single family residence contribute maximally to the property value.

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |

**Note For The Underwriter: Appraisal conditions:**

The subject has a legal commercial certificate of occupancy of a 7 unit property. The subject has one rent stabilized apartment and multiple active violations on file with the building department.

As per our market analysis, the Highest and Best Use for the subject property would be a single family residence. The owner is intending to convert this residence into a legal single family.

The appraiser acknowledging that the subject property is a legal commercial 7 units building. However, as per the client request the appraisal is made on the basis of a hypothetical conditions that the property is legally ready for conversion into single family home including: deregulation of the rent stabilized unit and removal of the building department violations. As such the appraisal conclude an As-Is single family value.

This appraisal was completed without the benefits of available proposed plans, layout or budget in conjunction with the subject proposed renovation work and conversion into a single family residence. As such the subject interior description is consistent with current layout and finishes.

Note: hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

**The subject building has historic landmark designation:**

The subject building was designated as a landmark because it has special historical, cultural, or aesthetic value to the City of New York, state or nation and is an important part of the City's heritage. Landmark preservation committee must approve in advance any alteration, reconstruction, demolition, or new construction affecting the building. Note that the subject renovation plans and specification were approved by the landmarks preservation board. It should be further pointed out that all of the comparables sales are also designated landmarks. This will have no negative effect on the marketability of the subject at our appraised value.

**Conformity:**

Real property value is created (and sustained) when the characteristics of a property conform to the demands of its market. The subject appears to be conforming to the subject area and is not considered to be an over improved or suffer from functional obsolescence due to super-adequacy.

**Marketability of large homes.**

The home location, large size and width making it a unique property. However, in the subject market, mansions are receiving premium resale values. Large homes/mansions are in demand. There is limited inventory of large wide mansions. Marketing time is estimated at over 6-12 months due to the current market conditions.

**Sales comparison approach**

The sales comparison approach involves a detailed comparison of the subject property with similar properties that have recently sold within the same or competitive markets. This approach is based on the principle of substitution, which states that when several commodities or services with substantially similar utility are available, the lower price attracts the greatest demand and the widest distribution. In other words, a prudent investor/purchaser would not pay more to acquire a given property in the market, if an equal alternative property may be acquired for less.

The appraisal problem is a beaux-art style, 25 ft.-wide, grand mansion located between Fifth & Madison Avenues in the Upper East Side, NYC. The subject block is adjacent to Central Park. The grandeur and scale of this mansion characterizes the most refined residential lifestyle available in New York City.

The subject property appears to be in overall good condition and consistent with high end C2 condition rating and high end Q2 quality of construction rating.

Appraiser notes that all utilities were on and functional at time of inspection.

The subject has a legal commercial certificate of occupancy of a 7 unit property. The subject has one rent stabilized apartment and multiple active violations on file with the building department.

As per our market analysis, the Highest and Best Use for the subject property would be a single family residence. The owner is intending to convert this residence into a legal single family.

The appraiser acknowledging that the subject property is a legal commercial 7 units building. However, as per the client request the appraisal is made on the basis of a hypothetical conditions that the property is legally ready for conversion into single family home including: deregulation of the rent stabilized unit and removal of the building department violations. As such, the appraisal conclude an As-Is single family value.

This appraisal was completed without the benefits of available proposed plans, layout or budget in conjunction with the subject proposed renovation work and conversion into a single family residence. As such the subject interior description is consistent with current layout and finishes.

Note: hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County  New York | | State  NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | | |

The appraiser's comparable search parameters began with an Olr/street easy/ geo data/market data search for mansions/townhouses sold within the prior three years, located within 1 mile from the subject property, featuring wide lot, located within the Upper East Side and featuring similar condition, functional utility and market appeal.

**Location**

Typical buyers for this type of property would typically look for properties located within the Madison Avenue – Fifth Avenue corridor, Upper East Side NYC.

In effort for find comparable properties to use as a basis of comparison the appraiser placed most emphasizes on all sales that occurred on the above mentioned area and considered sales as far back as 2014 with the goal of selecting substantial property sales of generally similar and competing demand.

Lack of similar sales within closer proximity necessitated the use of comparables that located outside of the Park Avenue – Fifth Avenue corridor. This is due to the scope of the market and is not indicative of marketability issue. The appraiser has completed a neighborhood sales history analysis which helps to determine the Upper East Side geographic locations values break down. An overall locational trend is noted within the Upper East Side: homes located further west are significantly more valuable than homes located further east.  The rational for this is centralized location with the closer proximity to Central Park.

The subject is located along East 63rd street between Fifth Avenue to Madison Avenue. The subject block is adjacent to Central Park. As per market data properties that located along blocks that are adjacent to Central Park are significantly more valuable than properties that located further east.

Historically, Properties that are located on side streets between Lexington Avenue to Park Avenue have seen 15%+/- lower values than properties that located along blocks that are adjacent to Central Park.

Historically, Properties that are located on side streets between Madison Avenue to Park Avenue have seen 10%+/- lower values than properties that located along blocks that are adjacent to Central Park.

Location adjustment ratios match collective assessment of industry leaders and the appraiser opinion.

**Comparables selection**

Due to a lack of recent sale activity, the comparable search parameters were extended comparables that featuring inferior condition, inferior quality of construction and comps with smaller/larger building/ lot sizes.

After the search parameters were exceeded in terms of time to 3 years and distance to include the entire Upper East Side the appraiser only found 14 of sales of mansions over 10,000 sq.ft. in size. Of the 14 of sales reviewed, the appraiser selected what they feel to be the best 8 and they have been presented on the grid as comps 1-4. The balance of the sales considered was not presented because of inferior/superior appeal, size and comparability. This is due to the scope of the market and is not indicative of marketability issue.

**Functional utility:**

Note that many of the existing Manhattan large mansions that were built as luxury single family residences were converted into commercial use which includes schools, multifamily homes, homes to foundations, galleries, home for ambassadors or international government offices.

Real property value is created (and sustained) when the characteristics of a property conform to the demands of its market. It is very common in the subject area for mansions buyers to rehabilitate these homes and restore them to their original intended use as single family residences.

Due to limited inventory of large single family mansions in the subject market area there is a demand for large mansion regardless of their interim commercial use for their potential to be converted into single family residences.

The rational for this is that majority of a prospective buyer at this price level would rather than pay for the renovation of a previous owner the opportunity to renovate to their own taste and specifications.

Market activity demonstrated that mansions are being traded at similar price level regardless of their current interim usage.

Data shows that prospective buyers who are seeking to rehabilitate and renovate mansions to their own specifications reacts more on GLA, lot size, design, location and appeal  then current usage.

As a result, the appraiser extended the comparables parameters search to include mansions that featuring layout or interim use as commercial space. Note that the comparables that featuring interim use not as a single family residence were originally built as single family residences and as per the listing agents were listed and purchased for their potential to be restored to their original intended use as a single family mansions (Which is consistent with the highest and best use as a single family)

All comparables utilized in our report offer similar amenities and are considered equal in terms of market appeal. This will not affect the marketability of the subject at our appraised value.

**Market Conditions Adjustments:**

Attempts to find an additional recent mansion/townhouse sale in the subject's immediate neighborhood that is comparable to the subject were not successful. The major sales brokerages of Prudential Douglass Elliman, Halstead Properties and The Corcoran Group could not offer any viable sale to compare to the subject. This is due to the scope of the market and is not indicative of marketability issue. For this reason it was necessary to use comparables that exceeding the 90/180/360-1095 day's industry norm for date of sale.  This will not effect the marketability of the subject at our appraised value.

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |

Note that due to the overall market stability comparables that sold during 01/2014-2016 were given no market conditions adjustments: As per Street Easy Market Index the difference between the current index (981,924) and 06/2014 index (874,759) works out to be: 12%+/-. Due to natural market forces and negotiability factor value fluctuations at this level are considered reasonable for stable market and require no market conditions adjustment. This is based on the collective assessment of industry leaders and matches market data and the opinion of your appraiser.

Comparable age: No age adjustment was made to the comparable sales due to similar competitive effective age.

Layout: The subject property possesses room/bedroom count different from comparable sale. No adjustments for room/bedroom counts were made since the market reaction for functionally adequate homes is based on GLA rather than rooms count and to avoid adjustments redundancy as functional obsolescence adjustment was applied.

The comparable sales used in the appraisal were the most recent and overall similar sales. Attempts to find an additional single family/mansion/ townhouse sale in the subject's immediate neighborhood that is comparable to the subject were not successful. The major sales brokerages of Prudential Douglass Elliman, Halstead Properties and The Corcoran Group could not offer any viable sale to compare to the subject.

In conducting our appraisal work the appraiser practices strict due diligence. The appraiser subscribes to all available data base's including Geo Data Plus Llc, Comps Inc, Yale Robbins Publications, Olr, Street Easy, Property Shark and Srea Red Link. The appraiser cross references every sale with multiple data bases including Acris. In addition, the appraiser verifies condominium data through original offering plans (based on availability from developers or acris). The presented data is reliable and reflect actual market trends. On monthly basis the appraiser participates in a meeting of the minds with other reputable local appraisers and realtors. This allows the appraiser to be updated with the opinions and practices of our peers.

All adjustments are extracted from the market via matched paired sale analysis and based upon contributory value of each item. Unfortunately, paired sale analysis assumes a much more efficient homogenous marketplace than which exists in Manhattan section of New York. The utilization of the paired sales analysis method is requiring additional support due to the overall limited number of sales, highly imperfect market and lack of identical comparables.

From 1999 to date, the appraiser complemented the traditional paired sale analysis for adjustments with an ongoing survey that is conducted on all appraisal assignments for the purpose of accumulating data for use in our appraisals.

The appraiser spends substantial time on every assignment interviewing homeowners, architects, developers and realtors about market activity and trends. The survey includes cost of recent improvements and significant amenities, buyer's likes and dislikes and questioning realtors in regards to what features have influenced their pricing methods. The appraiser adjustments are based on the collective assessment of industry leaders and matches market data and opinions. The adjustments are considered to be reasonable and adequately supported.

The following adjustments were applied where appropriate:

Townhouse lot and GLA adjustments:

The frontage of a building is one of the most widely used classifications of townhouses, and is truly unique to Manhattan residential property. The wider the house/site, the more value it tends to have above and beyond it's often larger size.

Site adjustments made at $450,000 per front foot of lot area and $40,000 per depth foot of lot area arrived through the following analysis:

Value attributed the site width is estimated at 75% of the overall site value. Value attributed the site depth length is estimated at 25% of the overall site value. This ratio is based on the collective assessment of industry leaders and matches market data and the appraiser opinion.

As per market data the predominant value attributed to site in the subject area is approximately 60%+/-.

The appraiser dividing 60% of the sales price of each closed comparable as follows:

75% to site width and 25% to the site length. The appraiser dividing the values by the width and length sizes to conclude the market value per ft. The appraiser adding all the results and dividing by the number of sales to get the average amount paid per width and length ft. of site area. All results are being rounded.

Due to UAD grid structure the appraiser reports the actual sq.ft. of sites however to be consistent with market reaction to lot sizes variance adjustment are made for width and depth.

TABLE OF ACTUAL LOT SIZES OF THE COMPARABLES AND WIDE/LENGTH SITE VALUE (SALES PRICE X 60%X75% (WIDTH)X25% (LENGTH)x50%)

SUBJECT: 25' X 100.42'

19 E 70TH STREET 30'X100.42'                   W$376,875  L$37,529

113-115 E 70TH STREET 30.17' X 100.42'         W$380,344  L$38,090

41 E 70TH STREET 28' X 100.42'                 W$530,357 L$49,292

57 E 64TH STREET 25' X 100.42'                 W$504,000 L$41,824

16 E 69TH STREET 33' X 100.42'

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |

8 E 62ND STREET 25' X 100.42'

The mean value of the comparables adjusted width value works out to be: $450,000 per ft. (Rounded).

The mean value of the comparables adjusted width value works out to be: $40,000 per ft. (Rounded).

GLA adjustment at $1300 arrived through the following analysis:

Dividing the sale price of each closed comparable by its gross living area; adding all the results and dividing by the number of sales to get the average amount paid per sq.ft. Of improvements (including site value); deducting 60% allocated to site value (All results are being rounded).

Below grade unfinished basement area was adjusted at $400 per sq.ft. (1/3 of the GLA adjustment-Rounded.)

Below grade finished basement area was adjusted at $250 per sq.ft. (Total adjustment for finished basement area $350 + $400= $650 per sq.ft.:1/2 of the GBA adjustment-Rounded)

In the appraisal, all of the comparables requiring across-the-board below grade area adjustments. Attempts to find an additional sale in the subject's immediate neighborhood that is comparable to the subject and bracketing the subject below grade area size finished were not successful. This is due to the scope of the market and is not indicative of marketability issue.

Outdoor space: adjusted at $400 per sq.ft. (1/3 of gla adjustment-rounded) this reflects the contribution of a functional outdoor space to the estimated market value.

Wet Bar/kitchenette: Adjusted at $50,000.

Small Kitchen: Adjusted at $75,000.

Large Chef Style kitchen: Adjusted at $300,000.

In the appraisal, all of the comparables requiring across-the-board large-small-kitchens/Wet Bar/kitchenette adjustments. An attempt to find an additional sale in the subject's immediate neighborhood that is comparable to the subject and bracketing the subject small-kitchens/Wet Bar/kitchenette count were not successful. This is due to the scope of the market and is not indicative of marketability issue.

Fireplace adjusted $25,000. This reflects the contribution of a working fire place to the estimated market value in Manhattan. Additional fireplaces generally cannot be added within an existing multi-level building. Decorative fireplace adjusted at $5,000.

In the appraisal, all of the comparables requiring across-the-board fireplace adjustments. An attempt to find an additional sale in the subject's immediate neighborhood that is comparable to the subject and bracketing the subject fireplace count were not successful. This is due to the scope of the market and is not indicative of marketability issue.

Bathroom adjusted $50,000 per full bathroom. This reflects the contribution per full bathroom to the estimated market value. Half bathrooms usually provide half or less then half the contributory value of a full bathroom. In the appraisal, all of the comparables requiring across-the-board bathroom count adjustments. Attempts to find an additional sale in the subject's immediate neighborhood that is comparable to the subject and bracketing the subject bathroom count were not successful. This is due to the scope of the market and is not indicative of marketability issue.

Juliette balcony: Adjusted at $25,000

Semi attached home vs. attached: adjusted at 1%

Views: Outdoor Partial Central Park views vs. average residential views: adjusted at 1%


Quality of construction/condition adjustments:

Living areas were considered on these lines. It does not reflect the cost of the improvements, but rather how much the market is willing to pay for them. Often this contributory value is less than the actual cost since the market expects a fully functional unit and utilities. This adjustment reflects the contributory value of these improvements between the subject and each comparable sale.

Adjustment methodology:

To capture the market reaction to renovations the appraiser completed paired sales analysis in which he analyzed the correlation between sales value to renovations and condition. Living areas were considered on this line. This does not necessarily reflect the difference in cost or installation, but rather how much the market is willing to pay for such an amenity.

Historically newly custom renovated homes consistent with C2 condition rating have seen 15% higher values than homes consistent with C4 condition rating.

Historically newly custom renovated homes consistent with high end C2 condition rating have seen 10% higher values than homes consistent with C2 condition rating.

Historically custom renovated homes consistent with Q2 quality of construction rating have seen 10% higher values than homes consistent with Q3 quality of construction rating.

Main File No. 0759542

File No 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |

Historically custom renovated homes consistent with Q2 quality of construction rating have seen 15% higher values than homes consistent with Q4 quality of construction rating.

As of the effective date of the appraisal we are confident that any experienced New York Real Estate professional will agree that our overall home condition and quality of construction adjustments could be reasonably supported.

Comparables condition and quality of construction data source: Listing agent's data & building department work permits records:

**Subject:**

As per the building department records during 1991, 1997 and 2002-4 the subject property underwent renovation.

The recent renovation work include: The mechanical elements of this home have been fully modernized, vertical enlargement - construction of the sixth floor, new front and rear roof terraces, restored facade, new roof, new paint, new bathroom finished with top of the line materials, fully wired with new state-of-the-art security alarm system, new climate control system (central air conditioning), new kitchens /wet bars-kitchenette finished with top of the line appliances, upgraded new plumbing & electric systems, refurbished and new floors, many new and /restored built-ins, fully wired with entertainment center and built in speakers throughout the house, top quality marble/wood/metal work & detail throughout.

The house is impeccably appointed and in excellent condition. The subject property is consistent with C2 condition and high end Q2 quality of construction.

**Comprables#1, 19 East 70th Street**

This 30-foot-wide townhouse, located between Fifth and Madison avenues was designed by Thornton Chard in the Italian Renaissance style and erected in 1909 as a single family. Its layout was converted in 1952 into an Office/Gallery. The property is zoned for both residential and commercial use thereby allowing this immense mansion to be used as either a single-family residence or as a commercial property.

This property was marketed for its potential to be restored to its original intended use as a single family residence and sold on 08/22/2013 for consideration of $35,000,000. The owner original intention was to restore the mansion for his own use, and he got as far as receiving city approval for a residential conversion and drawing up plans for a seven-bedroom eight-bath home before changing course and selling it "As Is" for consideration of $50,250,000. (An application for conversion into a single family residence was issued on 04/29/2013 to the building department.)

This property was partly renovated during 2003, 2006 & 2009. Currently it features average condition. However due to its functional utility (inadequate bathrooms count and lack of adequate bedrooms partitions) it is not functionally adequate as a single family residence and in need of renovation work.   As per the listing description this property appears to be consistent with C4 condition and Q2 quality of construction. As such it was given a 15% condition adjustment.

**Comprables#2, 113-115 East 70th Street:**

The appraiser completed a full physical inspection of this residence. This residence was renovated during 2006-08. As per the listing description and appraiser inspection this property appears to be consistent with C2 condition and Q2 quality of construction.

**Comprables#3, 41 East 70th Street**

Listing agent description: Built in 1929 for Walter and Carola Rothschild, this 28-foot wide, six-story red brick and limestone mansion is a superb example of Neo Georgian style architecture. It is distinguished by a massive garden that is part of the celebrated Lehman Garden enclave that spans the Madison Avenue to Park Avenue block from 70th to 71st Streets. The proximity to other equally grand and important houses imbue this residence with a sense of privacy and afford an especially distinctive presence to the facade both back and front. Featuring northern, southern and western exposures, the house is extremely sunny and enjoys an abundance of delightful leafy vistas that are provided by the mature trees on both sides. Wonderfully proportioned square and rectangular rooms with many corner exposures and a sweeping staircase define the interior space. The house also boasts a south facing top floor terrace with marvelous views, a high ceiling English basement with separate entrance and multiple windows, and an elevator that runs seven stories from the basement to the top floor. It is ideally suited for use as a private residence, consulate or foundation headquarters.

This mansion was originally built as a single family. Its layout was converted in 1959 into an Office space for "The 20[th] century Fund Inc." a Philanthropic organization. The property is zoned for both residential and commercial use thereby allowing this mansion to be used as either a single-family residence or as a commercial property.

This property was marketed for its potential to be restored to its original intended use as a single family residence.

This property was partly renovated during 1996, 2008-2009. Currently it features average condition. However due to its functional utility (inadequate bathrooms count and lack of adequate bedrooms partitions) it is not functionally adequate as a single family residence and in need of renovation work.   As per the listing description this property appears to be consistent with C4 condition and Q2 quality of construction. As such it was given a 15% condition and quality of construction adjustments.

**Comprables#4, 57 East 64th Street**

This 25-foot-wide townhouse, located between Madison and Park avenues was created by C.P.H. Gilbert. Charles Pierrepont Henry Gilbert was American architect of late 19th and 20th centuries best known for designing opulent townhouses and mansions for the

Main File No. 0759542

File No  0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County  New York | | State  NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | | |

wealthiest and influential, industrialist and bankers of the Gilded Age. King sized rooms with high ceilings, with abundant light, perfect scale floor plans, sculptural staircases with leaded glass skylights, was his signature work. Palatial limestone striking facade in French Gothic style, make this mansion ideal for single home, embassy, foundation, art gallery, or institutional use. Unique architectural details throughout is preserved and restored to the historic accuracy, passenger elevator on all levels, working fireplaces, bowed floor to ceiling windows, leaded glass skylight, Central air, etc.

This mansion was originally built as a single family. Its layout was converted into an office space. The property is zoned for both residential and commercial use thereby allowing this mansion to be used as either a single-family residence or as a commercial property.

This property was marketed for its potential to be restored to its original intended use as a single family residence.

This property was partly renovated during 1992-3, 1996-7, 1999, 2002-4, 2007-12. Currently it features average condition. However due to its functional utility (inadequate bathrooms count and lack of adequate bedrooms partitions) it is not functionally adequate as a single family residence and in need of renovation work.  As per the listing description this property appears to be consistent with C4 condition and C4 quality of construction. As such it was given a 15% condition adjustment and 15% quality of construction adjustment.


## Comparable#5, 16 East 69th Street:

Listing description:  This is a 33ft wide, five story red brick and limestone mansion that stands as a superb example of Neo Georgian revival architecture in America. Prominently positioned on the very lovely and quiet tree-lined block of 69th Street between Fifth Avenue and Madison Avenue, the residence has the good fortune of being situated amidst a number of architecturally noteworthy neighboring houses. Erected in 1881 by Charles Buek & Co. and then purchased in 1900 by Alice Gwynne Vanderbilt, the house was redesigned in 1929 for Edwin C. Jameson, a prominent insurance executive, and then finally acquired by the English Speaking Union in 1956.

It is an architecturally wonderful and immensely charming house with tremendous curbside appeal. Moreover the grand yet understated interior is extremely well suited to major entertaining as well as a cozy and modern at home lifestyle. The generous proportions of the house are imminently livable and welcoming, yet the architectural grandeur of the residence remains very much intact due to the masterful renovation work carried out by Peter Marino and his expert team.

Elements such as the broad and graciously ascending staircase, the black and white marble entry floor, and the many period moldings lend the house a quiet dignity. Additional noteworthy features include soaring ceiling heights, 5 wood burning fireplaces throughout, a beautifully landscaped Garden, two terraces, a large state of the art elevator from the basement to each floor, a wine cellar, a private gym and a sophisticated alarm/security system with digital video recording and remote web access.

This residence was renovated during 2000-2004, additional improvements/repairs were made during 2001/2& 2013. As per the listing description this property appears to be consistent with C2 condition and Q3 quality of construction. As such it was given a 10% quality of construction adjustment.


## Comparable#6, 8 East 62nd Street:

Listing agent description: Originally constructed in 1903 by John H. Duncan (the legendary architect of Grants Tomb) in Beaux-Arts Style, this six-story limestone mansion sits on what is now one of Manhattans most elite residential blocks. William T. Georgis, one of the worlds best, and most glamorous, architect and designer, was enlisted by the current owners to bring back what Architectural Digest calls the homes Gilded Age Splendor. The sprawling grand entrance features a massive carved mantel over a wood burning fireplace and original malachite and mosaic floors that were discovered and restored during the three-year top-to-bottom renovation.

The kitchen features small bone cabinetry, Carrara marble countertops and backsplashes, a breakfast room, and a wood burning fireplace. A study is connected to the kitchen by a butler's pantry and provides access to the outdoor garden. A vestibule with custom coat closets and a powder room complete the first floor.

The sweeping marble staircase with decorative wrought iron and brass balustrades takes you up to the majestic gallery summoning you into the formal living and dining rooms with soaring 17 foot tall ceilings. The solid mahogany pocket doors, decorative glass windows, skylights, and original brass and crystal hardware all play on the grandeur of the house. The wood burning fireplace, quarter-sawn white oak wood floor in Parquet de Versailles pattern and nearly floor to ceiling glass French doors in the living room create a grand space for entertaining. The dining room, which is connected by a wet bar and powder room, enjoys a highly unique and unobstructed view overlooking gardens and spans one full city block to the Pierre Hotel. The marquetry underfoot is inspired by floors at Pavlovsk Palace in St. Petersburg. Tucked away in the rear is a butlers pantry and two story staff suite.

The third floor boasts an impressive custom master library with custom millwork paneling and shelving with leather panel inserts. The man's quarters, with a full bath and dressing room, is distinguished by mahogany-tone lacquered millwork with bronze trim creating the feel of an old school gentleman's club. The shower is equipped with custom Olympic Grey marble shaving sink and anti-fog shaving mirror. The master suite with custom made carpet by Georgis lives at the south end of the floor. Connecting is Her boudoir that is appointed with a Waterworks tub, gas fireplace, heated floors, steam resistant mirrors, and Biszet cosmetics refrigerator. A private stairwell leads you up to Her dressing room, a three room suite, with custom millwork cabinetry, glass shelves, lighted handbag display and a temperature-controlled vault for furs. Two bedrooms suites, both with en suite bathrooms conclude the fourth floor.

The fifth floor includes two additional bedrooms, one currently being used as a smoking room. Down the hall is the media room which includes a full wet bar and billiard room whose walls are upholstered with custom Hermes leather.

Fil Flle No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |

The rooftop terrace is complete with elevator entry and contains a lounge area, dining area protected by a cedar pergola, a full outdoor kitchen with built-in BBQ grill and outdoor refrigerator, powder room, 3-jet fountain, Zen rock garden and breathtaking front and rear views of Central Park.

Directly from the rooftop enter the private elevator to the lower level spa which includes an array of luxuries comprising of a massage room, sauna, cold plunge pool, a gym with fritted glass rooftop and natural daylight, wine cellar with custom oak millwork and service entry.

The high-tech amenities include: Crestron control full house system integration including lighting audio/visual, security, house water filtration system, Seura mirror LCD TVs incorporated into millwork in Kitchen, Master, Her Boudoir and Media rooms, keyless alarm entry and snow melt frost sidewalks

This residence was renovated during 1993-1997, 2008-15. As per the listing description this property appears to be consistent with high end C2 condition and Q2 quality of construction. As such it was given a 10% condition adjustment.

Functional obsolescence:

The subject has a legal commercial certificate of occupancy of a 7 unit property. The subject has one rent stabilized apartment and multiple active violations on file with the building department.

As per our market analysis, the Highest and Best Use for the subject property would be a single family residence. The owner is intending to convert this residence into a legal single family.

The appraiser acknowledging that the subject property is a legal commercial 7 units building. However, as per the client request the appraisal is made on the basis of a hypothetical condition that the property is legally ready for conversion into single family home, including deregulation of the rent stabilized unit and removal of the building department violations. As such the appraisal conclude an As-Is single family value.

Functional obsolescence is noted for the subject due to its current layout configuration:

Although the subject property featuring multiple small kitchens it does not feature a large chef style kitchen. It is expected and common for mansions of similar size and quality to feature a large chef style kitchen. Also the subject layout and existing private partitions for the rental unit are considered being a functional obsolescence.

Comparables#1, 3&4 were originally built as single family mansions. The layouts of these mansions were converted to commercial use and are not functionally adequate as a single family residence and in need of renovation work. Functional obsolescence is noted for comparable #1, 3&4 due to inadequate layout configuration (Multiple inadequate bathrooms count and lack of adequate bedrooms partitions.)

The subject and comparables#1, 3&4 are zoned for both residential and commercial use thereby allowing these mansions to be used as either a single-family residences or as commercial properties.

Comparables#1, 3&4 were marketed for their potential to be restored to its original intended use as a single family residence which, as per our market analysis, is consistent with the Highest and Best Use.

The appraiser did not provide cost to cure, as these comparables were used to support the subject value As-Is ready for conversion into single family home.

However, comparables#2, 5&6 are legal single family homes that are functionally adequate as is.

Historically, residences that that suffer from functional obsolescence have seen 10% lower values than homes that are functionally adequate as is.

To accurately reflect the effect the functional obsolescence have on the subject's marketability, the appraiser will make a 10% line item adjustment in the sales comparison approach for comparables#2,5&6.

Due to lack of ideally similar comparables the appraiser was forced to exceed various FNMA guidelines. These include wide adjusted and unadjusted price range and GLA range and the recommended line, net and gross adjustment guidelines.

CONCLUSION

The comparables used are considered to be the best available in terms of location, appeal, and overall utility. While the adjustments to the comparables and the adjusted range are large, it is unavoidable due to the lack of more ideal comparables.

The direct sales comparison approach is considered to be the most reliable indicator of value.

The designated value range of the adjusted close sales is $41,776,550 to $55,309,500.

The mean value indicator of the adjusted closed sales works out to be: $50,000,000 (Rounded.)

In reconciling this appraisal most consideration given to the adjusted value of comparable# 1 (Most recent sale that bracketing the subject location) and further supported by the adjusted values of comparables# 2,3&4 (Most recent similar sales.)

The principle of substitution would apply to the adjusted value of comparables#5&6 -Current active listing.

File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |

Principle of substitution, states that when several commodities or services with substantially similar utility are available, the lower price attracts the greatest demand and the widest distribution. In other words, a prudent buyer would not pay more to acquire a given property in the market, if an equal alternative property may be acquired for less.

The demonstrated blend of values supports the value of the subject property.

Based on our investigation, the data gathered and the analysis thereof, it is our opinion that the estimated market value of the fee simple interest as of December 22, 2016 is: $50,000,000.

The indicated neighborhood value range and predominant value are reflecting the overall prices for all single family homes regardless of size, location, amenities, functional utility and condition. These values do not target specific segment of the market. These values assess overall transactions of single family homes in the subject area. Due to the subject location, condition, functional utility, amenities and size its appraised value lay above the predominant neighborhood value range. This will have no negative effect on the marketability of the subject at our appraised value.

Appraisal conditions (Note For The Underwriter):

The subject has a legal commercial certificate of occupancy of a 7 unit property. The subject has one rent stabilized apartment and multiple active violations on file with the building department.

As per our market analysis, the Highest and Best Use for the subject property would be a single family residence. The owner is intending to convert this residence into a legal single family.

The appraiser acknowledging that the subject property is a legal commercial 7 units building. However, as per the client request the appraisal is made on the basis of a hypothetical conditions that the property is legally ready for conversion into single family home including deregulation of the rent stabilized unit and removal of the building department violations. As such the appraisal conclude an As-is single family value.

This appraisal was completed without the benefits of available proposed plans, layout or budget in conjunction with the subject proposed renovation work and conversion into a single family residence. As such the subject interior description is consistent with current layout and finishes.

Note: hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Comment on hazardous materials

In this appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building, such as the presence of urea-formaldehyde foam insulation, asbestos, and/or the existence of toxic waste that may or may not be present on the property, was not observed by the appraiser, nor does the appraiser have any knowledge of the existence of such materials on or in the property. The appraiser however, is not qualified to detect such substances. The existence of any potentially hazardous material may have an effect on the value of the property, and we urge the client to retain an expert in this field if desired.

Certification supplement to FREDDIE MAC form 439 (FENNIE MAE form 1004b) (revision date june, 1993)

I certify that the use of this report is subject to requirements of the appraisal institute relating to review by its duly authorized representatives.

I certify that to the best of my knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the code of professional ethics and the standards of professional practice of the appraisal institute.

I certify that this report is a summary appraisal report of a complete appraisal as defined in the statement on appraisal standards #7 (smt-7), issued by the appraisal standards board on 3-22-94, effective 7-1994.

Note:

This appraisal conforms to the standards of professional practice (USPAP) adopted by the appraisal standards board of the appraisal foundation; expect that the departure provision of the USPAP does not apply.

My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or occurrence of a subsequent event.

Sketch

The exhibits in this report are included to assist the reader in visualizing the property, and are not necessarily drawn to scale.

Income approach:

Main File No. 0759542

File No. 0759542

| Borrower/Client | Nestor Marianno / Nestor Poggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |

Single family homes are not typically purchased for their income potential. There are no public records regarding the income/expenses on units purchased for this reason. Therefore, the income approach was not considered applicable or utilized in this analysis.

****No value given to non realty items.****

### Amperage

The appraiser is unable to determine accurately the amperage rating per unit. It is assumed to be adequate. The subject property electrical panel box may or may not indicate the correct rating. The main panel box for the building is not located in the apartment and inspection of this box does not necessarily confirm the actual rating of service to the subject property. Please note that the appraiser is not an electrician and he is not qualified to determine amperage.

### Home Inspector

This appraisal is not a home inspection and the appraiser is not acting as a home inspector when preparing this report. If a qualified home inspector is used at the request of any of the parties in the transaction, it is possible that a defect or defects may be discovered. Any repairs found to be needed, not already known to the appraiser, may impact the market value estimate.

### Owner name

If an owner name was obtained from one or more of the following sources: owner, client, applicant, managing agent, acris, geo data plus llc, sales contract or broker. The appraiser qualified to verify the legal ownership of the subject property.

### Flood zone

The appraiser is not qualified to determine the flood zone status of the subject property and the information presented in this report is not to be interpreted as a determination. The client is advised to obtain a flood certification for the subject property if they wish to obtain a guaranteed determination.

### Comparables GBA

The appraiser obtained gross building area measurements for the comparable sales from prior inspections, assessment records, Geo Data, building department records, Property Shark, appraiser's market data, and calculated square footage obtained from floor plans through OLR and Street Easy. The appraiser acknowledging some discrepancies may exist between public data sources to the GBA counts cited in this report. The rational for this is listing agents that misrepresented factual GBA and building permits and assessment records that include below grade areas. When discrepancies are noted the appraiser is placing most emphasis on the calculated square footage obtained via the floor planes dimensions.

### Electronic signature-appraiser acknowledgement

Appraiser acknowledges and agrees, in connection with electronic submission of appraisals to the client or any of its affiliates as follows: this appraisal complies with usap smt-8, and when applicable, to federal housing administration or department of veterans affairs standards and requirements. The software utilized by the appraiser to generate the appraisal protects signature security by means of a digital signature security feature for each appraiser signing the report, and each appraiser maintains sole control of their related signature through a password, hardware device, or other means. Appraiser is fully responsible for the integrity and authenticity of data and signatures transmitted electronically and will hold the client harmless from and against any breach or failure of data integrity, signature authenticity, or breach of data security. Adobe's distiller software or equivalent is utilized by appraiser to transmit the encrypted pdf-formatted appraisal. At minimum the software contains the following security measures: identifies transmission errors during the transmission process, and confirms data, time and quantity of data submitted by the appraiser and the data, time and quantity of data received by the client and secures data from editing by means of a password, hardware device, or other means that remains in the sole control of the transmitting appraiser. All such transmissions shall be routed only to the client at the email address provided in the assignment request at the time the order was placed, unless subsequently directed otherwise by the client, unless agreed to by the client before said subsequent transmission. No duplicate transmission of this report will be made and no delivery of hard copy of this report will be made, until appraiser has received client written instruction thereto.

### Appraisal data

Any data collected by this appraiser and included in this report in accordance with uad standardization is strictly forbidden to be provided or utilized by data collection firms, recording service companies or any other business entities, government or private, that would stand to profit monetarily from the physical work and research performed by appraiser that enabled the data to be included in this appraisal, including, but not limited to, photographs, floor plans, measurements and other information, without the expressed written consent from the appraiser and/or appraisal company noted in this report along with a fee payable in the amount of no less than three-hundred u.s. dollars.

Main File No. 0759542

## USPAP ADDENDUM

File No. 0759542

| | |
|---|---|
| Borrower | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York |
| County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri |

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: _____

Exposure Time As Defined By Uspap 2016-2017: Estimated Length Of Time That A Property Interest Being Appraised Would Have Been Offered On The Market Prior To The Hypothetical Consummation Of A Sale At Market Value On The Effective Date Of The Appraisal. Exposure Time Is A Retrospective Opinion Based On An Analysis Of Past Events Assuming A Competitive And Open Market. The Reasonable Exposure Time For The Subject Residence Is Similar To The Estimated Marketing Time Of The Subject, Or 6-12 Months. This Estimate Of Marketing/Exposure Time Is An Estimate. Appraiser Is Not A Real Estate Broker And Is Not Engaged In The Marketing Of Properties. Any Estimate Of Marketing Time Is Subjective And Is A Factor Of Listing Price, Broker/Realtor Choice, Current Market, Subject Condition, Mortgage Availability And Rates Etc.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

— The Statements Of Fact Contained In This Report Are True And Correct.

— The Reported Analyses, Opinions, And Conclusions Are Limited Only By The Reported Assumptions And Limiting Conditions And Are My Personal, Impartial, And Unbiased Professional Analyses, Opinions, And Conclusions.

— Unless Otherwise Indicated, I Have No Present Or Prospective Interest In The Property That Is The Subject Of This Report And No Personal Interest With Respect To The Parties Involved.

— I Have No Bias With Respect To The Property That Is The Subject Of This Report Or The Parties Involved With This Assignment.

— My Engagement In This Assignment Was Not Contingent Upon Developing Or Reporting Predetermined Results.

— My Compensation For Completing This Assignment Is Not Contingent Upon The Development Or Reporting Of A Predetermined Value Or Direction In Value That Favors The Cause Of The Client, The Amount Of The Value Opinion, The Attainment Of A Stipulated Result, Or The Occurrence Of A Subsequent Event Directly Related To The Intended Use Of This Appraisal.

— My Analyses, Opinions, And Conclusions Were Developed, And This Report Has Been Prepared, In Conformity With The Uniform Standards Of Professional Appraisal Practice That Were In Effect At The Time This Report Was Prepared.

— Unless Otherwise Indicated, I Have Made A Personal Inspection Of The Property That Is The Subject Of This Report.

— Unless Otherwise Indicated, No One Provided Significant Real Property Appraisal Assistance To The Person(S) Signing This Certification (If There Are Exceptions, The Name Of Each Individual Providing Significant Real Property Appraisal Assistance Is Stated Elsewhere In This Report).

**Additional Comments**

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Arich Soron | Name: |
| Date Signed: 12/24/2016 | Date Signed: |
| State Certification #: 45000041109 | State Certification #: |
| or State License #: | or State License #: |
| State: NY | State: |
| Expiration Date of Certification or License: 09/15/2018 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 12/22/2016 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

Form ID14AP — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

File No.    0759542

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

### C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

### C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

### C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

### C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

### C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

### C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

### Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Quality Ratings and Definitions (continued)**

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

Main File No. 0759542

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Abbreviations Used In Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfil | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

File No.   0759542

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

**Other Appraiser-Defined Abbreviations (continued)**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE2A — WinTOTAL appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

Main File No. 0759542

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



### Comparable 1
19 E 70th St
| | |
|---|---|
| Prox. To Subject | 0.35 Miles Ne |
| Sale Price | 50,250,000 |
| Borrower/Client | 14,298 |
| Lender | 28 |
| Total Bedrooms | 0 |
| Total Bathrooms | 0.9 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 3012 Sf |
| Quality | Q2 |
| Age | 107 |



### Comparable 2
113-115 E 70th St
| | |
|---|---|
| Prox. To Subject | 0.38 Miles Ne |
| Sale Price | 51,000,000 |
| Gross Living Area | 13,248 |
| Total Rooms | 14 |
| Total Bedrooms | 7 |
| Total Bathrooms | 7.5 |
| Location | N;Lex-Park; |
| View | N;Res; |
| Site | 3030 Sf |
| Quality | Q2 |
| Age | 106 |



### Comparable 3
41 E 70th St
| | |
|---|---|
| Prox. To Subject | 0.35 Miles Ne |
| Sale Price | 33,000,000 |
| Gross Living Area | 11,256 |
| Total Rooms | 27 |
| Total Bedrooms | 0 |
| Total Bathrooms | 1.6 |
| Location | B;Mad-Park; |
| View | N;Res; |
| Site | 2812 Sf |
| Quality | Q4 |
| Age | 88 |

Main File No. 0759542

## Comparable Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | |



### Comparable 4

57 E 64th St

| | |
|---|---|
| Prox. To Subject | 0.11 Miles E |
| Sales Price | 28,000,000 |
| Borrower/Client | 11,854 |
| Lender | 16 |
| Total Bedrooms | 8 |
| Total Bathrooms | 1.5 |
| Location | B;Mad-Park; |
| View | N;Res; |
| Site | 2510 Sf |
| Quality | Q4 |
| Age | 111 |



### Comparable 5

16 E 69th St

| | |
|---|---|
| Prox. To Subject | 0.28 Miles Ne |
| Sales Price | 55,000,000 |
| Gross Living Area | 12,111 |
| Total Rooms | 16 |
| Total Bedrooms | 7 |
| Total Bathrooms | 8.3 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 3314 Sf |
| Quality | Q3 |
| Age | 135 |



### Comparable 6

8 E 62nd St

| | |
|---|---|
| Prox. To Subject | 0.07 Miles Sw |
| Sales Price | 84,500,000 |
| Gross Living Area | 12,347 |
| Total Rooms | 17 |
| Total Bedrooms | 6 |
| Total Bathrooms | 6.6 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2500 Sf |
| Quality | Q2 |
| Age | 113 |

Main File No. 0759542

### Subject Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Subject Front**

15 E 63rd St
Sales Price
G.L.A.      11,847
Tot. Rooms   24
Tot. Bedrms.   10
Tot. Bathrms   10.0
Location    B;5thmad;Adjp
View     N;Outdr Prt Cp
Site      2511 Sf
Quality    Q2
Age      115



**Subject Street**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Sixth Floor Terrace**

15 E 63rd St
Sales Price
Gross Living Area    11,847
Total Rooms          24
Total Bedrooms       10
Total Bathrooms      10.0
Location             B;5thmad;Adjprk
View                 N;Outdr Prt Cp View;
Site                 2511 Sf
Quality              Q2
Age                  115



**Sixth Floor Terrace**



**Sixth Floor Staircase Landing**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Sixth Floor Kitchenette**

| 15 E 63rd St | |
|---|---|
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Sixth Floor Bedroom**



**Sixth Floor Bath**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Sixth Floor Atrium Balcony**

15 E 63rd St
| | |
|---|---|
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Staircase Skylight**



**Staircase**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Sixth Floor Terrace**

15 E 63rd St
Sales Price
Gross Living Area       11,847
Total Rooms             24
Total Bedrooms          10
Total Bathrooms         10.0
Location                B;5thmad;Adjprk
View                    N;Outdr Prt Cp View;
Site                    2511 Sf
Quality                 Q2
Age                     115



**Roof Terrace View**
Partial Central Park



**Fifth Floor Family Room**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County  New York | State  NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | |



**Fifth Floor Bath**

15 E 63rd St
Sales Price
Gross Living Area          11,847
Total Rooms               24
Total Bedrooms            10
Total Bathrooms           10.0
Location                  B;5thmad;Adjprk
View                      N;Outdr Prt Cp View;
Site                      2511 Sf
Quality                   Q2
Age                       115



**Fifth Floor Bedroom**



**Fifth Floor Bedroom**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



### 5-6 Floors/Atrium

15 E 63rd St
Sales Price
Gross Living Area      11,847
Total Rooms           24
Total Bedrooms        10
Total Bathrooms       10.0
Location              B;5thmad;Adjprk
View                  N;Outdr Prt Cp View;
Site                  2511 Sf
Quality               Q2
Age                   115



**Fifth Floor Laundry**



**Fifth Floor Bath**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | State NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | |



**Fifth Floor Kitchen**

| 15 E 63rd St | |
|---|---|
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Fifth Floor Family Room**



**Fourth Floor Bath**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Fourth Floor Bedroom**

15 E 63rd St
Sales Price
Gross Living Area     11,847
Total Rooms     24
Total Bedrooms     10
Total Bathrooms     10.0
Location     B;5thmad;Adjprk
View     N;Outdr Prt Cp View;
Site     2511 Sf
Quality     Q2
Age     115



**Fourth Floor Laundry**



**Fourth Floor Hallway**



Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Fourth Floor/Bedroom**

15 E 63rd St
Sales Price
Gross Living Area        11,847
Total Rooms              24
Total Bedrooms           10
Total Bathrooms          10.0
Location                 B;5thmad;Adjprk
View                     N;Outdr Prt Cp View;
Site                     2511 Sf
Quality                  Q2
Age                      115



**Fourth Floor/Office**



**Fourth Floor/Kitchen**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Third Floor Bath**

15 E 63rd St
Sales Price
Gross Living Area          11,847
Total Rooms                24
Total Bedrooms             10
Total Bathrooms            10.0
Location                   B;5thmad;Adjprk
View                       N;Outdr Prt Cp View;
Site                       2511 Sf
Quality                    Q2
Age                        115



**Third Floor Kitchen**



**Third Floor Den**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Fourth Floor Den**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Fourth Floor Play Room**



**Fourth Floor Bath**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Fourth Floor Den**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Third Floor Laundry**



**Third Floor Kitchen**

Main File No. 0759542

### Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Third Floor Den**

15 E 63rd St
Sales Price
Gross Living Area 11,847
Total Rooms 24
Total Bedrooms 10
Total Bathrooms 10.0
Location B;5thmad;Adjprk
View N;Outdr Prt Cp View;
Site 2511 Sf
Quality Q2
Age 115



**Third Floor Bedroom**



**Third Floor Bathroom**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Third Floor Kitchenette**

15 E 63rd St
Sales Price
Gross Living Area          11,847
Total Rooms                24
Total Bedrooms             10
Total Bathrooms            10.0
Location                   B;5thmad;Adjprk
View                       N;Outdr Prt Cp View;
Site                       2511 Sf
Quality                    Q2
Age                        115



**Third Floor Hallway**



**Third Floor Bedroom**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Second Floor Gallery**

15 E 63rd St
Sales Price
Gross Living Area          11,847
Total Rooms                24
Total Bedrooms             10
Total Bathrooms            10.0
Location                   B;5thmad;Adjprk
View                       N;Outdr Prt Cp View;
Site                       2511 Sf
Quality                    Q2
Age                        115



**Second Floor Kitchenette**



**Second Floor Gallery**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Second Floor Staircase Balcony**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Second Floor Gallery**



**Second Floor Library Ceiling**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



**Second Floor Library**

| 15 E 63rd St | |
|---|---|
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**First Floor Foyer**



**First Floor Foyer**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



**Cellar Living Area**

15 E 63rd St
Sales Price
Gross Living Area    11,847
Total Rooms    24
Total Bedrooms    10
Total Bathrooms    10.0
Location    B;5thmad;Adjprk
View    N;Outdr Prt Cp View;
Site    2511 Sf
Quality    Q2
Age    115



**Cellar Living Foyer**



**Cellar Living Area**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | |



### Cellar Kitchen

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



### Cellar Living Area



### Cellar Bathroom

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Cellar Dining Room**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Cellar Office**



**Cellar Dry Bar**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Cellar Bath**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Cellar Solarium**



**Cellar Solarium**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Sub Cellar Utilities**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Sub Cellar Wet Bar**



**Sub Cellar 0.1 Bath**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Sub Cellar Recreation Room**

15 E 63rd St
Sales Price
Gross Living Area       11,847
Total Rooms               24
Total Bedrooms            10
Total Bathrooms           10.0
Location                  B;5thmad;Adjprk
View                      N;Outdr Prt Cp View;
Site                      2511 Sf
Quality                   Q2
Age                       115



**Sub Cellar Recreation Room**

Form PICPIX.SI — 'WinTOTAL' appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Active Dob Violation

NYC Department of Buildings

### ECB Violation Details

**Premises: 15 EAST 63 STREET MANHATTAN**

**BIN: 1041020  Block: 1378  Lot: 12**

**Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065**

**Community Board: 108**

### ECB Violation Summary

**VIOLATION OPEN**

**ECB Violation Number: 34400724J**

Severity: NON-HAZARDOUS

Penalty Balance Due: $0.00

Certification Status: NO COMPLIANCE RECORDED

Hearing Status: IN VIOLATION

### Respondent Information

Name:  NESTOR MARIANNE

Mailing Address:  15 EAST 63 STREET , NEW YORK , NY 10021

### Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 07/21/2006 | Violation Type: | |
| Served Date: | 07/28/2006 | Inspection Unit: | MANHATTAN CONSTRUCTION |
| Infraction Codes | Section of Law | | Standard Description |
| BV1 | 26-122 | | FAILURE TO COMPLY WITH ORDER BY THE DOB |

Specific Violation Condition(s) and Remedy:

FAIL TO COMPLY W/DOB OBTAIN PERMIT FOR CONSTRUCT OF STRUCTURE APPROX80'L X 20'W X 10'H W/COPPER SHEETING COVER 'BEAM STRUCTURE & FOR HVACUSE/POSSIBLE: ROOF OF PREMISE. REMEDY:COMPLY W/ORDER OF DEPT

Issuing Inspector ID:  1950

DOB Violation Number: 072106C208AL02

Issued as Aggravated Level:  NO

### Dept. of Buildings Compliance History and Events

Certification Status:  NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) if a violation is No AEU is that it must be heard by ECB A continue to remain ACTIVE or open on DOB records until acceptable proof is submitted to the AEU even if you have had your hearing imposed by ECB

### ECB Hearing Information

Scheduled Hearing Date/Time: 01/10/2008 9:30

Hearing Status:  IN VIOLATION

### ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $1,500.00 | | |
| Adjustments: | $289.60 | Amount Paid: | $1,789.60 |
| Penalty Balance Due: | $0.00 | Court Docket Date: | 07/31/2006 |

Main File No. 0759542

**Active Dob Violation**

NYC Department of Buildings

## ECB Violation Details

**Premises: 15 EAST 63 STREET MANHATTAN**                    Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

**BIN: 1041020  Block: 1378  Lot: 12**                                        **Community Board: 108**

### ECB Violation Summary                                                    VIOLATION OPEN

ECB Violation Number: 34477273P

Severity: NON-HAZARDOUS                          Certification Status: NO COMPLIANCE RECORDED
Penalty Balance Due: $0.00                              Hearing Status: WRITTEN OFF

### Respondent Information

Name:                          MARINANNE AND PEGGY NESTO
Mailing Address:          15 EAST 63 STREET  NY  NY 10021

### Violation Details

| Violation Date: | 06/08/2005 | Violation Type: | ZONING |
| Served Date: | 06/30/2005 | Inspection Unit: | MANHATTAN CONSTRUCTION |

| Infraction Codes | Section of Law | Standard Description |
| B61 | B61 - NO DESC | MISCELLANEOUS VIOLATIONS OF THE ZONING RESOLUTION |

Specific Violation Condition(s) and Remedy:
FAILURE TO COMPLY WITH HEIGHT REGULATIONS IN A R8B ZONING DISTRICT NOTE A LEGAL 75' MAXIMUM BUILDING
HEIHGT HAS BEEN ILLEGALLY EXTENDED VERTICALLY TO AN APPROXIMATE HEIGHT OF 85' REMEDY:CONFORM
WITH ZONING HEIG

Issuing Inspector ID:    1950                              DOB Violation Number: 050805C09AL05
Issued as Aggravated Level:  NO

### Dept. of Buildings Compliance History and Events

Certification Status:        NO COMPLIANCE RECORDED              Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or open on DOB records until acceptable proof is submitted to the AEU,
even if you have paid the penalty imposed by ECB.

### ECB Hearing Information

Hearing Status:          WRITTEN OFF

### ECB Penalty Information

| Penalty Imposed: | $480.00 | | |
| Adjustments: | $-480.00 | Amount Paid: | $0.00 |
| Penalty Balance Due: | $0.00 | Court Docket Date: | 04/30/2007 |

Main File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |

NYC Department of Buildings

## ECB Violation Details

**Premises: 15 EAST 63 STREET MANHATTAN**
**BIN: 1041020 Block: 1378 Lot: 12**

**Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10021**
**Community Board: 108**

### ECB Violation Summary

**VIOLATION OPEN**

**ECB Violation Number: 38069016R**

| | |
|---|---|
| Severity: NON-HAZARDOUS | Certification Status: CERTIFICATE DISAPPROVED |
| Penalty Balance Due: $0.00 | Hearing Status: IN VIOLATION |

### Respondent Information

| | |
|---|---|
| Name: | PEGGS AND MARY ANN NAS |
| Mailing Address: | 15 EAST 63 STREET , NY , NY 1002' |

### Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 01/07/1996 | Violation Type: | ELEVATOR |
| Served Date: | 01/07/1996 | Inspection Unit: | |
| Device Type: | ELEVATOR | | |
| Device Number: | 1P31255 | | |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BP7 | 27-987 | FAILURE TO MAINTAIN ELEVATOR |

Specific Violation Condition(s) and Remedy:

15E 05E 17F19A 76B 3'D 09F, 15-REPAIR HATCH DOORS 05-REPAIR GATE 37-ADJ. FLOOR STOPS 75-PERFORM 5 YEAR TEST 5'-COVER EXPOSED WIRING IN SHAFT 05-ELIMINATE RUBBING NOISE UNDER CAR

| | | | |
|---|---|---|---|
| Issuing Inspector ID: | 0525 | DOB Violation Number: | 010799B5Y625A2 |
| Issued as Aggravated Level: | NO | | |

### Dept. of Buildings Compliance History and Events

| | | | |
|---|---|---|---|
| Certification Status: | CERTIFICATE DISAPPROVED | Compliance On: | |
| Certification Submission Date: | 08/17/20'' | Certification Disapproval Date: 08/17/20'' |

A certification of correction was submitted to the Adm. unit in reference to the NEU... 1-AD to the... was disapproved the NEU appraisal on ECB's correction to remain 1-P7-E for open in to DOE vis... the unit is available proof it is correct to 398-AEU. the p... on... the as well it is correct... improve 23...E-E

### ECB Hearing Information

| | | |
|---|---|---|
| Scheduled Hearing Date/Time: 03/16/1996 9:30 | Hearing Status: | IN VIOLATION |

### ECB Penalty Information

| | | |
|---|---|---|
| Penalty Imposed: | $150.00 | |
| Adjustments: | $0.00 | Amount Paid: $150.00 |
| Penalty Balance Due: | $0.00 | |

Main File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | | |
| City | New York | | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | | |

NYC Department of Buildings
## ECB Violation Details

**Premises: 15 EAST 63 STREET MANHATTAN**        **Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065**

**BIN: 1041020  Block: 1378  Lot: 12**        **Community Board: 108**

### ECB Violation Summary        **VIOLATION OPEN**

**ECB Violation Number: 34400725L**

Severity: NON-HAZARDOUS        Certification Status: NO COMPLIANCE RECORDED
Penalty Balance Due: $0.00        Hearing Status: IN VIOLATION

### Respondent Information
Name:        NESTOR MARIANNE
Mailing Address:        15 EAST 63 STREET , NEW YORK, NY 10021

### Violation Details
Violation Date:        07/21/2006        Violation Type:        ADMINISTRATIVE
Served Date:        07/28/2006        Inspection Unit:        MANHATTAN CONSTRUCTION

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BIA | 26-124(B) | FILE A FALSE CERTIFICATE FORM AFFIDAVIT OR STATEMENT OF CORRECTION |

Specific Violation Condition(s) and Remedy:
FILE FALSE COFC A/DOB PURSUANT TO SECT 26.125.2. NOTE: RESPONDENT FILECOFC VIOL #34440995H 9/18/05. INSPECT ON 5/17/06 FOUND CONDCITE IN VIOL #34400724J STILL EXIST

Issuing Inspector ID:        950        DOB Violation Number: 072106A05AL01
Issued as Aggravated Level:  NO

### Dept. of Buildings Compliance History and Events
Certification Status:        NO COMPLIANCE RECORDED        Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations — a posting that is not complied is. ECB will continue to remain in AEU. The violation of DOB for this must be complied properly even filed in the AEU even if complied by the respondent in an ECB.

### ECB Hearing Information
Scheduled Hearing Date/Time:  01/10/2009 9:30        Hearing Status:        IN VIOLATION

### ECB Penalty Information
Penalty Imposed:        $2,500.00
Adjustments:        $492.67        Amount Paid:        $2,992.67
Penalty Balance Due:        $0.00        Court Docket Date:  07/01/2009

Main File No. 0759542

## 20 Open Violation - Ecb (Dob)

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | | |
| City | New York | County | New York | | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | | |



Main File No. 0759542

### Certificate Of Occupancy- 7 Units Home

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



Main File No. 0759542

**Conversion To A Single Family Dwelling Application**

---

## BUILDINGS

**EF1: eFiling Job Application Cover Sheet**
*Generated by the eFiling application*

### You are almost done!
*All documents generated by this eFiling must be signed and sealed appropriately and submitted with all other filing requirements to the borough office*

| 1 | **Key Application Information**  *This key information was generated based on information provided by the user during the eFiling process* |

Filing At  MANHATTAN - 15 EAST 63RD STREET

Validated On  03/25/2010 7:52 PM                    Forms Generated: PW1, Schedule A

Filing Type  ALTERATION 1 (A1) - NO WORK - INITIAL

| 2 | **Filing Fee Estimation**  *The following fee estimation is based on information provided by the applicant* |

COST FEE (DEFAULT) - 100

Building Type 1, 2, OR 3 FAMILY

Fee Status STANDARD

Directive 14

Computed Total Filing Fee  $100.00

Minimum Required Payment: $100.00

Computed Civil Penalty  $0.00

STANDARD PLAN EXAM

- Work Type(s) -

| PL | MH | BL | FB | FS |
| FP | SD | SP | FA | SO |
| CC | X OT - NO WORK |

*PW1 (Plot Diagram) must be manually completed for this application*

| 3 | **Asbestos Fee Estimation**  *Not included in above estimation, based on information provided by the applicant* |

Asbestos fee amount reported (due at filing)

*Please note: All fee estimation information in sections 2 and 3 is subject to review and may be revised upon filing.*

| 4 | **Other Important Information** |

- The applicant is responsible for reviewing all documentation generated by eFiling for completeness and accuracy. The hard copy documentation, not the electronic record, is the official filing record upon being signed, sealed and accepted for filing at the Department
- It is the applicant's responsibility to ensure that the forms generated by eFiling are accompanied by all other required plans and documentation and that all filing submissions are in compliance with applicable codes, laws, rules and regulations
- Though eFiling checks all applications for errors, other issues may prevent the Department from accepting this filing

| 6 | **Where to File**  *This application with all other requirements must be filed in-person in the borough where the proposed work is to occur* |

Office Location 280 BROADWAY
            NEW YORK, NY 10007

Phone  (212) 566-0042

Hours 8:30 AM - 4:30 PM

*DOB Reference Number:* T00000283564-000083
*User Ref ID:* 15 E 63RD

T00000283564000083

7/08

---

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

---

## BUILDINGS  PW1: Plan / Work Application
*Must be typewritten*

### 1  Location Information  *Required for all applications*

House No(s) 15   Street Name EAST 63RD STREET

Borough MANHATTAN   Block 01378   Lot 00012   BIN 1041020   C.B. No 108

Work on Floor(s) 1  to 5   Apt / Condo No(s)

### 2  Applicant Information  *Required for all applications. Fax, mobile telephone and e-mail address are optional information*

Last Name SULTANA   First Name JOSEPH   Middle Initial A

Business Name JLS DESIGNS   Business Telephone (718)224-3330

Business Address 214-41 43 AVE. 2ND FLOOR   Business Fax (718)224-5933

City BAYSIDE   State NY   Zip 11361   Mobile Telephone

E-Mail JLSDESQAOL.COM   License Number 027357

Choose one ☐ P.E.   ☒ R.A.   ☐ Sign Hanger   ☐ Other please specify

### 3  Filing Representative  *Complete only if different from applicant specified in section 2. Fax, mobile phone, and e-mail are optional info*

Last Name PERREIRAS   First Name MARIA   Middle Initial

Business Name JLS DESIGNS   Business Telephone (718)224-3330

Business Address 214-41 42 STREET, 2A   Business Fax (718)224-5933

City BAYSIDE   State NY   Zip 11361   Mobile Telephone

E-Mail JLSDESQAOL.COM   Registration Number X02701

### 4  Filing Status  *Required for all applications. Choose one and provide specified associated information*

☒ Initial Filing  5, 7, 11, 12A, 25-26   ☐ Prior to Approval Actions  25-26   ☐ Reinstatement  24-26

Review is requested under which Building Code?   ☐ Amend Existing Filing  4A   ☐ Withdrawal  25-26
☐ 2008  ☐ 1968  ☒ Prior to 1968   ☐ Post Approval Amendment (PAA)  4A, 6, 24-26   ☐ Specified in 4A and 6
Choose one ☒ Standard Plan Examination or Review   Will PAA affect filing fees?  ☐ Yes  ☐ No   ☐ Entire Job
☐ Professional Certification  PC1, POC1   ☐ New Applicant  4A, 25-26   4A Indicate existing document number
☐ Self Certification of Objections  Alt1   affected by filing

### 5  Job/Project Types  *Choose one and provide specified associated information*

☐ Alteration Type 1  6A-E, 8B-C, 9-10, 12, 13C-F & 14, 18-20, 22, PW1A, PD1, select all that apply.   ☒ Alteration Type 1, OT: "No Work"  8C, 9-10 & 12, 13C-E, 14, 18-19, PW1A, PD1   ☐ Full Demolition  5B, 8D, 9B-D & 13D-E, 14, 21A, 22
   ☐ Change in Exits   ☐ Alteration Type 2  5A, 8A-D, 8A-B, 9-10 & 13C-E, 14, 20, 22   ☐ Sign  3A, 8D-D, 9B, 22-23
   ☐ Change in Number of Stories   ☐ Subdivision  3B, 12A-B
   ☐ Change in Number of Dwelling Units   ☐ Alteration Type 3  5A, 5B-E, 8C, 9-10, 13C-E, 22   ☐ Condominium  Improved  17
   ☐ Change in Occupancy / Use   ☐ New Building  6A-E, 8F-G, 9A-C, 10, 12, 13A-E   5A Directive 14 acceptance requested?
   ☐ Change inconsistent with current Cert. of Occup.   (13B, 2008 Code only), 14, 18-20, PW1A, PD1   ☐ Yes   ☐ No

### 6  Work Types  *Select all that apply; but no more than allowed by job and filing type. OT required on all NB and Alteration 1 initial applications*

| | | | | | |
|---|---|---|---|---|---|
| 6A | BL - Boiler  PW1C | FS - Fuel Storage  PW1C | PL - Plumbing  PW1B | 6E | CC - Curb Cut  15 |
| | FA - Fire Alarm | FP - Fire Suppression | SD - Standpipe  PW1B | 6F | OT/ANT - Antenna |
| | FB - Fuel Burning  PW1C | MH - Mechanical | SP - Sprinkler  PW1B | | OT/BPP - Builders Pavement Plan  8D |
| 6B | EQ - Construction | 6C | CT/GC - General | ☒ OT - Other  describe: | | OT/FPP - Fire Protection Plan |
| | Equipment  15 | | Construction | NO WORK | | OT/MAR - Marquee  8E, 26B |

DOB Reference Number: T00000283564-000083
User Ref ID: 15 E 63RD

10/06

---

Main Fig No. 0759542

**PW1**

PAGE

**7 Plans/Construction Documents Submitted** *Plans are required for these applications*

| | | |
|---|---|---|
| X AR - Architectural | OT - GMP - Sprinkler | DM - Demolition (Full/Partial) | EN - Zoning Analysis | FO - Foundation | NP - No Plans |
| ME - Mechanical | OT - Other | PL - Plumbing | ST - Structural | ZO - Zoning | |

**8 Additional Information**

| 8A WT Cost | WT Cost | WT Cost | 8A Is a building enlargement proposed? | 8C Estimated Job Cost $ 100 |
|---|---|---|---|---|
| | | | No enlargement is proposed | 8D Street Frontage ___ linear ft |
| | | | Yes ___ sq ft | 8E Height ___ ft. Width ___ ft |
| | | | horizontal ___ vertical | 8F Name of cluster or development below |
| 8B Total Construction Floor Area ___ sq ft | | | Additional construction if not noted | |

**9 Additional Considerations, Limitations or Restrictions**

Yes  No

9A  ☐  X  9B structural peer review required per BC §1627 *If yes, 9H*       9F Structural Peer Reviewer License No
9B  ☐  X  Fails to Comply with Local Law *If yes, 9G*
       ☐  X  Other, specify
       ☐  X  Restrictive Declaration - Basement *If yes, 9K*
       ☐  X  Zoning Exhibit III *If yes, 9L*
       Requesting legalization of use on or after Jan 1 1995
       where no work was done or no previous violations have been issued
       ☐  X  Adult Establishment *If yes, plot diagram (except DM)*
       ☐  X  Compensated Development (Inclusionary Housing)
       ☐  X  Low Income Housing (Inclusionary Housing)
       ☐  X  Single Room Occupancy (SRO) Multiple Dwelling
       ☐  X  Filing includes Lot Merger / Reapportionment *If yes, 9I*
9E     ☐  X  Includes permanent removal of standpipe, sprinkler or fire suppression related systems
       ☐  X  Work includes partial demolition as defined in AC §28-101 5 *If yes, 91B*
       ☐  X  Structural Stability affected by proposed work
9I  CRFN(s)  Restrictive Declaration *if exempt, mark 4*
9J  CRFN(s)  Zoning Exhibit III *if exempt, mark 4*

| | | |
|---|---|---|
| ☐ X | Landmark | 9D Facade status ___ |
| ☐ X | Little E / Hazmat Site | |
| ☐ X | Unmapped Street | |
| ☐ X | Filing to Address | 9H Violation No(s) |
| | Violation(s) *if yes, 9H* | |
| ☐ X | Included in LMCCC | 9I BSA Calendar No(s) |
| ☐ X | Infill Zoning | |
| ☐ X | Loft Board | |
| ☐ X | Quality Housing | 9J CPC Calendar No(s) |
| ☐ X | Site Safety Job Project | |
| | | 9K High-Rise Team Tracking Number |

**10 ECCCNYS Compliance** *Energy Conservation Construction Code*       **10A Specific Reason for ECCCNYS Exemption**

☐ To the best of my knowledge, belief and professional judgment, this
   application is in compliance with the ECCCNYS
   Energy analysis is on another job number
☒ The work proposed in this application is exempt from the ECCCNYS
   because per Chapter 1 of the ECCCNYS 4 is *
   ☒ An alteration but not a substantial alteration
   Work in a related building
   Work in an exempt building *specify categories/reasons in 10A*

**11 Job Description**       **11A Related DOB Job Numbers**

CONVERT EXISTING 10 UNIT BUILDING TO A ONE FAMILY DWELLING. ALL
WORK FILED UNDER SEPARATE APPLICATIONS. NO CHANGE TO BULK,       102163358     101365206
EGRESS OR OCCUPANCY.

11B Primary application job no

DOB Reference Number  T00000283564-000083
User Ref ID: 15 E 61RD

Form SC/ALT — WinTOTAL appraisal software by a la mode, inc — 1-800-ALAMODE

Main File No. 0759542

**PW1**

| 12 | Zoning Characteristics | PAGE 3 |

12A  Districts: R8B
  Overlay(s)

  Special Dist or LH-1A
  Map Number etc.

  12B Street(s) width    50
  Street Status    Public  X Private

12C Proposed   Use   Zoning Floor Area   District   FAR
  RESIDENTIAL   10010   sq. ft.   R8B   4

  Proposed Totals  10010   sq. ft.              4
  Existing Total   10010   sq. ft.

| 13 | Building Characteristics |

13A Primary structural system in the area
  Masonry   Wood   Steel (Structural)   Concrete (CIP)   Concrete (Precast)   Steel (Cold-Formed)   Steel (Encased in Concrete)

13B  Structural Occupancy Category
  Seismic Design Category
  Occupancy Classification   J-3   Yes X No   R-3   X Yes
  Construction Classification   J-B
  Multiple Dwelling Classification   HABA        Yes X No   J-A   X Yes   No

  Existing   Proposed
  Building Height   67
  Building Stories   5
  Dwelling Units   1

  The earliest Code with which this building or any part of it is required to comply    2008   1968   X Prior to 1968

| 14 | Fill  Choose one |
  X Not Applicable   On-Site   Off-Site   Under 300 cubic yards

| 15 | Construction Equipment |   | 16 | Curb Cut Description |
  Chute   Sidewalk Shed
  Fence   Size
  Supported Scaffold   Other

| 17 | Tax Lot Characteristics |   | 18 | Fire Protection Equipment |

  Existing   Proposed
  Yes   No   Yes   No
  Fire Alarm   X   X
  Fire Suppression   X   X
  Sprinkler   X   X
  Standpipe   X   X

| 19 | Open Spaces |   | 20 | Site Characteristics |

  Existing   Proposed              Existing   Proposed
  Plaza Area   sq. ft.   sq. ft.  Arcade Area   sq. ft.   sq. ft.
  Parking Area   sq. ft.   sq. ft.  Parking Spaces
  Loading Berths   sq. ft.   sq. ft.  Loading Berths

  Yes   No
  X   Tidal / Fresh Water Wetlands
  X   Urban Renewal
  X   Fire District
  X   Flood Hazard Area

  DOB Reference Number:  T0000028564-000083
  Vecr Ref ID: 15 8 43PD

Main Flg No. 0759542

**PW1**

**21 Demolition Details** *Who, bottom equipment other than manlift devices to be used for demolition if vehicle, vehicle, cab., p335-4*

21A    Demo. items is for a secondary structure?   *If yes, specify structure being demolished.*
Mechanical means? hand or with blasting?   *If yes, identify the method of demolition.*   ___ of structure
Mechanical means? man within building?   *If yes, complete equipment required.*

21B    Demolition work affects the exterior building envelope

**22 Asbestos Abatement Compliance** *Choose one*

☐ The scope of work requires related asbestos abatement as defined in the regulations of the NYC Department of Environmental Protection (DEP).
☐ The scope of work does not require related asbestos abatement as defined in the regulations of the NYC DEP.
☐ The scope of work is exempt from the asbestos requirement as defined in the regulations promulgated by the NYC DEP.

**23 Sign**

Purpose:                Type:                  Estimated Cost: $
☐ Advertising  ☐ Illuminated 23A   Total Square Feet:          23A  Illuminated type:  ☐ Direct  ☐ Flashing  ☐ Indirect
☐ Non-Advertising  ☐ Non-Illuminated   Height above Curb:                    Yes  No
Location:  ☐ Ground  ☐ Roof 23D  ☐ Wall   Height above Roof:          ft   in
Yes  No                                                        23B   Sign projects beyond building line  as owner
Is sign inside building line?   If the sign projects by                      listed for annual period?  If no, specify in 23B
Designed for changeable copy?  If yes 23C                          23B   Is roof sign light  close? (if sign)?
Does an OAC have an interest in this sign or location?  If yes 23G        Sign wording  if extension, provide only key wording
Within 900 and within view of an arterial highway?  If yes 23D
Within 200 and within view of a park, 200 acre or more?  If yes 23E     23D   Distance from Arterial Highway
► If answer is yes, to either of the above two questions and this is an       23E   Distance from Park
   advertising sign, OAC sign number is required in section 23F.          23F   OAC Sign Number
                                                                          23G   OAC Registration Number

**24 Comments** *Place additional comments on an As1 form. See Guide for proper incorporation of professional certification statements.*

**25 Applicant's Statements and Signatures** *Required for all applications*

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment or both and it shall be unlawful to give to a city employee or for a city employee to accept any compensation, gratuity or otherwise. It shall be a gratuity for any one performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I understand that it I am found after having to have knowingly or negligently made a false statement or to have knowingly or negligently made a false statement or certification report or certification of the condition of a violation required under the provisions of this code or of a law of any agency. I may be barred from filing further applications or documents with the Department. I prepared or supervised the preparation of this code or of a law of any agency. I may be barred from filing further applications or documents with the Department. I prepared or supervised the preparation of the construction documents and specifications herewith submitted and to the best of my knowledge and belief, the construction documents and work shown thereon comply with the provisions of the NYC Administrative Code and other applicable laws and rules ► check here if I accept as set forth in the accompanying documents. I acknowledge that I have read and complied with all instructions pertaining to this application and supplementary schedules submitted. Cluster Development Statement   application. I hereby state that all specifications relating to this job are identical to those previously filed under the group lead job number except as specified herein.

Yes  No

For initial New Building and Alteration 1 applications filed under the 2008 NYC
Building Code only, does this building qualify for an optional designation?

Directive 14 Initial applications only. I certify that the construction
documents submitted and the construction documents related to this application do not
require a new or amended Certificate of Occupancy as there is no change in the use,
exits, or occupancy.

Name (please print)
JOSEPH A SULTANA

Signature                                          Date

P.E.  R.A. Seal

DOB Reference Number: T000002#####  000001
User Ref No: 15 R 6985

10/09

For initial New Building and Alteration 1 applications filed under the 2008 NYC

Form SCM.GL — "WinTOTAL" appraisal software by a la mode, inc. — 1.800.ALAMODE

Main Flg No. 0759542

PW1

## 26 Property Owner's Statements and Signatures

| Owner Type: | X Individual | | DCAS | HHC | NYCHA |
|---|---|---|---|---|---|
| | Partnership | | DOE | HPD | NYS |
| | Corporation | 26A | | Other Government | |

Name (please print) MARIANNE NESTOR

Relationship to Owner OWNER

Business Name Address NA

Street Address 15 EAST 63RD STREET

City NY    State NY    Zip 10065

Telephone Number (212) 935-1554

E-Mail Address

Signature and Date ▶

### 26A Condo/Co-Op Board or Corporation Second Officer

Name (please print)

Title

Street Address

City    State    Zip

Telephone Number    Fax

E-Mail Address

Signature and Date ▶

*Signature required for authorized representative of Condo or Co-Op Board. Second officer signature not required for corporations.*

### 26B Lessee Responsible for Annual Sign or Marquee Permit

Name (please print)

Relationship to Owner

Business Name Address

Street Address

City    State    Zip

Telephone Number    Fax

E-Mail Address

---

**Internal Use Only**

Pre-Filer Name

Pre-Filer Signature    Date

Cost Estimate $

Amount Due $    Verified by ▼  Date ▼

Initial Amount Paid $

Balance Due $

Stamps, Certifications and Notes

---

DOB Reference Number: B00000201554

User Ref. No: 15 E 63RD

Form SOURCE — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

NYC BUILDINGS

# PW1A: Schedule A - Occupancy / Use

*Must be typewritten.*

Sheet 1 of 3

Existing Legal Use | Proposed Use — *Use 2008 Code equivalents only even for older Codes.

| Floor | Existing: Maximum Number of Persons | Existing: Live Load (psf) | Existing: 2008 Code Designations? | Existing: Building Code Occupancy Group(s) | Existing: Dwelling/Rooming Units (EC) | Existing: Zoning Use Group(s) | Existing: Description | Proposed: Maximum Number of Persons | Proposed: Live Load (psf) | Proposed: 2008 Code Designations only* | Proposed: Building Code Occupancy Group(s) | Proposed: Dwelling/Rooming Units (EC) | Proposed: Zoning Use Group(s) | Proposed: Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SC1 | | | ☐ Yes ☒ No | B-2 | | 2B | STORAGE | | | ☒ Yes | S-2 | | 1B | STORAGE |
| CEL | | 0G | ☐ Yes ☒ No | B-2 | | 2B | STORAGE AND RECREATION ROOM | | 0G | ☒ Yes | S-2 | | 1B | STORAGE AND RECREATION ROOM |
| 001 | | 40 | ☐ Yes ☒ No | J-2 | .3 | 2A | 1/3 DWELLING UNIT | | 40 | ☒ Yes | R-3 | .6 | 1A | 1/6 DWELLING UNIT |
| 002 | | 40 | ☐ Yes ☒ No | J-2 | 1.3 | 2A | (1) DWELLING AND 1/3 DWELLING | | 40 | ☒ Yes | R-3 | .6 | 1A | 1/6 DWELLING UNIT |
| MZ2 | | 40 | ☐ Yes ☒ No | J-2 | .3 | 2A | 1/3 DWELLING UNIT | | 40 | ☒ Yes | R-3 | .6 | 1A | 1/6 DWELLING UNIT |

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I hereby state all the above information is complete and correct to the best of my knowledge.

JOSEPH A SOLTANA

DOB Reference Number: T00000283564-000083
User Ref ID: 15 E 63RD

7/08

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0768542

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**nyc BUILDINGS**

## PW1A: Schedule A - Occupancy / Use

*Must be typewritten.*

Sheet   2   of   3

| Floor | Existing Legal Use | | | | | | | Proposed Use *Use 2008 Code equivalents only even for older Codes* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Maximum Number of Persons | Live-Load (psf) | 2008 Code Designations? | Building Code Occupancy Group(s) | Dwelling/ Rooming Units (BC) | Zoning Use Group(s) | | Maximum Number of Persons | Live Load (psf) | 2008 Code Designa- tions only* | Building Code Occupancy Group(s) | Dwelling/ Rooming Units (BC) | Zoning Use Group(s) |
| 003 001 | | 40 | | ☐Yes ☒No | J-2 | 2 | 2A | | 40 | | ☒Yes | R-3 | .6 | 1A |
| | Description | (2) TWO DWELLING UNITS | | | | | | Description | 1/6 DWELLING UNIT | | | | | |
| 004 004 | | 40 | | ☐Yes ☒No | J-2 | 2 | 2A | | 40 | | ☒Yes | R-3 | .4 | 1A |
| | Description | (2) TWO DWELLINGS | | | | | | Description | 1/6 DWELLING UNIT | | | | | |
| 005 005 | | 40 | | ☐Yes ☒No | J-2 | 1 | 2A | | 40 | | ☒Yes | R-3 | .6 | 1A |
| | Description | (1) ONE DWELLING | | | | | | Description | 1/6 DWELLING UNIT | | | | | |
| | | | | ☐Yes ☐No | | | | | | | ☒Yes | | | |
| | Description | | | | | | | Description | | | | | | |
| | | | | ☐Yes ☐No | | | | | | | ☒Yes | | | |
| | Description | | | | | | | Description | | | | | | |

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I hereby state all the above information is complete and correct to the best of my knowledge.

JOSEPH A SULTANA

DOB Reference Number: T00000283564-000083
User Ref ID: 15 E 93RD

7/08

Main File No. 0755542

## Building Sketch

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



Main File No. 0759542

## Building Sketch

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | | |
| Property Address | 15 E 63rd St | | | |
| City | New York | County New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | |

| | | Calculation Details | |
|---|---|---|---|
| **Living Area** | | | |
| First Floor | 2170 Sq ft | 14 × 30 | = 420 |
| | | 70 × 25 | = 1750 |
| Second Floor | 2170 Sq ft | 14 × 30 | = 420 |
| | | 25 × 70 | = 1750 |
| Third Floor | 2197.18 Sq ft | 14 × 30 | = 420 |
| | | 70 × 25 | = 1750 |
| | | Negative Arc | = 27.18 |
| Fourth Floor | 2170 Sq ft | 14 × 30 | = 420 |
| | | 25 × 70 | = 1750 |
| Fifth Floor | 2072 Sq ft | 14 × 23 | = 322 |
| | | 25 × 70 | = 1750 |
| Sixth Floor | 1067.5 Sq ft | 35 × 14 | = 490 |
| | | 11 × 52.5 | = 577.5 |
| **Total Living Area (Rounded):** | **11847 Sq ft** | | |
| **Non-Living Area** | | | |
| **Terrace** | 322 Sq ft | 14 × 23 | = 322 |
| Sub Cellar | 2170 Sq ft | 14 × 30 | = 420 |
| | | 25 × 70 | = 1750 |
| Terrace | 360.5 Sq ft | 12 × 14 | = 168 |
| | | 11 × 17.5 | = 192.5 |
| Cellar | 2500 Sq ft | 100 × 25 | = 2500 |

Main File No. 0759542

**Location Map**

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



Main File No. 0759542

**Flood Map**

| | | | |
|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | |
| Property Address | 15 E 63rd St | | |
| City | New York | County New York | State NY   Zip Code 10065 |
| Lender | Michael Alfieri | | |



InterFlood

Prepared for: Trust Appraisals
15 E 63RD ST
New York, NY 10021

MAP DATA

FEMA Special Flood Hazard Area: No
Map Number: 3604970088F
Zone: X
Map Date: September 05, 2007
FIPS: 36061

MAP LEGEND

Areas inundated by 500-year flooding
Areas inundated by 100-year flooding
Velocity Hazard
Protected Areas
Floodway
Subject Area

Form MAP.FLOOD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Location Map

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | | |
| Property Address | 15 E 63rd St | | | |
| City | New York | County New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. 0759542

| | |
|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York | County New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri |

**ARIEH GOREN, Appraiser Qualifications & Professional Background:**

-Arieh Goren is the President/CEO of Trust Appraisals Inc, a real estate appraisal firm he founded in 2004.

-Trust Appraisals Inc provides a full range of residential appraisal services to corporations, law firms, banks, savings and loan associations, municipalities and governmental agencies concentrated throughout the Greater New York area of roughly $1.5 billion of property per year.

- Mr. Goren has been handpicked by many of the Nation's largest lenders and AMC's to appraise some of the most valuable residential real estate in New York.

- Mr. Goren is on the Jumbo high end complex appraisers panels of multiple lenders and appraisals management companies and personally appraised the highest condominium, coop and townhouse sales in the history of Manhattan and Brooklyn, along with some of the largest residential sales in all of Queens.

- FHA approved, State certified real estate appraiser in New York. In addition, Mr. Goren is an active approved appraiser on the State Of New York Unified Court System.

- Mr. Goren experience includes carrying out over 4,000 appraisals assignments including legal narratives, court testimonies, drivebys, cooperatives, condominiums, single to four family dwellings in the areas of New York City and mentoring new appraisers.

Recent Experience:

Within the past 24 months Mr. Goren personally appraised over 50 residential properties with values exceeding $20,000,000.

Within the past 5 yrs. Mr. Goren personally appraised over 400 residential properties with values exceeding $5,000,000.

- Mr. Goren has an exceptional proven track record of experience and knowledge of the market place. His reputation is built upon credible comprehensive appraisal reports, consistently fast turnarounds, honesty, loyalty, commitment, communication and most important of all, confidentiality.

For additional info please see attached resume.

If I may be of further assistance, please do not hesitate to contact me.

With the sincerest appreciation,

Arieh Goren, President, Trust Appraisals Inc

350 Fifth Avenue 59 Floor New York, NY 10018

Phone: 866-918-7878  Email: Eric@Trust-Appraisals.com

350 Fifth Avenue 59 Floor New York, NY 10018

| | | |
|---|---|---|
| Signature | | Signature |
| Name Arieh Goren | | Name |
| Date Signed 12/24/2016 | | Date Signed |
| State Certification # 45000041109 | State NY | State Certification # | State |
| Or State License # | State | Or State License # | State |

Main File No. 0759542



UNIQUE ID NUMBER
45000041109

State of New York
*Department of State*
DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY
Control No    97305

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE
MO | DAY | YR
09 | 16 | 16

ARIEH GOREN
C/O TRUST APPRAISALS INC
350 5TH AVE
59TH FLOOR
NEW YORK, NY    10118

EXPIRATION DATE
MO | DAY | YR
09 | 15 | 18

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. RESIDENTIAL APPRAISER

ROSSANA ROSADO
ACTING SECRETARY OF STATE

Form SCA — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## ARIEH GOREN
## TRUST APPRAISALS INC
## REAL ESTATE APPRAISERS & CONSULTANTS

350 Fifth Avenue, 59ᵀᴴ Floor, New York, New York 10018

Phone: (866) 918-7878    Fax (212) 898-1135    E mail: Eric@Trust-Appraisals.com

Tax ID#56-2364734
New York State Certified Real Estate Appraiser #45-000041109
New York State Sales Person License #10401210772

### Qualification Profile

Arieh Goren is FHA approved New York State Certified Real Estate Appraiser who provides a full range of appraisal services to corporations, law firms, banks, savings and loan associations, municipalities and governmental agencies concentrated throughout the Greater New York area. In business since 1998, Arieh Goren has appraised over 4,000 properties, including many of the major high end residential transactions in New York City.

### Experience

Trust Appraisals Inc. New York City, New York
2004-Current       President
1999-2004          Staff Appraiser

- Carried out a variety of appraisals assignments for various lending and legal institutions including legal narratives, court testimonies, drivebys, cooperatives, condominiums, single to four family dwelling, mixed used properties and vacant lands in the areas of New York City, Queens, Brooklyn, Bronx, Staten Island, Nassau, Suffolk and Westchester Counties.
- Training new staff appraisers

### Education:

FHA Certified Real Estate Appraiser / Certification #45-0000-41109

| | | |
|---|---|---|
| 1/1999 | Appraisal Education Network School | Bohemia, New York |
| | - Introduction to real estate appraising. | |
| | - Valuation principles and procedures. | |
| | - Ethics and standards of professional practice. | |
| 8/2001 | - Applied Residential Property Valuation | |
| | - Introduction to 1-4 Family Income Capitalization | |
| | - Advanced Real Estate Appraisal writing | |
| 2/2004 | - Creative Finance For the Millennium | Brooklyn, New York |
| 3/2004 | - Uniform Standards Of Professional Appraisal Practice | |
| 8/2004 | - FHA Exam Preparation | McKissock |
| 6/2006 | - National USAP Update | McKissock |
| 6/2006 | - Appraising the Oddball | McKissock |
| 6/2006 | - The Art Of residential Appraisal review | McKissock |
| 6/2006 | - Appraiser Liability | McKissock |
| 6/2008 | - 2008-2009 National USAP Update Equivalent | McKissock |
| 6/2008 | - Even Odder-More Oddball appraisals | McKissock |
| 6/2008 | - Private Appraisal Assignments | McKissock |
| 6/2008 | - Relocation Appraisal Is Different | McKissock |
| 3/2008 | - Real Estate sales Person Course | Real Estate Learning Company |
| 6/2008 | - Real Estate Broker | Real Estate Learning Company |
| 8/2008 | - Real Estate Remedial Course | Real Estate Learning Company |

Main File No. 0759542

| 7/2010 | - 2010-2011 National USAP Update Equivalent | McKissock |
| 7/2010 | - How To Analyze & Value Income Properties | McKissock |
| 7/2010 | - Land and Site Valuation | McKissock |
| 7/2010 | - Relocation Appraisal Is Different | Appraisal Institute |
| 8/2011 | - The uniform UAD from Fannie Mae and Freddie Mac | Appraisal Institute |
| 8/2012 | - Construction Details and Trends | McKissock |
| 8/2012 | - 2012-2013 7-hour National USPAP Update Course | McKissock |
| 8/2012 | - Mortgage Fraud- Protect Yourself! | McKissock |
| 7/2014 | - 2014-2015 7-hour National USPAP Update Course | McKissock |
| 7/2014 | - Mortgage Fraud- Protect Yourself! | McKissock |
| 7/2014 | - Appraising FHA Today | McKissock |
| 7/2014 | - Residential Report Writing: More than Forms | McKissock |

| 1997-2001 | Queens College | Queens, New York |

- Undergraduate business-finance, Liberal arts

**Affiliations:** - Associate member of the Appraisal Institute

**Additional Experience:**

**Leadership Skills.**
Honorably discharged with 3 years (1992-1995) of active service within the Israel Defense Forces (IDF). Promoted ahead of peers in supervisor in command of up to 30 soldiers. Earned highest marks in all evaluation reports. Instructed and implemented numerous advanced tactical counter-terrorism trainings programs for various Special Forces units. Worked in intense operational arenas in cooperation with various personals. Recipient of a Certificate of appreciation and achievement.

**References**

Landsafe /Bank of America
Ted Cremar, SRA
Vice President, LandSafe Appraisal Services
Metro NY District Appraisal Manager

office: (631) 868-3726

cell: (631) 487-0133

Global Wealth Management
US Trust
Anthony Stinga
AVP/Regional Chief Appraiser

Direct (718) 461-1433

Leonard Steigman
Sales Manager
Private Mortgage Banking
Wells Fargo Home Mortgage
530 Fifth Avenue, 15th Floor
New York, NY 10036
Office (212) 805-1017

Allen Trub
SVP, Private Mortgage Banker
GuardHill Financial
950 Third Avenue, 24th Floor
New York, NY 10022
Direct (646) 519-7606
Cell (917) 374-7000

Main File No. 0759542

**Client List:**

| | |
|---|---|
| Astoria Federal Savings | Bank America Mortgage |
| Citibank | Rels |
| Guardhill Financial Corp. | J.P. Morgan Chase Bank |
| National Cooperative Bank | Landsafe |
| Bridge Capital | Wachovia Bank |
| Vantage Financial | Usa Mortgage Bankers |
| United Funding Solutions | Topdot Mortgage |
| The Manhattan Mortgage Company | Staten Island Savings Bank |
| Silver Fin Capital Group Llc | Quantrix Valuation |
| OptionOneMortgage H&R Block Mortgage | Quontic Bank |
| Legacy Financial | Nivek Funding Group |
| M & T Mortgage Corporation | Lending Point Mortgage Corp. |
| Lenders Services, Inc. | Mortgage Zone |
| Kirchmeyer & Associates, Inc | I Mortgage Direct |
| Preferred Empire Mortgage Company | Indymac Bank F.S.B |
| Prudential Mortgage Corporation | Quick Funding Llc |
| Hsbc Mortgage Corp | Homescapes Funding |
| Franklin First Financial | Global Home Loans |
| First Allied Mortgage | Esppraiseit |
| E Home Credit Corp | Financial Equities |
| Dynamic Title & Mortgage Services | Dag Funding Solutions |
| Allied Financial, Llc | Aegis Lending |
| Clear Capital | Dart Appraisals |
| Title Source | Nadlan Valuation |

Completed appraisal reports available upon request.

Main File No. 0759542

CNA

Real Estate Professionals
Errors and Omissions Policy

### Declarations

| Agency | Branch | Prefix | Policy Number |
|--------|--------|--------|---------------|
| 073990 | 969 | RFB | 4230915501 6 |

Insurance is provided by
Continental Casualty Company
333 South Wabash Ave., Chicago, IL 60604.
A Stock Insurance Company.

1. **NAMED INSURED AND MAILING ADDRESS:**

Trust Appraisals Inc
350 Fifth Avenue
59th Floor
New York NY 10018

**NOTICE TO POLICYHOLDERS:**
The Errors and Omissions Liability coverage
afforded by this policy is on a Claims Made
basis. Please review the policy carefully
and discuss this coverage with your
insurance agent or broker

2. **POLICY PERIOD:**    Inception  04/21/2016    Expiration:  04/21/2017
at 12:01 A.M. Standard Time at your address shown above

3. **ERRORS AND OMISSIONS LIABILITY:**

    A. Limits of Liability:    Each Claim:   $1,000,000    Aggregate    $1,000,000

    B. Discrimination Limits of Liability:    $250,000

    C. Deductible:    Each Claim:    $2,500

    D. First Coverage Date    04/21/2011

    E. Prior Acts Date    04/21/2003

4. **POLICY PREMIUM:**    $600.00

    DISCRIMINATION (Optional $250,000 Sub limit):    $0.00
    TOTAL PREMIUM:    $600.00

5. **EXTENDED REPORTING PERIOD PREMIUM:**    One Year    50% of the Policy Premium
    Three Years    130% of the Policy Premium

*Kathleen M. Curry*

Countersigned by Authorized Representative

CNA65760NY ED. 02-2013

1168103-B21163

**<u>Exhibit Two</u>**

**Sept 2022**

**Appraisal**

# Appraisal Of Real Property



## LOCATED AT

15 E 63rd St
New York, NY 10065
Section: 508   Block: 1378   Lot: 12

## FOR

Nestor Peggy

## OPINION OF VALUE

55,000,000

## AS OF

09/23/2022

## BY

Arieh Goren
Trust Appraisals Inc
1345 Ave of the Americas, 2nd Floor
New York, NY 10105
(866) 918-7878
Eric@Trust-Appraisals.Com
Trust-Appraisals.com



**TRUST APPRAISALS**

Trust Appraisals Inc
1345 Ave of the Americas, 2nd Floor
New York, NY 10105
(866) 918-7878
Trust-Appraisals.com

09/30/2022

Nestor Peggy

Re: Property:      15 E 63rd St
                   New York, NY 10065
    Borrower:      Marianne And Peggy Nestor
    File No.:      00T8246

Opinion Of Value: $ 55,000,000
Effective Date:    09/23/2022

In Accordance With Your Request, We Have Appraised The Above Referenced Property.  The Report Of That Appraisal Is Attached.

The Purpose Of The Appraisal Is To Develop An Opinion Of Market Value For The Property Described In This Appraisal Report, As Improved, In Unencumbered Fee Simple Title Of Ownership.

This Report Is Based On A Physical Analysis Of The Site And Improvements, A Locational Analysis Of The Neighborhood And City, And An Economic Analysis Of The Market For Properties Such As The Subject.  The Appraisal Was Developed And The Report Was Prepared In Accordance With The Uniform Standards Of Professional Appraisal Practice.

The Opinion Of Value Reported Above Is As Of The Stated Effective Date And Is Contingent Upon The Certification And Limiting Conditions Attached.

It Has Been A Pleasure To Assist You.  Please Do Not Hesitate To Contact Me Or Any Of My Staff If We Can Be Of Additional Service To You.

Sincerely,

Arieh Goren
License or Certification #: 45000041109
State: NY      Expires: 09/15/2024
Eric@Trust-Appraisals.Com

## Uniform Residential Appraisal Report

File # 00T8246

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | City | New York | State NY | Zip Code 10065 |
| Borrower | Marianne And Peggy Nestor | Owner of Public Record | Marianne And Peggy Nestor | County | New York |

Legal Description    Section: 508 Block: 1378 Lot: 12

| | | | | |
|---|---|---|---|---|
| Assessor's Parcel # | 1013780012 | Tax Year 2022 | R.E. Taxes $ | 183,074 |
| Neighborhood Name | The Upper East Side | Map Reference 35614 | Census Tract | 0122.00 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD    HOA $ 0    ☐ per year    ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Fair Market Value.

Lender/Client Peggy Nestor    Address N/A

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). Our Investigation Revealed No Listing Agreement, Option Or Contract Of Sale On The Subject Unit. Data Sources: Owner, Property Shark, O.L.R. And Street Easy.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | | | |
|---|---|---|---|
| Contract Price $ | Date of Contract | Is the property seller the owner of public record? ☐ Yes ☐ No | Data Source(s) |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE | AGE | One-Unit | 3 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 1,535 Low | 20 | Multi-Family | 46 % |
| Neighborhood Boundaries North;South;East;West. See Attached Addenda. | | 77,100 High | 200 | Commercial | 4 % |
| | | 10,000 Pred. | 90 | Other | 44 % |

Neighborhood Description    See Attached Addenda.    *Present Land Value: Other-50%, Coop-Condo, Community Centers, Parks, Schools, Houses Of Worship.

Market Conditions (including support for the above conclusions)    See Attached Addenda.

| | | | | |
|---|---|---|---|---|
| Dimensions 25' X 100.42' Subject To Survey | Area 2510 sf | Shape Rectangular | View N;Outdr Prt Cp View; | |
| Specific Zoning Classification Residential R8B | Zoning Description High Density Residential | | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | Structure Can Be Rebuilt If Its Burned Down. | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes ☐ No If No, describe The Highest And Best Use Of The Subject Property Is A Single Family Residential Property.

| Utilities | Public | Private | | | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Con Edison | Water ☒ ☐ D.E.P | Street Macadam | ☒ | ☐ |
| Gas | ☒ | ☐ | Key S. | Sanitary Sewer ☒ ☐ N.Y.C | Alley None | ☒ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone    FEMA Map # 3604970088F    FEMA Map Date 09/05/2007

Are the utilities and off-site improvements typical for the market area?    ☒ Yes ☐ No If No, describe N/A.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes ☒ No If Yes, describe There Were No Unfavorable Easements Or Encroachments Noted At The Time Of Inspection. While Noise Of Worship, And Mixed-Use Commercial Properties Exist On The Subject Block. However, No External Influence Was Noted For The Subject Due To Exposure To Noise Or Excessive Volume Of Vehicular/Pedestrian Traffic. This Will Have No Adverse Effect On The Marketability Of The Subject At Our Appraised Value. Proximity To Non-Residential Properties Is Common And Typical For City Urban Areas. The Comparables Feature Similar Comparisons.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls Brick/Good | | Floors Hrdwd/Tile-M/Gd | |
| # of Stories 6 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls Limestone-Brik/Gd | | Walls Dry Wall/Good | |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | | Basement Area 4,670 sq.ft. | | Roof Surface Composition/Good | | Trim/Finish Wood/Good | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 100 % | | Gutters & Downspouts Aluminum/Good | | Bath Floor Ct-Marble/Good | |
| Design (Style) Elevator | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Dbl-Hung-Case/Gd | | Bath Wainscot Ct-Marble/Good | |
| Year Built 1901 | | Evidence of ☐ Infestation | | Storm Sash/Insulated None Noted | | Car Storage ☒ None | |
| Effective Age (Yrs) 15 | | ☐ Dampness ☐ Settlement | | Screens No/No | | ☐ Driveway # of Cars 0 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☐ Woodstove(s) # 0 | | ☐ Garage # of Cars 0 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Fireplace(s) # 14 ☒ Fence Wall | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Patio/Deck Terx3 ☒ Porch Jb X2 | | Att. ☐ Det. ☐ Built-in | |
| | | | | ☐ Pool None ☒ Other Elevator | | | |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 22 Rooms 9 Bedroom(s) 10.1 Bath(s) 12,476 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Non-Realty(Removable) Items Noted In This Report Are For Descriptive Purposes Only And Were Not Considered In Final Value Estimate.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-remodeled-eleven to fifteen years ago;Bathrooms-remodeled-eleven to fifteen years ago;See Attached Addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes ☒ No If Yes, describe Physical Deficiencies Or Adverse Conditions That Affect The Livability, Or Structural Integrity Of The Subject Property Were Not Noted At Time Of Inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes ☐ No If No, describe The Functional Utility, Condition, Use, Design, Appeal, Quality Of Contraction, And Size Of The Subject Property Are Similar And Conforming To Others In The "Immediate" Area.

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011    Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

## Uniform Residential Appraisal Report

File # 00T8246

There are **N/A** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **N/A** to $ **N/A**

There are **N/A** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **N/A** to $ **N/A**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 15 E 63rd St New York, NY 10065 | 12 E 63rd St New York, NY 10065 | | 8 E 62nd St New York, NY 10065 | | 12 E 69th St New York, NY 10021 | |
| Proximity to Subject | | 0.03 miles SW | | 0.08 miles SW | | 0.27 miles NE | |
| Sale Price | $ | $ | 56,000,000 | $ | 48,000,000 | $ | 59,000,000 |
| Sale Price/Gross Liv. Area | sq.ft. $ | 4501.25 sq.ft. | | 3887.58 sq.ft. | | 3645.35 sq.ft. | |
| Data Source(s) | | Acris/Olr/Steasy;DOM 137 | | Modlin Group | | Acris/Olr/Steasy;DOM 372 | |
| Verification Source(s) | | Corcoran/Douglas Elliman | | Modlin Group | | Brown Harris Stevens | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s01/22;c12/21 | 0 | s09/22;c05/22 | 0 | s03/21;c01/21 | 0 |
| Location | B;AdjPrk; | B;AdjPrk; | | B;AdjPrk; | | B;AdjPrk; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2510 sf | 2510 sf | | 2510 sf | | 4017 sf | -5,250,000 |
| View | N;Outdr Prt Cp | N;Outdr Prt Cp | | N;Outdr Prt Cp | | N;Outdr Prt Cp | |
| Design (Style) | AT6;Elevator | AT6;Elevator | | AT6;Elevator | | AT6;Elevator | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 121 | 149 | 0 | 114 | 0 | 138 | 0 |
| Condition | C3 | C2 | -4,480,000 | C3 | | C3 | +2,360,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 22 9 10.1 | 14 7 7.3 | +100,000 | 17 6 6.6 | +75,000 | 16 4 3.3 | +300,000 |
| Gross Living Area | 12,476 sq.ft. | 12,441 sq.ft. | +54,300 | 12,347 sq.ft. | +200,000 | 16,185 sq.ft. | -5,749,000 |
| Basement & Finished | 4670sf4670sfwu | 2400sf2400sfln | +1,702,500 | 2875sf2875sfln | +1,391,125 | 3400sf3400sfln | +984,250 |
| Rooms Below Grade | 9rr0br2.1ba2o | 3rr0br1.0ba3o | +75,000 | 3rr0br1.1ba5o | +50,000 | 4rr0br1.0ba2o | +75,000 |
| Functional Utility | 1 Family | 1 Family | | 1 Family | | 1 Family | |
| Heating/Cooling | Adequate | Pool/Spa | -350,000 | Jacuzzi,Sauna | -50,000 | Pool/Spa | -350,000 |
| Energy Efficient Items | Thermal Windo | Thermal Windo | | Thermal Windo | | Thermal Windo | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Outdr.877 Sf | Outdrs.2100 Sf | -568,695 | Outdrs.2200 Sf | -615,195 | Outdrs.2800 Sf | -894,195 |
| Additional | Jb X 2 | None | +50,000 | Jb X 3 | -25,000 | None | +50,000 |
| Additional | Fpl X14 | Fpl X 2 | +300,000 | Fpl X 9 | +125,000 | Fpl X5 | -75,000 |
| Additional | 1110199 | 1066031/4.1% | +2,296,000 | 1093020/1.5% | +720,000 | 1026362/8% | +4,720,000 |
| Net Adjustment (Total) | | + - $ | -820,895 | + - $ | 1,870,930 | + - $ | -3,828,945 |
| Adjusted Sale Price | | Net Adj. 1.5 % | | Net Adj. 3.9 % | | Net Adj. 6.5 % | |
| of Comparables | | Gross Adj. 17.8 % $ | 55,179,105 | Gross Adj. 6.8 % $ | 49,870,930 | Gross Adj. 35.3 % $ | 55,171,055 |

☐ did ☒ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

N/A

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) **Geo Data Plus, Llc - Tax Records**

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) **Geo Data Plus, Llc - Tax Records**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/21/2020 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | Geo Data Plus Llc | Geo Data Plus Llc | Geo Data Plus Llc/Acris | Geo Data Plus Llc/Acris |
| Effective Date of Data Source(s) | 09/23/2022 | 09/23/2022 | 09/23/2022 | 09/23/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales **Deed Recording Was Recorded For The Subject On 11/13/2016 For Consideration Of $0. This Was A Sheriff's Deed - Sale Under Execution And Not An Arm Leangth Transaction And As Such Was Given No Consideration. As Per Sheriff's Deed The Subject Was Auctioned For The Sum Of $6,000,000 Being The Highest Bidder. 10/21/2020 As Per Acris: Deed Cancelled And Set Aside Pursuant To Court Order Crin# 2020000277989. 10/21/2020. See Attached Copy Of The Court Order.**

Summary of Sales Comparison Approach **See Attached Addenda.**

Indicated Value by Sales Comparison Approach $ **55,000,000**

Indicated Value by: Sales Comparison Approach $ **55,000,000** Cost Approach (if developed) $ **55,000,000** Income Approach (if developed) $

**The Sales Compares Approach Is Given All Consideration As It Best Reflects Typical Buyer And Seller Activity In The Marketplace.**

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: **See Attached Addendum.**

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **55,000,000** , as of **09/23/2022** , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # 00t8246

**ADDITIONAL COMMENTS**

**Disclosure:**
I Have Performed No Services, As An Appraiser, Regarding The Property That Is The Subject Of This Report Within The Three-Year Period Immediately Preceding Acceptance Of This AssignmenT

**Comment On Exposure Time Vs. Market Time:**
Exposure Time As Defined By Uspap 2022-2023: Estimated Length Of Time That A Property Interest Being Appraised Would Have Been Offered On The Market Prior To The Hypothetical Consummation Of A Sale At Market Value On The Effective Date Of The Appraisal. Exposure Time Is A Retrospective Opinion Based On An Analysis Of Past Events Assuming A Competitive And Open Market. The Reasonable Exposure Time For The Subject Residence Is Similar To The Estimated Marketing Time Of The Subject, Or 6-12 Months. This Estimate Of Marketing/Exposure Time Is An Estimate. Appraiser Is Not A Real Estate Broker And Is Not Engaged In The Marketing Of Properties. Any Estimate Of Marketing Time Is Subjective And Is A Factor Of Listing Price, Broker/Realtor Choice, Current Market, Subject Condition, Mortgage Availability And Rates Etc.

**F.I.R.R.E.A Certification Statement:**
The Appraiser Certifies And Agrees That This Appraisal Was Prepared In Accordance With The Requirements Of Title XI Of The Financial Institutions, Reform, Recovery, And Enforcement Act (F.I.R.R.E.A) Of 1989, As Amended (12 U.S.C. 3331 Et Seq.), And Any Applicable Implementing Regulations In Effect At The Time The Appraiser Signs The Appraisal Certification.

**Purpose Of Appraisal**
The Purpose Of This Appraisal Is To Estimate The Market Value Of The Fee Simple Interest As Defined By The Financial Institutions Reform, Recovery And Enforcement Act Of 1989 (F.I.R.R.E.A).

**Scope Of Appraisal**
Extensive Research Of The Market.
Collection And Confirmation Of Indicated Data.
Analysis Of All Data In Order To Arrive At An Appropriate Estimate Of Value.
Reporting Our Conclusions To The Reader Of This Report In Logical Method.

**Intended Use:** The Intended Use Of This Appraisal Report Is For The Client To Evaluate The Property That Is The Subject Of This Appraisal.

**Intended User:** The Intended User Of This Appraisal Report Is The Client.

---

**COST APPROACH TO VALUE** (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)
The Extraction Method Is Utilized To Formulate The Estimate Of Site Value. Land Value Exceeds 30% Of Total Value Due To The Condition Of The Improvements And The Desirability Of The Area And Scarcity Of Available Building Plots. This Will Not Affect Marketability Of The Subject At Our Appraised Value.

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 33,000,000 |
| Source of cost data   Local Contractors And Architects. | DWELLING 12,478 Sq.Ft. @ $ 1,650.00 | | =$ | 20,585,400 |
| Quality rating from cost service   Avg   Effective date of cost data   09/23/2022 | 4,670 Sq.Ft. @ $ 1,650.00 | | =$ | 7,705,500 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Mech.$800k Outdoors: $200k | | =$ | 1,000,000 |
| External Inadequacies: None. Functional Obsolescence: None. | Garage/Carport Sq.Ft. @ $ | | =$ | |
| Physical Depreciation:15/60=25%, As Is Value Of Site | Total Estimate of Cost-New | | =$ | 29,290,900 |
| Improvements Reflecting The Existing Structure Value. | Less Physical Functional External | | | |
| | Depreciation 7,322,725 | | =$( | 7,322,725) |
| | Depreciated Cost of Improvements | | =$ | 21,968,175 |
| | "As-is" Value of Site Improvements | | =$ | 31,825 |
| Estimated Remaining Economic Life (HUD and VA only) 45 Years | INDICATED VALUE BY COST APPROACH | | =$ | 55,000,000 |

---

**INCOME APPROACH TO VALUE** (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ | | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

---

**PROJECT INFORMATION FOR PUDs** (if applicable)

| | | |
|---|---|---|
| Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No | Unit type(s) ☐ Detached ☐ Attached | |

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units N/A | Total number of units sold |
| Total number of units rented | Total number of units for sale N/A | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.   N/A

---

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2020102300818001001ED6AD |

**RECORDING AND ENDORSEMENT COVER PAGE**      PAGE 1 OF 5

| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
|---|---|---|
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |
| Document Page Count: 3 | | |

**PRESENTER:**
NEW YORK CITY DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK, NY 10038

**RETURN TO:**
NEW YORK CITY DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK, NY 10038

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

**CROSS REFERENCE DATA**

MANHATTAN    Year: 1984    Reel: 767    **Page:** 1840

**PARTIES**

**GRANTOR:**
KATHERINE BROWNE
8643 HOLLOWAY PLAZA
LOS ANGELES, CA 90069

**GRANTEE:**
MARIANNE NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | | |
| Additional MRT: | $ | 0.00 | Recorded/Filed    10-26-2020 12:07 | | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | | |
| Recording Fee: | $ | 0.00 | 2020000297552 | | |
| Affidavit Fee: | $ | 0.00 | | | |

*City Register Official Signature*

Ownership recording  – Page 2



NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER

2020102300818001001CD42D

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
|---|---|

Document ID: 2020102300818001    Document Date: 02-23-1984    Preparation Date: 10-23-2020
Document Type: CORRECT INDEX/DEED-OFFICE USE

PARTIES

GRANTEE:
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

Ownership recording - Page 4



Standard N Y B T F. Form 3002* 11-70 10M   Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

LR 767 PAGE 1840

THIS INDENTURE, made the 23rd day of FEBRUARY, nineteen hundred and eighty-four

BETWEEN KATHERINE BROWNE, residing at 3643 Holloway Plaza, Los
Angeles, California 90069

party of the first part, and  MARIANNE NESTOR and PEGGY NESTOR, having an
address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs
or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,
lying and being in the Borough of Manhattan, City, County and State of New
York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant
124 feet 6 inches Westerly from the corner formed by the inter-
section of the Northerly side of 63rd Street and the Westerly side
of Madison Avenue;

RUNNING THENCE Northerly parallel with Madison Avenue part of the
distance through a party wall 100 feet 5 inches to the center line
of the block; 

THENCE Westerly parallel with the Northerly side of 63rd Street
25 feet;

THENCE Southerly parallel with Madison Avenue part of the distance
through a party wall 100 feet 5 inches to the Northerly side of
63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to
the point or place of BEGINNING.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and
roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances
and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO
HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of
the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything
whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of
the first part will receive the consideration for this conveyance and will hold the right to receive such consid-
eration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply
the same first to the payment of the cost of the improvement before using any part of the total of the same for
any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above
written.

IN PRESENCE OF:

TAX MAP
DESIGNATION

Dist.

Sec.

Bl. 1378

Lot 12



Ownership recording – Page 1

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | | |
|---|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | | 2020093000776001002EAE3A |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 6 |
|---|---|---|
| Document ID: 2020093000776001 | Document Date: 09-29-2020 | Preparation Date: 10-07-2020 |
| Document Type: COURT ORDER | | |
| Document Page Count: 5 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| PEGGY NESTOR<br>15 EAST 63RD STREET<br>NEW YORK, NY 10065<br>917-558-1382<br>PEGGYNESTOR@AOL.COM | PEGGY NESTOR<br>15 EAST 63RD STREET<br>NEW YORK, NY 10065<br>917-558-1382<br>PEGGYNESTOR@AOL.COM |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |
| Property Type: APARTMENT BUILDING | | | | |

## CROSS REFERENCE DATA

CRFN _____ or DocumentID_____ or _____ Year_____ Reel_____ Page_____ or File Number_____

## PARTIES

| PARTY 1/GRANTOR: | PARTY 2/GRANTEE: |
|---|---|
| BRIAN CURRAN<br>15 EAST 63RD ST<br>NEW YORK, NY 10065 | PEGGY NESTOR |

## FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 62.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed        10-09-2020 13:47
City Register File No.(CRFN):
**2020000277989**

*Annette M. Hill*

*City Register Official Signature*

Ownership recording  - Page 2

No. 1140321

Certification

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County,

do hereby certify that on September 30, 2020 I have compared

the document attached hereto,

DECISION AND ORDER page(s) 5

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

*Milton Adair Tingling*

MILTON ADAIR TINGLING
NEW YORK COUNTY CLERK

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM
INDEX NO. 151042/2019
NYSCEF DOC. NO. 58
RECEIVED NYSCEF: 09/29/2020

## SUPREME COURT OF THE STATE OF NEW YORK
### NEW YORK COUNTY

| | | |
|---|---|---|
| PRESENT: | HON. VERNA L SAUNDERS | PART    IAS MOTION 36 |
| | *Justice* | |

------------------------------------------------------------X    INDEX NO.    151042/2019

BRIAN CURRAN    MOTION SEQ. NO.    002

                              Plaintiff,

- against -                                   **DECISION + ORDER ON
                                              MOTION**

PEGGY NESTOR,

                              Defendant.

------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 002) 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 54, 55, 56, 57

were read on this motion to/for    _____ DISMISSAL _____

Motion Sequence 002, a motion to dismiss plaintiff complaint and cancel the notice pendency recorded on January 30, 2019, is resolved pursuant to the So Ordered Stipulation annexed hereto.

This constitutes the Decision and Order of the Court.

_September 29, 2020_                                         HON. VERNA L SAUNDERS, J.S.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| CHECK ONE: | ☐ CASE DISPOSED | | ☒ NON-FINAL DISPOSITION | | | |
| | ☐ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER | | |
| APPLICATION: | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | | | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE | | |

151042/2019 CURRAN, BRIAN vs. NESTOR, PEGGY
Motion No. 002                                              Page 1 of 1

1 of 5

Ownership recording  -  Page 4

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM                  INDEX NO. 151042/2019
NYSCEF DOC. NO. 58                                              RECEIVED NYSCEF: 09/29/2020

At the IAS Part 36 of the Supreme Court
of the State of New York, held in and for the
County of New York at the Courthouse
thereof, 111 Centre St, New York, New
York on the 24 day of September, 2020

PRESENT: HONORABLE VERNA L. SAUNDERS, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X     Index No. 151042/2019
BRIAN CURRAN, PUBLIC ADMINISTRATOR OF
NASSAU COUNTY, AS ADMINISTRATOR CTA OF THE
ESTATE OF OLEG CASSINI, DECEASED

                                    Plaintiff,                  SO ORDERED STIPULATION

              - against -

PEGGY NESTOR,

                                    Defendant.
------------------------------------------------------------------X
MARIANNE NESTOR CASSINI and PEGGY NESTOR,

                                    Plaintiffs,                 Index No. 155755/2020

              - against -

BRIAN CURRAN, A PUBLIC ADMINISTRATOR
OF NASSAU COUNTY, AS ADMINSTRATOR
CTA OF THE ESTATE OF OLEG CASSINI,
DECEASED,

                                    Defendant.

------------------------------------------------------------------X

   IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the

parties, each appearing through counsel, that these actions which involve real property known as

and located at 15 East 63rd Street, New York, New York 10065 (Block 1378, Lot 12) ("Subject

Premises") be settled and resolved upon following recitals:

                                                                            1

2 of 5

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM

INDEX NO. 151042/2019

NYSCEF DOC. NO. 58

RECEIVED NYSCEF: 09/29/2020

1. The Subject Premises were acquired by Defendant PEGGY NESTOR and Marianne Nestor by Deed dated February 23, 1984 and recorded with the City Register on February 27, 1984 ("1984 Deed");

2. A Judgment against Marianne Nestor (also known as Marianne Nestor Cassini) in the amount of $50,939,988.48 was issued by the Surrogate's Court of Nassau County on or about January 3, 2018 ("Judgment"));

   a. A Transcript of Judgment was recorded and filed in the Office of the County Clerk, County of New York on or about January 5, 2018 which was subsequently amended;

3. Upon an auction by the Sheriff of the Subject Premises held on September 12, 2018, JEFFREY DeLUCA, PUBLIC ADMINISTRATOR OF NASSAU COUNTY, AS ADMINSTRATOR CTA OF THE ESTATE OF OLEG CASSINI, was the successful bidder and purchased Marianne Nestor Cassini's undivided 50% interest in the Subject Premises.

4. A Sheriff's Deed dated November 13, 2018 conveying Marianne Nestor Cassini's undivided 50% interest in the Subject Premises to Jeffrey DeLuca, as Public Administrator of Nassau County, as Administrator C.T.A. of the estate of Oleg Cassini, Deceased was recorded with the City Register of the City of New York on November 29, 2018 (CRFN 201800039488);

5. The Judgment thereafter was rendered voidable by Opinion and Order of the Supreme Court of the State of New York, Appellate Division, Second Department, dated February 13, 2020 (Matter of Cassini, Deceased) (D62044), which found the lower court should have granted an adjournment of the accounting trial in the interim accounting proceeding, which trial gave rise to the $50,939,988.48 monetary

2

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM
NYSCEF DOC. NO. 58

INDEX NO. 151042/2019
RECEIVED NYSCEF: 09/29/2020

judgment as against Marianne Nestor Cassini; and remitted the matter to the

Surrogate's Court, Nassau County, for a new trial to be conducted expeditiously, and

**WHEREFORE**, in light of the Appellate Division, Second Department's Opinion and

Order (¶5, supra), the Sheriff's Deed (¶4, supra) was rendered voidable;

**WHEREFORE**, rather than engage in protracted litigation regarding the claims and

counterclaims in the above-referenced actions, the parties hereto have decided to request the

Court order the following:

**ORDERED**, that the pending motion to dismiss (Motion Seq.2) by defendant Peggy

Nestor in the case with index number 151042/2019, is hereby withdrawn; and it is further

**ORDERED**, that the Sheriff's Deed dated November 13, 2018 and recorded with the

City Register of the City of New York on November 29, 2018 (CRFN 201800039488) be

vacated as of the date of this Order, and it is further

**ORDERED**, that title to the Subject Premises be restored as held by and through the

1984 Deed (¶1, supra); and it is further

**ORDERED**, that no party hereto is required to pay any monies to any other party herein

as monetary damages in either action, including but not limited to attorney's fees, costs and

disbursements, and the attorneys for the parties shall sign Stipulations of discontinuance, with

prejudice, of the above actions simultaneously with the instant stipulation; and it is further

**ORDERED** that the City Register of the City of New York is directed to cancel and set

aside the Sheriff's Deed dated November 13, 2018 and recorded with the City Register of the

City of New York on November 29, 2018 (CRFN 201800039488) for the Subject Premises

known as and located at 15 East 63rd Street, New York, New York 10065 (Block 1378; Lot 12);

and it is further

3

4 of 5

FILED: NEW YORK COUNTY CLERK 09/30/2020 09:22 AM          INDEX NO. 151042/2019
NYSCEF DOC. NO. 58                                        RECEIVED NYSCEF: 09/29/2020

ORDERED that the City Register of the City of New York is to record this "So Ordered

Stipulation" against the foregoing property FORTHWITH.

Mahon, Mahon, Kerins & O'Brien, LLC
Attorneys for Brian Curran, Public
Administrator of Nassau County, as
Administrator, CTA of the Estate of Oleg
Cassini, Deceased
254 Nassau Boulevard S
Garden City South, NY 11530
(516) 538-1111
mbrien@mahonlaw.com

Jason J.
Rebhun, Esq.
Law Offices of Jason J. Rebhun, P.C.
Attorneys for
Marianne Nestor Cassini and
Peggy Nestor
225 Broadway, 38th Floor
New York, NY 10007
(646)201-9392
Jason@jasonrebhun.com

This constitutes the Order of the Court.

ENTER:

SO ORDERED

HON. VERNA L. SAUNDERS, J.S.C.

4

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Main File No. 0759542

File No.   0759542

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

**Other Appraiser-Defined Abbreviations (continued)**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE2A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



### Comparable 1

**19 E 70th St**

| | |
|---|---|
| Prox. To Subject | 0.35 Miles Ne |
| Sale Price | 50,250,000 |
| Borrower/Client | 14,298 |
| Lender | 28 |
| Total Bedrooms | 0 |
| Total Bathrooms | 0.9 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 3012 Sf |
| Quality | Q2 |
| Age | 107 |



### Comparable 2

**113-115 E 70th St**

| | |
|---|---|
| Prox. To Subject | 0.38 Miles Ne |
| Sale Price | 51,000,000 |
| Gross Living Area | 13,248 |
| Total Rooms | 14 |
| Total Bedrooms | 7 |
| Total Bathrooms | 7.5 |
| Location | N;Lex-Park; |
| View | N;Res; |
| Site | 3030 Sf |
| Quality | Q2 |
| Age | 106 |



### Comparable 3

**41 E 70th St**

| | |
|---|---|
| Prox. To Subject | 0.35 Miles Ne |
| Sale Price | 33,000,000 |
| Gross Living Area | 11,256 |
| Total Rooms | 27 |
| Total Bedrooms | 0 |
| Total Bathrooms | 1.6 |
| Location | B;Mad-Park; |
| View | N;Res; |
| Site | 2812 Sf |
| Quality | Q4 |
| Age | 88 |

Form PICPIX.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

(Main File No. 0759542)

## Comparable Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



### Comparable 4

| | |
|---|---|
| 57 E 64th St | |
| Prox. To Subject | 0.11 Miles E |
| Sales Price | 28,000,000 |
| Borrower/Client | 11,854 |
| Lender | 16 |
| Total Bedrooms | 8 |
| Total Bathrooms | 1.5 |
| Location | B;Mad-Park; |
| View | N;Res; |
| Site | 2510 Sf |
| Quality | Q4 |
| Age | 111 |



### Comparable 5

| | |
|---|---|
| 16 E 69th St | |
| Prox. To Subject | 0.28 Miles Ne |
| Sales Price | 55,000,000 |
| Gross Living Area | 12,111 |
| Total Rooms | 16 |
| Total Bedrooms | 7 |
| Total Bathrooms | 8.3 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 3314 Sf |
| Quality | Q3 |
| Age | 135 |



### Comparable 6

| | |
|---|---|
| 8 E 62nd St | |
| Prox. To Subject | 0.07 Miles Sw |
| Sales Price | 84,500,000 |
| Gross Living Area | 12,347 |
| Total Rooms | 17 |
| Total Bedrooms | 6 |
| Total Bathrooms | 6.6 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2500 Sf |
| Quality | Q2 |
| Age | 113 |

Main File No. 0759542

## Subject Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Subject Front**

15 E 63rd St
Sales Price
G.L.A.          11,847
Tot. Rooms    24
Tot. Bedrms.   10
Tot. Bathrms.  10.0
Location       B;5thmad;Adjp
View           N;Outdr Prt Cp
Site           2511 Sf
Quality        Q2
Age            115



**Subject Street**

Main File No. 0759542

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri |



**Sixth Floor Terrace**

15 E 63rd St
| | |
|---|---|
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;Sthmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Sixth Floor Terrace**



**Sixth Floor Staircase Landing**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Sixth Floor Kitchenette**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Sixth Floor Bedroom**



**Sixth Floor Bath**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Sixth Floor Atrium Balcony**

15 E 63rd St
Sales Price
Gross Living Area    11,847
Total Rooms    24
Total Bedrooms    10
Total Bathrooms    10.0
Location    B;5thmad;Adjprk
View    N;Outdr Prt Cp View;
Site    2511 Sf
Quality    Q2
Age    115



**Staircase Skylight**



**Staircase**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Sixth Floor Terrace**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;Sthmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Roof Terrace View**
Partial Central Park



**Fifth Floor Family Room**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | | |



**Fifth Floor Bath**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Fifth Floor Bedroom**



**Fifth Floor Bedroom**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**5-6 Floors/Atrium**

15 E 63rd St
Sales Price
Gross Living Area   11,847
Total Rooms   24
Total Bedrooms   10
Total Bathrooms   10.0
Location   B;5thmad;Adjprk
View   N;Outdr Prt Cp View;
Site   2511 Sf
Quality   Q2
Age   115



**Fifth Floor Laundry**



**Fifth Floor Bath**

Main File No. 0759542

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York |
| County | New York |
| State | NY |
| Zip Code | 10065 |
| Lender | Michael Alfieri |



**Fifth Floor Kitchen**

15 E 63rd St
Sales Price
Gross Living Area     11,847
Total Rooms          24
Total Bedrooms       10
Total Bathrooms      10.0
Location             B;5thmad;Adjprk
View                 N;Outdr Prt Cp View;
Site                 2511 Sf
Quality              Q2
Age                  115



**Fifth Floor Family Room**



**Fourth Floor Bath**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Fourth Floor Bedroom**

15 E 63rd St
Sales Price
Gross Living Area       11,847
Total Rooms             24
Total Bedrooms          10
Total Bathrooms         10.0
Location                B;5thmad;Adjprk
View                    N;Outdr Prt Cp View;
Site                    2511 Sf
Quality                 Q2
Age                     115



**Fourth Floor Laundry**



**Fourth Floor Hallway**

Main File No. 0759542

### Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York |
| Lender | Michael Alfieri |

| | | | | | |
|---|---|---|---|---|---|
| City | New York | County New York | State NY | Zip Code 10065 | |



**Fourth Floor/Bedroom**

**15 E 63rd St**
Sales Price
Gross Living Area    11,847
Total Rooms    24
Total Bedrooms    10
Total Bathrooms    10.0
Location    B;5thmad;Adjprk
View    N;Outdr Prt Cp View;
Site    2511 Sf
Quality    Q2
Age    115



**Fourth Floor/Office**



**Fourth Floor/Kitchen**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

### Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



**Third Floor Bath**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;Sthmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Third Floor Kitchen**



**Third Floor Den**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Fourth Floor Den**

15 E 63rd St
Sales Price
Gross Living Area     11,847
Total Rooms          24
Total Bedrooms       10
Total Bathrooms      10.0
Location             B;5thmad;Adjprk
View                 N;Outdr Prt Cp View;
Site                 2511 Sf
Quality              Q2
Age                  115



**Fourth Floor Play Room**



**Fourth Floor Bath**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Fourth Floor Den**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Third Floor Laundry**



**Third Floor Kitchen**

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 | |
| Lender | Michael Alfieri | | | | | |



**Third Floor Den**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Third Floor Bedroom**



**Third Floor Bathroom**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County | New York | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Third Floor Kitchenette**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Third Floor Hallway**



**Third Floor Bedroom**

## Subject Interior Photo Page

Main File No. 0759542

| | |
|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy |
| Property Address | 15 E 63rd St |
| City | New York |
| County | New York |
| State | NY |
| Zip Code | 10065 |
| Lender | Michael Alfieri |



**Second Floor Gallery**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Second Floor Kitchenette**



**Second Floor Gallery**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



**Second Floor Staircase Balcony**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Second Floor Gallery**



**Second Floor Library Ceiling**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Second Floor Library**

15 E 63rd St
Sales Price
Gross Living Area      11,847
Total Rooms            24
Total Bedrooms         10
Total Bathrooms        10.0
Location               B;5thmad;Adjprk
View                   N;Outdr Prt Cp View;
Site                   2511 Sf
Quality                Q2
Age                    115



**First Floor Foyer**



**First Floor Foyer**

**Subject Interior Photo Page**

Main File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



**Cellar Living Area**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;Sthrnad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Cellar Living Foyer**



**Cellar Living Area**

Main File No. 0759542

## Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | | |



**Cellar Kitchen**

15 E 63rd St
Sales Price
Gross Living Area    11,847
Total Rooms    24
Total Bedrooms    10
Total Bathrooms    10.0
Location    B;5thmad;Adjprk
View    N;Outdr Prt Cp View;
Site    2511 Sf
Quality    Q2
Age    115



**Cellar Living Area**



**Cellar Bathroom**

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code  10065 |
| Lender | Michael Alfieri | | | | | |



**Cellar Dining Room**

| | |
|---|---|
| 15 E 63rd St | |
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;5thmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



**Cellar Office**



**Cellar Dry Bar**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | |
|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | |
| City | New York | County New York | | State NY | Zip Code 10065 |
| Lender | Michael Alfieri | | | | |



### Cellar Bath

| 15 E 63rd St | |
|---|---|
| Sales Price | |
| Gross Living Area | 11,847 |
| Total Rooms | 24 |
| Total Bedrooms | 10 |
| Total Bathrooms | 10.0 |
| Location | B;Sthmad;Adjprk |
| View | N;Outdr Prt Cp View; |
| Site | 2511 Sf |
| Quality | Q2 |
| Age | 115 |



### Cellar Solarium



### Cellar Solarium

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



**Sub Cellar Utilities**

15 E 63rd St
Sales Price
Gross Living Area    11,847
Total Rooms          24
Total Bedrooms       10
Total Bathrooms      10.0
Location             B;5thmad;Adjprk
View                 N;Outdr Prt Cp View;
Site                 2511 Sf
Quality              Q2
Age                  115



**Sub Cellar Wet Bar**



**Sub Cellar 0.1 Bath**

Form PICPIX.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

## Subject Interior Photo Page

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



**Sub Cellar Recreation Room**

15 E 63rd St
Sales Price
Gross Living Area    11,847
Total Rooms    24
Total Bedrooms    10
Total Bathrooms    10.0
Location    B;5thmad;Adjprk
View    N;Outdr Prt Cp View;
Site    2511 Sf
Quality    Q2
Age    115



**Sub Cellar Recreation Room**

## Active Dob Violation

NYC Department of Buildings
### ECB Violation Details

**Premises: 15 EAST 63 STREET MANHATTAN**

**Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065**

**BIN: 1041020   Block: 1378   Lot: 12**

**Community Board: 108**

### ECB Violation Summary

**VIOLATION OPEN**

**ECB Violation Number: 34400724J**

Severity: NON-HAZARDOUS

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0 00

Hearing Status: IN VIOLATION

### Respondent Information

Name:              NESTOR MARIANNE

Mailing Address:   15 EAST 63 STREET , NEW YORK , NY 1002?

### Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 07/2?/2006 | Violation Type: | |
| Served Date: | 07/28/2006 | Inspection Unit: | MANHATTAN CONSTRUCTION |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BV1 | 26-122 | FAILURE TO COMPLY WITH ORDER BY THE DOB |

Specific Violation Condition(s) and Remedy:

FAIL TO COMPLY W/DOB OBTAIN PERMIT FOR CONSTRUCT OF STRUCTURE APPROX80'L X 20'W X 10 H W/COPPER SHEETING COVER 'BEAM STRUCTURE & FOR HV/ACUSE/POSSIBLE' ROOF OF PREMISE REMEDY COMPLY W/ORDER OF DEPT

Issuing Inspector ID:       1950

DOB Violation Number: 0721 05C208 AL02

Issued as Aggravated Level:  NO

### Dept. of Buildings Compliance History and Events

Certification Status:       NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) If the violations were cited in that it had decreased by ECB a violation to remain ACTIVE or based on DOB decision, do acceptable proof is submitted to the AEU even if you have void the penalty imposed by ECB

### ECB Hearing Information

Scheduled Hearing Date/Time: 01/10/2008 9 30

Hearing Status:       IN VIOLATION

### ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $1 500 00 | | |
| Adjustments: | $289 60 | Amount Paid: | $1 789 60 |
| Penalty Balance Due: | $0 00 | Court Docket Date: | 07/31/2006 |

Main File No. 0759542

## Active Dob Violation

NYC Department of Buildings

### ECB Violation Details

**Premises: 15 EAST 63 STREET MANHATTAN**

**BIN: 1041020   Block: 1378   Lot: 12**

**Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065**

**Community Board: 108**

### ECB Violation Summary

**VIOLATION OPEN**

**ECB Violation Number:  34477273P**

Severity: NON-HAZARDOUS

Penalty Balance Due: $0.00

Certification Status: NO COMPLIANCE RECORDED

Hearing Status: WRITTEN OFF

### Respondent Information

Name:  MARIANNE AND PEGGY NESTO

Mailing Address:  15 EAST 63 STREET, NY , NY 10021

### Violation Details

| Violation Date: | 06/08/2005 | Violation Type: | ZONING |
| Served Date: | 06/30/2005 | Inspection Unit: | MANHATTAN CONSTRUCTION |

| Infraction Codes | Section of Law | Standard Description |
| --- | --- | --- |
| B61 | B61 - NO DESC | MISCELLANEOUS VIOLATIONS OF THE ZONING RESOLUTION |

Specific Violation Condition(s) and Remedy:

FAILURE TO COMPLY WITH HEIGHT REGULATIONS IN A R8B ZONING DISTRICT NOTE A LEGAL 75' MAXIMUM BUILDING HEIHGT HAS BEEN ILLEGALLY EXTENDED VERTICALLY TO AN APPROXIMATE HEIGHT OF 85' REMEDY;CONFORM WITH ZONING HEIG

Issuing Inspector ID:  1950

Issued as Aggravated Level:  NO

DOB Violation Number: 060805C0SAL05

### Dept. of Buildings Compliance History and Events

Certification Status:  NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or open on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information

Hearing Status:  WRITTEN OFF

### ECB Penalty Information

| Penalty Imposed: | $480.00 | | |
| Adjustments: | $-480.00 | Amount Paid: | $0.00 |
| Penalty Balance Due: | $0.00 | Court Docket Date: | 04/30/2007 |

Main File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | |
| City | New York | County | New York | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | |



NYC Department of Buildings

**ECB Violation Details**

Premises: 15 EAST 63 STREET MANHATTAN                 Filed At: 15 EAST 63 STREET, MANHATTAN, NY 10021

BIN: 1041020  Block: 1378  Lot: 12                                          Community Board: 108

**ECB Violation Summary**                                                         VIOLATION OPEN

**ECB Violation Number: 38069016R**

Severity: NON-HAZARDOUS                                Certification Status: CERTIFICATE DISAPPROVED
Penalty Balance Due: $0.00                                Hearing Status: IN VIOLATION

**Respondent Information**
Name:                    PEGGS AND MARY ANN NAS
Mailing Address:          15 EAST 63 STREET, NY, NY 10021

**Violation Details**
Violation Date:           01-07-1996           Violation Type:     ELEVATOR
Served Date:              01-07-1996           Inspection Unit:
Device Type:              ELEVATOR
Device Number:            1P21258

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BP7 | 27-987 | FAILURE TO MAINTAIN ELEVATOR |

Specific Violation Condition(s) and Remedy:
15E 05E 37F19A 75B 3\*D 03F, 15-REPAIR HATCH DOORS 05-REPAIR GATE 37-ADJ FLOOR STOPS 75-PERFORM 5 YEAR TEST
3\*-DOOR EXPOSED WIRING IN SHAFT 03-ELIMINATE RUBBING NOISE UNDER CAR

Issuing Inspector ID:     0825                     DOB Violation Number: 010798E5Y825A2
Issued as Aggravated Level: NO

**Dept. of Buildings Compliance History and Events**
Certification Status:       CERTIFICATE DISAPPROVED            Compliance On:
Certification Submission Date:        08/17/2011     Certification Disapproval Date: 09-17-2011

A certification of correction must be submitted to the Administrative Enforcement Unit (AEU) in order to close an elevator that is
in violation. ECB hearing status is non-ABL E for cases in OPEN violation and a separate proof of compliance to the AEU, even if
a hearing was found in violation at ECB.

**ECB Hearing Information**
Scheduled Hearing Date/Time:  05-16-1996 9:30          Hearing Status:     IN VIOLATION

**ECB Penalty Information**
Penalty Imposed:          $180.00
Adjustments:             $0.00                     Amount Paid:     $180.00
Penalty Balance Due:      $0.00

Form SGNLGH — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 0759542

| Borrower/Client | Nestor Marianne / Nestor Peggy | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15 E 63rd St | | | | | | |
| City | New York | County | New York | | State | NY | Zip Code | 10065 |
| Lender | Michael Alfieri | | | | | | |

NYC Department of Buildings

**ECB Violation Details**

Premises: 15 EAST 63 STREET MANHATTAN     Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

BIN: 1041020   Block: 1378   Lot: 12     Community Board: 108

### ECB Violation Summary       VIOLATION OPEN

**ECB Violation Number: 34400725L**

Severity: NON-HAZARDOUS     Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0.00     Hearing Status: IN VIOLATION

### Respondent Information

Name:     NESTOR MARIANNE

Mailing Address:     15 EAST 63 STREET , NEW YORK , NY 10021

### Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 07/21/2006 | Violation Type: | ADMINISTRATIVE |
| Served Date: | 07/28/2006 | Inspection Unit: | MANHATTAN CONSTRUCTION |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| B1A | 26-124(B) | FILE A FALSE CERTIFICATE FORM AFFIDAVIT OR STATEMENT OF CORRECTION |

Specific Violation Condition(s) and Remedy:

FILE FALSE COFC A/DOB PURSUANT TO SECT 26-125.2. NOTE: RESPONDENT FILE COFC NOTE VIOL #34440995H 8/18/05. INSPECT ON 5/17/06 FOUND CONDCITE IN NOV. #34400724J STILL EXIST

Issuing Inspector ID:   1350     DOB Violation Number: 072106A09AL01

Issued as Aggravated Level: NO

### Dept. of Buildings Compliance History and Events

Certification Status:    NO COMPLIANCE RECORDED      Compliance On:

A Certificate of Correction must be submitted to the administrative Enforcement Unit (AEU) for all violations. If proof of correction is submitted, AEU will continue the hearing to a 2nd hearing. The DOB hearing unit will process the proof submitted to the AEU at this 2nd hearing. If the proof is improper, the ECB

### ECB Hearing Information

Scheduled Hearing Date/Time: 07/10/2006 9:30     Hearing Status:   IN VIOLATION

### ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $2,500.00 | | |
| Adjustments: | $492.67 | Amount Paid: | $2,992.67 |
| Penalty Balance Due: | $0.00 | Court Docket Date: | 07/31/2009 |