From: DOLLY VARDEN <dolly156365@gmail.com>

Date: February 16, 2026 at 6:42:12 PM EST

To: Martha Martir <mmartir@teamtogut.com>

FILED
U.S. BANKRUPTCY COURT
2026 FEB 17 P 2: 31
S.D.N.Y.

February 16, 2025

Martha Martir
Togut Segal & Segal
One Penn Plaza
New York, New York
10119

Martha

Re reading for water meter February 11, 2026. The person to read the meter & I were both there but your group was a no show. I need to set another appointment. Please give some times & dates. You do not have to be there - send someone else.

There was a lot of water pouring thru apartment 4B on February 5 & it looks like Jonathan was working on the toilet that backs into the elevator shaft.

The elevator is apparently not working. Kindly advise what happened on February 5th re the water.

Additionally, to whom have keys been given. A lot of damage has been done to my property, and it is very upsetting.

Need to make appointment with my appraiser - Please give available dates. You do not need to be there.

Awaiting your advice.

*Marianne*

Marianne Nestor
Registered building manager
co-owner 15 East 63rd Street