Sale Hearing Date: February 25, 2026 at 11:00 a.m. (Prevailing Eastern Time)
Sale Objection Deadline: February 23, 2026 at 4:00 p.m. (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Martha E. Martir

*Attorneys for Albert Togut,*
*Not Individually But Solely in*
*His Capacity as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
|                                |   :   |                              |
|--------------------------------|-------|------------------------------|
| In re:                         |   :   | Chapter 11                   |
|                                |   :   |                              |
| PEGGY NESTOR,                  |   :   | Case No. 23-10627 (MEW)      |
|                                |   :   |                              |
|                       Debtor.  |   :   |                              |
|                                |   :   |                              |
----------------------------------------------------------------x

### NOTICE OF (I) CANCELLATION OF AUCTION AND (II) DESIGNATION OF (A) THE STALKING HORSE BID AS THE SUCCESSFUL BID AND (B) THE BACK-UP BID AS THE NEXT HIGHEST BID

**PLEASE TAKE NOTICE** that, on January 27, 2026 the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving (A) Modifications to Sale Procedures, (B) Designation of Stalking Horse Bidder and Approval of Stalking Horse Bid Protections (C) Scheduling Auction and Sale Hearing, and (D) Form and Manner of Notice of Sale, Auction, and Sale Hearing* [Docket No. 851] (the "Sale Procedures Order"),[1] which, among other things, approved modifications to the *Sale Procedures*, as amended [Docket Nos. 78-1, 261] (together, the "Sale Procedures") to govern the sale and auction by Albert Togut, not individually but solely in his capacity as Chapter 11 trustee (the "Trustee") of the estate of Peggy Nestor, of the real property located at 15 East 63rd Street, New York, New York 10065 (the "Townhouse").

**PLEASE TAKE FURTHER NOTICE** that, on January 28, 2026, the Trustee filed and served the *Notice of Sale, Bidding Procedures, Auction and Sale Hearing* [Docket No. 852] (the "Sale Notice"), which provided important information regarding the sale process and the dates and deadlines set forth in the Sale Procedures Order and the Sale Procedures related thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, (i) the deadline for submitting a Qualified Bid was February 17, 2026 at 4:00 p.m.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Sale Procedures Order.

(prevailing Eastern Time) (the "Bid Deadline") and (ii) in the event that the Trustee received a Qualified Bid for the Townhouse in addition to the Stalking Horse Bid and the Back-Up Bid, an auction was scheduled to be held on February 19, 2026 at 10:00 a.m. (prevailing Eastern Time) (the "Auction").

**PLEASE TAKE FURTHER NOTICE** that, other than the Stalking Horse Bid and the Back-Up Bid, no other Qualified Bids were received prior to the Bid Deadline. Accordingly, pursuant to the Sale Procedures Order and the Sale Procedures (i) the Stalking Horse Bidder has been designated as the Successful Bidder and the Stalking Horse Agreement has been designated as the Successful Bid[2] and (ii) the Back-Up Bidder has been designated as the Next Highest Bidder and the Back-Up Agreement has been designated as the Next Highest Bid.[3] **THE AUCTION WILL NOT BE HELD AND IS HEREBY CANCELLED.**

**PLEASE TAKE FURTHER NOTICE** that a proposed order approving the sale of the Townhouse (the "Sale") contemplated in the Stalking Horse Bid is available at Exhibit E to the Sale Procedures Application (as defined herein).

### Important Dates and Deadlines

- **Sale Objection Deadline**. Objections to the Sale (a "Sale Objection"), including any objection to the sale of the Townhouse free and clear of all claims and interests pursuant to section 363(f) of the Bankruptcy Code, must be (i) filed in accordance with the Sale Procedures Order, (ii) filed with the Court, and (iii) served on the Objection Notice Parties (as defined in Sale Procedures Order) so as to be received on or before **February 23, 2026 at 4:00 p.m. (prevailing Eastern Time)**. All Sale Objections not otherwise resolved by the parties shall be heard at the Sale Hearing.

- **Sale Hearing**. A hearing to approve and authorize the Sale to the Successful Bidder will be held before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **February 25, 2026 at 11:00 a.m. (prevailing Eastern Time)** or such other date as determined by the Court.

- **Combined Hearing**. As set forth in the Sale Notice, the Trustee intends to proceed with the Sale pursuant to the *Amended Chapter 11 Trustee's Plan* [Docket No. 870] (as may be amended, modified, and/or supplemented from time to time, the "Plan") and intends to seek approval of the *Disclosure Statement for the Amended Chapter 11 Trustee's Plan* [Docket No. 872] on a final basis and

---

[2] The Stalking Horse Bid is documented in the Stalking Horse Agreement, attached as **Exhibit A** to the *Trustee's Application for: (I) an Order Scheduling Bid Procedures Hearing; (II) an Order Approving (A) Modifications to Sale Procedures, (B) Designation of Stalking Horse Bidder and Approval of Stalking Horse Bid Protections, (C) Scheduling Auction and Sale Hearing, and (D) Form and Manner of Notice of Sale, Auction, and Sale Hearing; and (III) for an Order (A) Approving the Sale of Townhouse Pursuant to Bankruptcy Section 363(h) Order and Bankruptcy Code Section 363(f) and (B) Payment of Broker Commission from Sale Proceeds* [Docket No. 823] (the "Sale Procedures Application").

[3] The Back-Up Bid is documented in the Back-Up Agreement, attached as **Exhibit B** to the Sale Procedures Application.

confirmation of the Plan at a hearing scheduled for **March 11, 2026 at 2:00 p.m. (prevailing Eastern Time)**.

## Additional Information

Copies of the Sale Procedures Order and the Sale Procedures, as well as all related exhibits, the Successful Bid, the Next Highest Bid, and all other agreements filed with the Court, may be obtained on PACER or by emailing Martha E. Martir, Esq. at mmartir@teamtogut.com.

## Reservation of Rights

In accordance with the Sale Procedures Order, the Trustee reserves the right to, in his reasonable business judgment, in a manner consistent with his fiduciary duties and applicable law, adjourn or continue the Sale Hearing, in consultation with the Successful Bidder, to a later date.

Dated: New York, New York
February 18, 2026

ALBERT TOGUT, not individually but solely in his capacity as Chapter 11 Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Brian F. Moore*
BRIAN F. MOORE
MARTHA E. MARTIR
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000