Retrieval Deadline: March 2, 2026

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Martha E. Martir

*Attorneys for Albert Togut,*
*Not Individually But Solely in*
*His Capacity as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
In re:                                                              :   Chapter 11
                                                                    :
PEGGY NESTOR,                                                       :   Case No. 23-10627 (MEW)
                                                                    :
                    Debtor.                                         :
                                                                    :
------------------------------------------------------------------- x
ALBERT TOGUT, Not Individually But Solely in                        :
His Capacity as Chapter 11 Trustee,                                 :
                                                                    :
                    Plaintiff,                                      :   Adv. Pro. No. 25-01037 (MEW)
                                                                    :
        v.                                                          :
                                                                    :
PEGGY NESTOR,                                                       :
MARIANNE NESTOR CASSINI,                                            :
BRENDA NESTOR and GEMEAUX LTD,                                      :
                                                                    :
                    Defendants.                                     :
------------------------------------------------------------------- x

**FOURTH AND FINAL NOTICE OF ABANDONMENT OF CERTAIN**
**PERSONAL PROPERTY LOCATED AT 15 EAST 63rd STREET,**
**NEW YORK CITY, TO BE RETRIEVED BY THE DEFENDANTS BY MARCH 2, 2026**

       **PLEASE TAKE NOTICE** that, on July 14, 2025, pursuant to the *Order Authorizing Abandonment of Personal Property in New York City Townhouse* [Docket No. 41] (the "Abandonment Order"),[1] Albert Togut, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate ("Estate") of Peggy Nestor (the "Debtor"), the debtor in the above-captioned Chapter 11 case, and the plaintiff in the above-captioned adversary proceeding, by his attorneys, Togut, Segal & Segal LLP (the "Togut Firm"), gave notice [Docket No. 53] to the above-captioned defendants (the

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Abandonment Order.

"Defendants") of the Trustee's abandonment of certain personal property located at 15 East 63rd Street, New York, New York 10065 (the "Townhouse").

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2025 and October 14, 2025, the Truste gave notice to the Defendants of the Trustee's abandonment of certain additional personal property located at the Townhouse [Docket Nos. 59, 85].

**PLEASE TAKE FURTHER NOTICE that, pursuant to the Abandonment Order, the Trustee hereby gives this <u>fourth and final notice</u> (this "Final Notice") to the Defendants of the Trustee's abandonment of all personal property located at the Townhouse** (collectively, the "Abandoned Personal Property").

**For the avoidance of doubt, the Abandoned Personal Property, includes, without limitation, all clothing, boxes, bathroom items, kitchen items (except for large appliances), and furniture and artwork, if any, that may have been damaged by the August 2, 2025 water leak at the Townhouse**.[2]

**PLEASE TAKE FURTHER NOTICE** that, for the avoidance of doubt, the following personal property (collectively, the "Remaining Personal Property") is **not** being abandoned pursuant to this Final Notice and **shall not** be removed from the Townhouse:

- all large appliances; and
- all Fixtures.[3]

**PLEASE TAKE FURTHER NOTICE** that the Defendants may enter the Townhouse solely to retrieve the Abandoned Personal Property. Any Defendant that seeks to retrieve any Abandoned Personal Property shall, no later than two (2) business days before the Retrieval Deadline (as defined below):

(i) coordinate a date and time with the Togut Firm to remove the Abandoned Personal Property prior to retrieval;

(ii) provide to the Togut Firm written proof of liability insurance by any moving company in favor of the Estate to the Trustee's satisfaction; and

(iii) pay any and all costs associated with the retrieval of the Abandoned Personal Property.[4]

---

[2] *See* Docket No. 97.

[3] For the purposes of this Final Notice, the term "Fixtures" is defined as all items listed in the *Judgment*, [Docket No. 65] at Exhibits A and B, which, for the avoidance of doubt, includes the items listed in 1984 closing binder for the Townhouse.

[4] Pursuant to Paragraph 3(d) of the Abandonment Order, the Trustee and the Estate shall not be liable for any coordination, costs or liabilities associated with the retrieval of the Abandoned Personal Property. Abandonment Order ¶ 3(d).

**PLEASE TAKE FURTHER NOTICE** that the Abandoned Personal Property shall be deemed abandoned to the Estate (and subject to disposition by the Trustee), unless the Abandoned Personal Property is retrieved and removed by the Defendants from the Townhouse on or before <u>March 2, 2026</u> (the "**<u>Retrieval Deadline</u>**"), pursuant to the procedures set forth in the Abandonment Order and this **Final Notice**.

**<u>PLEASE TAKE FURTHER NOTICE THAT THIS WILL BE THE DEFENDANTS' FINAL OPPORTUNITY TO RETRIEVE THE ABANDONED PERSONAL PROPERTY</u>**.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will arrange for security to be present at the Townhouse during the retrieval(s) of the Abandoned Personal Property and such costs shall be borne by Lynx Asset Services, LLC.

**PLEASE TAKE FURTHER NOTICE** that the Trustee reserves the right to withdraw and/or amend this Final Notice before the expiration of the Retrieval Deadline by filing a separate notice of withdrawal and/or amendment in his sole discretion.

DATED:  New York, New York
February 19, 2026

ALBERT TOGUT
Not Individually But Solely in His
Capacity as Chapter 11 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Martha E. Martir*
BRIAN F. MOORE
MARTHA E. MARTIR
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000