February 19, 2026                                                                                                                23-10627

Honorable Michael Wiles
United States Bankruptcy Court
New York Southern District
One Bowling Green
New York, New York
10004

Your Honor Judge Wiles

Thank you for your courtesies at today's telephone meeting, at 11:00am.

To recap, as you stated at the beginning of this misfiled case, I was an interested person only and not under the jurisdiction of Your Honor's Court or pen, which I hold to be true, and like Your Honor am not changing my mind.

Neil Berger, described as an Officer of the Court, filed a case on my behalf in Your Honor's Court, obviously without my permission, against himself and the Togut firm, which he has no legal right to do. This would be malpractice by an officer of the Court. The case number is Adv. Pro. No. 24-04021 (mew) Marianne Nestor v Neil Berger Togut Segal & Segal LLP. This information is contained in Docket no. 386, and may be produced again. My letter to Your Honor's court is dated October 15, 2024.

As all are aware, I am co-owner of
a property with my sister, Peggy Nestor, namely block 1378 lot 12 or 15 East 63rd Street, New York 10065, as well as registered building manager for our rent stabilized building since 1988.

The building is subject to the rules and code of Rent Stabilization. This information is set forth in a letter on the Docket no. 887 dated February 17, 2026 of 137 pages to Daniel Rudewicz Esq.

Some of the highlights being:

Notice has to be given re an eviction over 90 days in advance, persons over 62 years of age may not be evicted, etc. All have been breached by the Togut Firm. The same as his breaching the 4th amendment by breaking into my apartments without notice or warrant and removing personal property, July 11, 2024 with Vinay Argawal breaching the 4th amendment, and others, as well.

I appreciate your awarding the time for my art restorer to come to my building on Wednesday - February 25, 2026 to price the damage done by the Togut firm to my property. However, Martha Martir said that you are selling my property in the AM, at a meeting. of which I was not informed, nor was Peggy informed re this meeting or I would have requested Thursday February 27, and not Wednesday the 26th.

I do not choose to sell my rent stabilized residence - and a person over 62 may not be evicted as per the law, and as advised to all on today's call in meeting of February 19, 2026. The suit against the Togut Firm will be refiled by me in another venue, however I need to be back in my residence, as does my sister Peggy and the other residents of 15 East 63rd Street.

Apparently a number of things have been incorrectly done including the initial misfiling done by Anne Penachio, of a business loan with Lynx Asset services, as a personal 'voluntary' bankruptcy. Peggy was not insolvent and the money was there to pay off the Lynx loan to Gemeaux Ltd. Gemeaux Ltd. is not an LLC, as incorrectly stated in the Togut papers, but a company formed in 1973.

The rules of 363(h) have not been followed, by the Togut firm, I was not advised of the bids, and am allowed to counter bid . As I am a 50% owner pursuant to the only filed deed and per NY law, I have the opportunity to buy Peggy Nestor's 50% as the other half and the $20million of personalty in our building already belong to me. Your Honor's orders re personalty and other orders are on appeal in the District Court, in Foley Sq. , as you advised me to do.

It was stated that a law firm was buying our rent stabilized building, which we have owned for over 40 years,and from which we have been incorrectly locked out for 22 months, without notice, by Albert Togut & Neil Berger, breaching the rent stabilization laws and code of New York, causing treble damages RPAPL 853. The rent stabilized building is personally owned and is not an LLC .

Additionally, we are making an appointment to meet with Daniel Rudewicz to go over the offsets for any claims, as apparently Anne Penachio did not do so.

As an example, Wenig Saltiel, a landlord/tenant firm were not Peggy's lawyers or attorneys.
As regards Peggy, they were used solely with regard to a rent stabilized tenant that we had for decades in the Lobby apartment, it was under renovation when we did the walk thru on June 5, 2025. The tenant paid no rent and refused to move, he left on his own accord 1/09/2018. Peggy's attorney was Loeb & Loeb who were paid over $600k by Peggy re the   Nassau County case. To quote Anne -" a feast for lawyers".

Any legal fees owed or not owed by me, may be handled in another Court, or settled. I wrote Meryl Wenig, and  called to which there was no response.The Wenig firm, who wrote one letter, was changed to another lawyer who was successful, and returned my 50% ownership September 2020.
There is nothing due to the IRS or NY State - a CPA is handling this for Peggy.

The original deed of 1984 was returned by Supreme Court Judge Verna Saunders and is/was the only deed on file. A certified copy of deed was put into the Court records on February 17, 2026 and should be on the docket .

February 17, I met Mr. Rudewicz at the Court,  in the lobby, and he agreed to meet next week to go over any and all claims with Peggy and the undersigned. I am reaching out for timing, with him.

Peggy made a motion to have this misfiled  case dismissed because it was incorrectly or misfiled which will be resubmitted to Your Honor, as it is to quote Your Honor, a "mess".

Therefore, I will attend the meeting in the AM of February 26, and would request February 27, Thursday in the morning 10:30am  to review damages caused by the Togut Firm.

Additionally, I need Your Honor to advise the Togut people, that I  will not sit outside while the Togut representative inside denigrates me, to an appraiser hired by me.
To repeat I am not in bankruptcy, nor under Your Honor's jurisdiction, and have certain rights as a citizen.

We, the owners, were not advised of either of the two deluges of water affecting our property under the care of the Togut firm but found out by accident. The property has been badly damaged by Mr. Togut and his team. The place is filthy, many items appear to be missing, and much damage happened under the watch of the Togut team. As a co-owner and registered business manager I should be advised, as should Peggy . Jonathan Cohen states that Mr. Togut owns the building -as per Judge Wiles, this would be grand theft.

Damages also include several paintings damaged with holes, and the portrait of Count Arthur Cassini - the last Russian Ambassador of the Czar of Russia to the United States under President Theodore Roosevelt (Oleg's grandfather ) with a broken frame sitting in the lobby on the floor under the ivy. Other items appear missing or broken.

There have been two deluges of water on the watch of the Togut Firm, with Jonathan Cohen (paralegal) attending both times one deluge discovered Saturday August 2, 2025 at approximately 2:00 pm with water pouring thru the chandelier and another deluge February 5, 2026 at approximately 2:00 pm on the 4th floor in my apartment 4B. Additionally, the 4B toilet which wall directly abuts the elevator shaft appeared to have something wrapped around the pipe in the back, as if that were the previous leak. The deluge of water was coming thru on the 4th floor February 5 - most likely damaged the contents of boxes filled by the Togut Firm without note of the contents by Zenith Moving (name on boxes).
Accordingly the boxes will need to be opened to calculate the damage done by this new deluge of water under the watch and care of Togut, and damages calculated and charged back to Togut. As the building has been basically empty of residents, the insurance   company will likely not pay the damages, including the new ones.
This may be paid from the malpractice insurance of the Togut Firm.  We have received no updates from the adjuster hired by Togut.

Additionally, the elevator, where we spent much money with Approved elevator and the Northeast Elevator person, no longer works. Most likely the motor will have to be removed and rewound. The elevator repairs are part of the Jonathan Semper case that Your Honor has moved to April 10. Counterclaims will need to be put into the Court records.

Access will be needed for the estimated damages and cost to the elevator. A deposition of Jonathan Cohen, and discovery will be requested, re the damages.

The insurance policy that I took, will most likely not be renewed  because of Togut, and the water events. I was advised that the claim made by the Togut Firm was in the range of $5million for the 8/02/2025 claim.

We have  had no claims for more than ten years, until the arrival of  Togut, which has been an unmitigated disaster from the beginning with NeilBerger and his team Togut group.

As all are aware Mr. Togut sued
us March 2025, and he was featured in an article in Law 360 written by Hillary Russ in which he stated that he was slashing the price by $16million and " liquidating " the assets. This is case no 25-01037 (mew).

Discovery is required here and depositions need to be taken of Albert Togut, Neil Berger, Anne Penachio. Both Albert Togut and Anne Penacjio are extensively quoted in the article. Attached Exhibit One. Also is the reference by Mr. Togut to 363(h) .

The declaration attributed to Peggy was from Docket No. Two composed by Anne Penachio and in the Court records as docket 597. The declaration was written by Anne Penachio with the last page dated April 24, 2023 and the first page dated with the case number 23-10627 April 25, 2023 (mew) . The signature of Peggy was a dropped in one - most likely by her partner, an expert with computers .

Peggy was not, nor ever was insolvent. She will refile the exit papers.

This letter is a confirmation of events and my understanding of the aforementioned meeting.

Requests being made for the following :

Discovery

1. Depositions of :
Albert Togut
Neil Berger
Anne Penachio
Jonathan Cohen
Dates to be set by the Court
March 15

2. Document Discovery
All client files of Anne Penachio
Re this case returned to Peggy Nestor


Respectfully submitted

*[signature]*

Marianne Nestor
Register Building Manager
Co-owner
153 63rd street
New York, New York 10065

# Exhibit 1

LAW360 | Bankruptcy Authority

Portfolio Media. Inc. | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

On Monday, Chapter 11 trustee Albert Togut sued Peggy, her two sisters and a jointly run company seeking a court order declaring that all of their personal property — including artwork, furniture, clothing, documents, electronics and fixtures — in the townhouse at 15 E 63rd St. belongs to Peggy's estate, which he is overseeing.

Togut needs to clear out the townhouse to get it ready for potential buyers, who might not want to take possession of it with personal belongings inside, according to the complaint.

**A Gem in a Tangle**

After Sotheby's contract to sell the building expired, Togut enlisted Brown Harris Stevens agent Sami Hassoumi, whose other listings include the $55 million townhouse belonging to investor Ron Perelman just a block away from the Nestor house.

According to the current $39.5 million listing, the walls inside Peggy's grand Gilded Age building designed by architect John H. Duncan are adorned with intricate wood paneling, marble and original period moldings throughout six above-ground floors and two below-grade levels.

The occupants of the townhouse, which has been split into several apartments, were locked out of the building at some point late last year. Marianne's niece, who lived there with her twin sister, described her "overwhelming humiliation" when she was blocked from retrieving antique decorative items that were gifts from relatives, paintings, sentimental objects, bedsheets and all but one bedside photo of her mother, according to a document Marianne Nestor filed in late February.

Togut contends in his most recent complaint that Marianne has not provided any proof she owns personal property in the home, failed to respond to a subpoena in May and has twice been held in contempt of the bankruptcy court.

The sisters are also time-barred from asserting any interests in the personal property, even if they had provided proof of ownership, according to the complaint.

Marianne — who has filed pro se a barrage of letters, objections, appeals and other documents in her sister's bankruptcy case — was jailed in 2018 for about six months and again in early 2019 for failing to comply with court orders to turn over documents and other information in the estate battle, according to documents in that case.

"This should have been a very straightforward case. Once Peggy was unable to find new financing, leaving as her other stated goal selling the property, there should have been cooperation with the broker," Togut said. "What made it a complicated case are all these objections that have been filed mostly by Marianne. It has driven up the cost of administering the case and it has slowed down the whole process."

Peggy's attorney, Anne Penachio of Penachio Malara LLP, asked last year to be removed as counsel; a hearing is set for May 1. At first cooperative, her client is "no longer directly responding to counsel's communications and is not cooperating with the trustee," Penachio wrote in her application to withdraw.

"I deferred the motion to enable Ms. Nestor to obtain substitute counsel. If she can't, I'm willing to stay on until such time as she's able to do so," Penachio told Law360 by phone. "It's been a very challenging case, and especially for an individual case."

"I wish her the best," Penachio added. "I hope that her goals in the case are met and that things work out for her."

Peggy Nestor is represented by Anne Penachio of Penachio Malara LLP.

Chapter 11 Trustee Albert Togut is represented by Neil Berger, Jared C. Borriello, Martha E. Martir and John C. Gallego of Togut Segal & Segal LLP.

The case is In re: Peggy Nestor, case number 23-10627, in the U.S. Bankruptcy Court for the Southern District of New York.

--Editing by Alex Hubbard.