```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :
In re:                                        :     Chapter 11
                                              :
PEGGY NESTOR,                                 :     Case No. 23-10627 (MEW)
                                              :
                          Debtor.             :
                                              :
-------------------------------------------------------------x
```

**SUPPLEMENTAL DECLARATION OF SAMI HASSOUMI IN SUPPORT
OF TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER
APPROVING SALE OF TOWNHOUSE PURSUANT TO
SECTION 363(h) ORDER AND BANKRUPTCY CODE SECTION 363(f)**

I, Sami Hassoumi, being duly sworn, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a licensed broker with Brown Harris Stevens Residential Sales, LLC ("BHS"). I have been a broker with BHS since 1996. Additional information regarding my background, experience, and expertise can be found in my prior declaration submitted in support of the Trustee's application [Docket No. 823] (the "Application")[1] for entry of an order authorizing the Trustee's sale of the real property located at 15 East 63rd Street, New York, NY 10065 (the "Townhouse").

2. I submit this supplemental declaration (the "Declaration") in further support of the Application.

3. BHS has been retained by the Trustee as its exclusive real estate broker to assist the Trustee in marketing and selling the Townhouse [Docket No. 516]. I am familiar with the marketing and sale process that is the subject of the Application.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Application.

4. Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

5. Since the January 22, 2026 hearing to approve the Modified Sale Procedures (the "Sale Procedures Hearing"), BHS and the Trustee have continued soliciting interest from potential buyers and providing information/diligence to those interested parties.

6. In the course of the marketing and sale process following the Sale Procedures Hearing (the "Overbid Process"), the only Qualified Bid received by the Trustee for the sale of the Townhouse was the Lynx Credit Bid from Lynx Asset Services, LLC. The value of the Lynx Credit Bid is substantially less than the cash consideration of the Stalking Horse Bid and the Back-Up Bid. As such, the Stalking Horse Bid from the Stalking Horse Bidder remains the highest and best bid for the Townhouse and the Back-Up Bid from the Back-Up Bidder remains the second highest and best bid for the Townhouse.

7. None of the potential bidders that BHS has had contact with has indicated that additional time or diligence was likely to improve their bid and/or cause a Qualifying Bid to be submitted.

8. Based on my extensive experience and given the robust marketing and sale process, I believe that the Stalking Horse Bid reflects the highest and best offer available in the market for the Townhouse at this time. My opinion remains unchanged notwithstanding the sale of a neighboring property located at 12 East 63rd Street for $56 million.[2] That property underwent a four-year, full-scale renovation led by

---

[2] This property was initially listed for $65 million. *See* https://streeteasy.com/sale/1382054?utm_campaign=sale_listing&utm_medium=app_share&utm_source=ios&utm_term=2925f8247dde4cf (last accessed Feb. 23, 2026).

2

internationally renowned architect Thierry Despont and sold in January 2022 following that extensive redevelopment.  By contrast, it appears that it has been a significant number of years since the Townhouse was last comprehensively renovated.  Based on estimates by the Stalking Horse Bidder's architect, achieving a comparable condition for the Townhouse would require substantial additional capital investment—upwards of $25 million—and three to four years to complete.

9.     When these material differences are properly considered, the proposed purchase price appropriately reflects the Townhouse's current condition and market value and supports the conclusion that the Stalking Horse Bid is the highest and best offer available.

I declare under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 24, 2026
New York, New York

                                                           */s/ Sami Hassoumi*
                                                          SAMI HASSOUMI