Peggy Nestor
15 East 63rd Street
New York New York
10065

FILED
U.S. BANKRUPTCY COURT
2026 JAN 12 P 4: 05
S.D.N.Y.

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States Bankruptcy Court
Southern District

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re :    Peggy Nestor

Case No.
23-10627
(Mew)

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Hon. Judge Michael Wiles
United States Bankruptcy Court
One Bowling Green
New York New York 10065

**Memorandum Endorsement**
This is an untimely motion for reconsideration as the matter was
already addressed in prior orders at ECF No. 356, from which her
prior appeal is pending at 24-cv-8404 (LJL), and ECF No. 648, from
which her prior appeal was recently dismissed at 25-cv-5833 (JMF).
**MEW 02/26/2026**

Your Honor Judge Wiles

I have had an important career in fashion, I am in the Guinness Book of world
records, having brokered the largest modeling contract in history for Margaux
Hemingway, and have been quite successful.

The incorrectly filed case by Anne Penachio with Your Honor's Court has greatly
impacted and damaged my reputation and ability to earn money and has made me
physically ill.  I am a US citizen, born in New York City, and am supposed to have
certain rights, many of which have been breached and violated.

I did not file a 'voluntary personal bankruptcy', as this would be an incorrect
statement.  I did not compose the docket no. 2 letter, and discovered it only when a
forensic attorney advised me of its existence, in 2025.  I have suffered
disparagement, denigration, false statements made about me, posted on the
internet, which have greatly damaged my health and ability to earn money.

1

To have a trustee, who does not take a meeting,  who is paid by putting leins on a property that I have owned with my sister for over 40 years, controlling my life is beyond the bounds of what I can bear, breaching the 8th amendment.

I was never insolvent, nor properly briefed or properly advised or represented by Ms. Penochio.

It appears to be a 'set up '. I want out of this mess, as previously advised, and need to recover my health.

Anne Penachio was disengaged by me on April 27, 2024, and disengaged, as well, by Your Honor, June 12, 2025 - yet on December 1, 2025 she is attempting to place all the Con Edison accounts in the property, owned by me and my sister since 1984,  in the name of Albert Togut, a strange mysterious person, whom I have never met, and who is attempting to control my life and the lives of my family.

This event has/is devastating to my health.  I and all residents have been illegally locked out of my jointly owned rent stabilized 7 unit apartment building, without notice, which is against the Fourth Amendment.

The only comment from Anne Penachio was a text at approximately 9:24 am on April 30, 2024 "Heard the Marshals were there".

These actions are contrary to rent stabilization, and which have been endured by all residents for over 20 months. The lockout is subject to RPAPL- treble damages, which are in the millions.

Please advise Anne Penachio that what she is doing is incorrect, and that she has nothing further to do with this incredibly misfiled business reorganization of Gemeaux Ltd. ,which had a business loan with Lynx Asset.

The refinance funding was there, or I would not have met Anne Penachio on Sunday, April 23, 2023.

I spent $991.  to ship documents to Mr. Togut by Federal Express, which was not even recognized by him, nor was there ever a meeting with him. I spoke with him one time, when he stated "get a lawyer and have him call me".

2

The only communication with Mr. Togut was when he told me to hire a male lawyer.

I want out of the mess created by Anne Penachio, and will deal with any purported creditors in other venues. I was not and never was insolvent and did not compose the letter in Docket No. 2.

Accordingly, for the sake of my health and well being, and that of my family, I am advising and requesting the removal from Your Honor's Court, and withdrawal of this incorrectly filed business reorganization.

The Togut Firm does not represent me or my interests. My rights as a citizen are being abused.

To quote author Suzanne Collin's:
"When you've been set up to lose everything you love, what is there left to fight for? "

Attached, is a draft order.

I thank Your Honor for your kind consideration.


Respectfully submitted,

Peggy Nestor
co-owner
15 East 63rd Street
New York New York
10065
Dated: January 12th 2026