**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
Telephone: (201) 931-6910
Ilana Volkov, Esq.
Email: ivolkov@mcgrailbensinger.com

*Counsel to Lynx Asset Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-10627-mew |
| Peggy Nestor, | Chapter 11 |
| Debtor. | |

**LYNX ASSET SERVICES, LLC'S JOINDER TO CHAPTER 11 TRUSTEE'S MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE AMENDED CHAPTER 11 TRUSTEE'S PLAN**

Lynx Asset Services, LLC ("Lynx"), by and through its undersigned counsel, files this joinder (the "Joinder") to the Chapter 11 Trustee's Memorandum of Law in Support of Confirmation of the Amended Chapter 11 Trustee's Plan [Docket No. 963] (the "Confirmation Brief"), and respectfully represents as follows:

1. Lynx joins in, and hereby incorporates by reference herein, the arguments made by the Chapter 11 Trustee in the Confirmation Brief regarding the appropriateness of the releases and exculpations granted to Lynx and the Lynx Related Parties under the Amended Chapter 11 Trustee's Plan (the "Plan"). Moreover, by this Joinder, Lynx incorporates by reference the prayers for relief in the Confirmation Brief and requests that the Court enter an order confirming the Plan (the "Confirmation Order").

**WHEREFORE**, Lynx respectfully requests that this Court enter the Confirmation Order and grant such other relief as the Court deems just and proper under the circumstances.

DATED: March 10, 2026
New York, New York

Respectfully submitted,

**MCGRAIL & BENSINGER LLP**

_____
Ilana Volkov, Esq.
888-C 8th Avenue #107
New York, New York 10019
Telephone: (201) 931-6910
ivolkov@mcgrailbensinger.com

*Counsel to Lynx Asset Services, LLC*