TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Martha E. Martir

*Attorneys for Albert Togut*
*Not Individually But Solely in His Capacity*
*as the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                         :

In re:                                    :        Chapter 11
                                         :

PEGGY NESTOR,                      :        Case No. 23-10627 (MEW)
                                         :

                      Debtor.        :
                                       :

------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK )

        HANNAH FAJARDO, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Bronx, New York.

        On March 9, 2026 and March 10, 2026, deponent served a copy of the *Amended Chapter 11 Trustee's Plan* [Docket No. 954], *Notice of Amended Chapter 11 Trustee's Plan* [Docket No. 959], *Chapter 11 Trustee's Memorandum of Law in Support of Confirmation of the Amended Chapter 11 Trustee's Plan* [Docket No. 963], and *Notice of Filing of Proposed Confirmation Order* [Docket No. 964], upon all parties set forth on the service list annexed hereto, by either depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York; or by electronic transmission as indicated

                                         */s/ Hannah Fajardo*
                                         HANNAH FAJARDO

Sworn to before me this
10th day of March, 2026


*/s/ Angel Rivera*
NOTARY PUBLIC

1

**SERVICE LIST:**

**Via E-mail on March 9, 2026**

Office of the United States Trustee
Southern District of New York
Attn: Daniel Rudewicz
daniel.rudewicz@usdoj.gov

Peggy Nestor
mari9012@aol.com
smartstyle65@yahoo.com
*Debtor*

Marianne Nestor
Mariannenestor1@gmail.com
dolly156365@gmail.com

Gemeaux Limited Ltd.
gemeauxltd@aol.com

Alec P. Ostrow, Esq.
Becker Glynn, Muffl, Chassin &
Hosinski LLP
aostrow@beckerglynn.com
*Counsel to Stalking Horse Bidder*

Romer Debbas LLP
Attn: Jonathan Helfer, Esq.
jhelfer@romerdebbas.com
*Counsel to Back-Up Bidder*

Wenig Saltiel LLP
Attn: Jeffrey L. Saltiel, Howard S.
Bonfield
jsaltiel@ltattorneys.com
hbonfield@ltattorneys.com

Lynx Asset Services, LLC
c/o McGrail & Bensinger LLP
Attn: Ilana Volkov, Esq.
ivolkov@mcgrailbensinger.com

The Greenspan Company/
Adjusters International
c/o Meltzer Lippe Goldstein &
Breitstone, LLP
Attn: Scott Steinberg, Esq.
ssteinberg@meltzerlippe.com

Emigrant Bank, as successor by merger
with Emigrant Savings Bank-Manhattan
c/o Terenzi and Confusione, P.C.
Attn: Cara M. Goldstein, Esq.
Ronald M. Terenzi, Esq.
cgoldstein@tcpclaw.com
rterenzi@tcpclaw.com

Rosalia Baiamonte, Esq., as the Court
Appointed receiver for OCI and CPL
c/o Westerman Ball Ederer Miller
Zucker & Sharfstein, LLP
Attn: Jeffrey A. Miller
jmiller@westermanllp.com

John J. Barnosky, Esq. and Alexander
Cassini as Executors of the Estate of
Christina Cassini and Successor
Administrators of the Estate of
Daria Cassini
c/o Farrell Fritz, P.C.
Attn: Patrick Collins, Esq.
pcollins@farrellfritz.com

Nassau County Public Administrator
kmahon@mmkolaw.com

Department of Treasury - Internal
Revenue Service
Maureen.L.Svetkovich@irs.gov

Bank of America, N.A.
card_bankruptcy_poc@bofa.com

Lee Nestor
c/o Clark Hill PLC
Attn: Steve Richman, Esq.
James T. Cameron, Esq.
Audrey Hornisher, Esq.
srichman@clarkhill.com
ahornisher@clarkhill.com
jcameron@clarkhill.com

Penachio Malara LLP
Attn: Anne J. Penachio, Esq.
anne@pmlawllp.com

Diserio Martin O'Connor &
Castiglioni LLP
Attn: Jonathan J. Kelson, Esq.
jkelson@dmoc.com

Scott S. Markowitz, Esq.
Tarter Krinsky & Drogin LLP
smarkowitz@tarterkrinsky.com
*Counsel to Michael Katz*

Prime Plus, LLC
c/o Knuckles, Komosinksi &
Manfro, LLP
Attn: Michael Lee, Esq.
ml@kkmllp.com

Consolidated Edison Company
of New York, Inc.
Attention: Christina J. Deleveaux, Esq.
4 Irving Place, 18th Floor
New York, NY 10003
deleveauxc@coned.com

Lewis Brisbois Bisgaard & Smith LLP
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Attn: Seth I. Weinstein, Esq.
seth.weinstein@lewisbrisbois.com
*Attorneys for Defendants Argonaut
Insurance Company and Brownstone
Agency, Inc.*

Kaufman Borgeest & Ryan LLP
875 Third Ave, 5th Floor
New York, NY 10022
Attn: Michael L. Gulotta, Esq.
mgulotta@kbrlaw.com
*Attorneys for Defendant, Hub International
Limited*

World Insurance Associates LLC
656 Shrewsbury Avenue
Tinton Falls, NJ 07701
Attn: Bill Redmond
wredmond@worldinsurance.com

**Via First Class Mail on March 10, 2026**

Marianne Nestor Cassini
PO Box 2278
Radio City Station, NY 10019

Peggy Nestor
Marianne Nestor Cassini
15 East 63rd Street
New York, NY 10065

Peggy Nestor
Marianne Nestor Cassini
21 Point Road
Norwalk, CT 06854