UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                                    :   Chapter 11
:
PEGGY NESTOR,                                             :   Case No. 23-10627 (MEW)
:
Debtor.                               :
------------------------------------------------------------x

### ORDER AUTHORIZING CHAPTER 11 TRUSTEE'S EMPLOYMENT AND RETENTION OF ANDERSON KILL P.C. AS HIS SPECIAL INSURANCE COUNSEL

Upon the application [Docket No. 911] (the "Application")[1] of Albert Togut, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate of Peggy Nestor (the "Debtor"), by his attorneys, Togut, Segal & Segal LLP (the "Togut Firm"), for entry of an order (this "Order"), pursuant to section 327(a) of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, authorizing the Trustee to employ and retain Anderson Kill P.C. ("Anderson Kill") as special insurance counsel; and upon the Silverschotz Declaration and the Moore Declaration, annexed to the Application as Exhibits C and D, respectively; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

good and sufficient notice of this Application and the opportunity for a hearing to consider this Application was appropriate under the circumstances of the Chapter 11 Case, and that no other or further notice need be given; and the Court being satisfied that Anderson Kill, and the employees thereof, do not represent any interest adverse to the Estate or to the Trustee, and that its employment is necessary and in the best interests of the Estate; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is hereby granted to the extent set forth herein.

2. Pursuant to section 327 of the Bankruptcy Code, the Trustee is authorized to employ and retain Anderson Kill as special insurance counsel to perform the services described in the Application.

3. Compensation and expenses of Anderson Kill shall be sought upon, and paid only upon an order granting, fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and applicable law.

4. Prior to any increases in Anderson Kill's rates for any individual retained by Anderson Kill and providing services in this cases, Anderson Kill shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the

Bankruptcy Code and state whether Anderson Kill's client has consented to the rate increase.

5. The United States Trustee retains all rights to object to Anderson Kill's fee application on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review the fee application pursuant to section 330 of the Bankruptcy Code.

6. The Trustee, the Togut Firm, and Anderson Kill are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

7. To the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain exclusive jurisdiction with respect to all matters arising under, arising from, or related to the implementation, interpretation, and enforcement of this Order

Dated: New York, New York
March 11, 2026

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION**:
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
By:
/s/ *Daniel Rudewicz*
DANIEL RUDEWICZ, ESQ.
Trial Attorney

3