Marianne Nestor
co-owner
15 East 63rd Street
New York New York
10065

x- - - - - - - - - - - - - - - - - -x

United States Bankruptcy Court
New York Southern District
x - - - - - - - - - - - - - - - - - - -x

March 9, 2026

Honorable Michael Wiles
United States Bankruptcy Court
New York Southern District
One Bowling Green
New York New York 10004

Your Honor Judge Wiles:

Further to the meeting in Your Honor's Courtroom, on March 5, 2026, when you indicated that I, Marianne Nestor, could purchase the property my sister Peggy Nestor and I bought together 2/23/1984 - namely 15 East 63rd Street for $34.5million dollars, eliminating any other bids.

My financial people have requested a statement from Your Honor stating that I may bid and purchase our property, 15 East 63rd Street New York , New York 10065 that we had initially purchased 2/23/1984.

The funds to do so are available, and I need to get back into my rent stabilized residence.

Please give a document referencing your order, that states that I may bid and I can give to my financial people.

Thank you for your kind consideration.

Respectfully submitted,

Marianne Nestor
Registered building manager
co-owner
15 East 63rd Street
New YorkNew York 10065
347 514 3095

March 9, 2026

Honorable Andrew Carter Jr.
United States District Court
550 Pearl Street
New York New York 10007

Your Honor Judge Carter :

Further to the deed sent to Your
Honor last Thursday March 5, 2026, and previously sent documents, is a copy of the last Title search done, showing my 50%ownership, of the property with my sister Peggy Nestor since 2/23/1984.

October 20, 1983, I had purchased $530k of personalty including mantels, paneling etc. - in todays dollars approximately $20million dollars, prior to the purchase of the real property, 15 East 63rd Street.

If we did not close on 15 East 63rd Street, the personalty would have been moved across the street to 8 East 63rd Street, which property we had bid on, as well as 15 East 63rd Street.

Your confirmation of my ownership is very important, as we do not wish to sell our property owned since1984, and that subject is very current .

Thank you and respectfully submitted.

Marianne Nestor
Registered Building Manager
Co-owner
15 East 63rd Street
New York New York
10065