Marianne Nestor
15 East 63rd Street
New York New York
10065

United States Bankruptcy Court
Southern District Of New York

x- - - - - - - - - - - - - - - - -x                Case No.
              23-10627                              (mew)
Re:  Peggy Nestor

x - - - - - - - - - - - - - - - x

March 6, 2026

Honorable Michael Wiles
United States Bankruptcy Court
One Bowling Green
New York New York
10004

Your Honor Judge Wiles:

Yesterday, March 5, 2026 a meeting was held, in person, in Your Honor's Court room 617, for which I thank you, for allowing me to speak.

Regarding our Rent stabilized apartment building, which I, Marianne Nestor with my sister Peggy Nestor have owned jointly since 2/23/1984. Copy of certified deed attached.

As all are aware I purchased personalty in the amount of $530k October 20, 1983, a deposit of $100k having been made after appraisal of October 20, 1983, in today's dollars approximately $20million.

These items are not fixtures and are my personal property.  This case is in the District Court, with Judge Furman, as advised, as well as the other case with Judge Carter, further papers were filed as well yesterday, and copied to Your Honor's Court.

To cut to the chase, and as per your specific instructions, yesterday, you granted my right to purchase our property, namely 15 East 63rd Street - block 1378 lot 12.

As stated by me, I have the funding available to purchase the property, matching the purchase price set by Your Honor of our property- Block 1378 lot 12 - 15 East 63rd Street, to a Mr. Yingkai Xu of 17 East 63rd Street, for the sum of $34,500,000.

As all are aware, the property was appraised September 2022 for the amount of $55,000,000

Proof of funds will be sent to Your Honor and information early next week, by Tuesday morning.

We would like to close asap, as you know.

The judgement referred to by Your Honor, of $1,962,000. re Rosalia Baiamonte is false and was vacated by the Honorable Edward McCarty III former Nassau County Surrogate November 24, 2015 - attached exhibit one .

Also attached IRS letter re my 706 document accepted, as filed . Exhibit Two

I do not intend to communicate with Mr. Xu, of 17 East 63rd Street. Regarding the broker, he is not to be paid by my funds, nor will I communicate with him.

As this matter is of an urgent nature, it is being sent to Your
Honor's Chambers and Jacqueline De Pierola.

Respectfully submitted,

Marianne Nestor
Co-Owner
Registered Building Manager
15 East 63rd Street
New York New York
10065

Dated March 6, 2026