Marianne Nestor
15 East 63rd Street
New York New York
10065



**United States Bankruptcy Court**
**Southern District Of New York**

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Re: Peggy Nestor                                                                 Case No.
                                                                                 23-10627.
                                                                                 (mew)


x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

March 6, 2026


**Honorable Michael Wiles**
**United States Bankruptcy Court**
**One Bowling Green**
**New York New York**
**10004**


Your Honor Judge Wiles:

Yesterday, March 5, 2026 a meeting was held, in person, in Your Honor's Court room 617, for which I thank you, for allowing me to speak.

Regarding our Rent stabilized apartment building, which I, Marianne Nestor with my sister Peggy Nestor have owned jointly since 2/23/1984. Copy of certified deed attached.

As all are aware I purchased personalty in the amount of $530k October 20, 1983, a deposit of $100k having been made after appraisal of October 20, 1983, in today's dollars approximately $50 million.

These items are not fixtures and are my personal property. This case is in the District Court, with Judge Furman, as advised, as well as the other case with Judge

Carter, further papers were filed as well yesterday, and copied to Your Honor's Court.

To cut to the chase, and as per your specific instructions, yesterday, you granted my right to purchase our property, namely 15 East 63rd Street block 1378 lot 12.

As stated by me, I have the funding available to purchase the property, matching the purchase price set by Your Honor of our property- Block 1378 lot 12 - 15 East 63rd Street, to a Mr. Yingkai Xu of 17 East 63rd Street, for the sum of $34,500,000.

As all are aware, the property was appraised September 2022 for the amount of $55,000,000.

Proof of funds will be sent to Your Honor and information early next week, by Tuesday morning.

We would like to close asap, as you know.

The judgement referred to by Your Honor, of $1,962,000. re Rosalia Baiamonte is false and was vacated by the Honorable Edward McCarty III former Nassau County Surrogate November 24, 2015 - attached **exhibit one**.

Also attached IRS letter re my 706 document accepted, as filed.
**Exhibit Two**

I do not intend to communicate with Mr. Xu, of 17 East 63rd Street. Regarding the broker, he is not to be paid by my funds, nor will I communicate with him.

As this matter is of an urgent nature, it is being sent to Your Honor's Chambers and Jacqueline De Pierola.

Respectfully submitted,

*[signature: Marianne]*

Marianne Nestor
Co-Owner
Registered Building Manager
15 East 63rd Street
New York New York
10065

Dated March 6, 2026

> Memorandum Endorsement
> This letter deliberately mischaracterizes the rulings and instructions that this Court has previously made and that it reiterated on March 5, 2026.  The Court has ruled that Ms. Nestor Cassini is estopped from claiming an ownership interest in the relevant property (see, e.g., ECF Nos. 153, 156, 160, 162). She is therefore estopped from claiming rights pursuant to section 363(i) of the Bankruptcy Code. Ms. Nestor Cassini's creditors are not estopped, but on March 13, 2024 this Court entered judgment in adversary proceeding no. 23-01195, directing that the relevant property may be sold pursuant to section 363(h) of the Bankruptcy Code, and that the proceeds of such sale would be distributed to secured creditors or to other parties in accordance with their respective interests, as the same would be determined by the Court. On February 26, 2026, this Court approved a sale of the property for a price of $34.5 million, which will not be sufficient to repay the creditors whose claims are secured by the property. Even if Ms. Nestor Cassini had rights under section 363(i) of the Bankruptcy Code, she would need to match the $34.5 million purchase price that the Court has approved, and she has not shown the financial ability to do so. If she nevertheless believes that she has the financial resources or backing for such a proposal, she should in the first instance present it to the chapter 11 trustee for his consideration, together with solid evidence of the necessary finances.  The chapter 11 trustee in consultation with the secured creditors may then decide in the first instance how they wish to proceed.                    MEW 3/9/2026

# Exhibit 1

Whatever the appropriate determination of the foregoing, there is no possible rejoinder to Marianne's argument of the obvious - her 50% share of the estate far exceeds these sums. While not condoning what occurred, the court sees no useful purpose in directing Marianne to return funds she would end up being entitled to anyway. During the course of his administering this estate, the Public Administrator may rectify this inequality when distributing the assets between the beneficiaries.

The motion is denied.

This constitutes the decision and order of the court.

Dated: November 24, 2015

EDWARD W. McCARTY III
Judge of the
Surrogate's Court

# Exhibit 2

Print Request ID 2026021800000588 - 0001

# CERTIFIED COPY

**CITY OF NEW YORK**

**DEPARTMENT OF FINANCE**

**OFFICE OF THE CITY REGISTER, MANHATTAN / NEW YORK COUNTY**

The document attached hereto,

CRFN 2020000297552, CORRECT INDEX/DEED-OFFICE USE, recorded on 10-26-2020 12:07, page(s) 1 - 5

is a true and correct copy of the original document recorded in the Office of the City Register of New York on as attested by the City Register on 02-18-2026 15:04

*Colette McCain-Jacques*

Colette McCain-Jacques
City Register

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2020102300818001001ED6AD |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2020102300818001<br>Document Type: CORRECT INDEX/DEED-OFFICE USE<br>Document Page Count: 3 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA

MANHATTAN    Year: 1984    Reel: 767    Page: 1840

### PARTIES

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 0.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    10-26-2020 12:07
City Register File No.(CRFN):
2020000297552

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  2020102300818001001CD42D |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |

**PARTIES**

GRANTEE:
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010



To Whom It May Concern:

This document is placed in the index to reflect the name(s) of the owner(s) pursuant to a court order filed with this parcel.

Questions regarding this memorandum should be addressed to the City Register.

NYC Department of Finance

Division of Land Records

Office of the City Register

Standard N Y B T P Form 8002* 11 60 70M - Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

LIB 767 PAGE 1840

SST CL $5080

THIS INDENTURE, made the 23RD day of FEBRUARY, nineteen hundred and eighty-four
BETWEEN KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los Angeles, California 90069

party of the first part, and MARIANNE NESTOR and PEGGY NESTOR, having an address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant 124 feet 6 inches Westerly from the corner formed by the intersection of the Northerly side of 63rd Street and the Westerly side of Madison Avenue;

RUNNING THENCE Northerly parallel with THE WESTERLY SIDE OF Madison Avenue part of the distance through a party wall 100 feet 5 inches to the center line of the block; BETWEEN 63RD AND 64TH STREET

THENCE Westerly parallel with the Northerly side of 63rd Street 25 feet;

THENCE Southerly AND AGAIN parallel with Madison Avenue part of the distance through ANOTHER party wall 100 feet 5 inches to the Northerly side of 63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to the point or place of BEGINNING.

TAX MAP DESIGNATION
Dist.
Sec.
Bl. 1378
Lot(s): 12

SO IN ORIGINAL

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

/s/ Jeffry A. Tell                    /s/ Katherine Browne

Print Request ID 2026021800000588.0001                    Attested 2/18/2026 3:04:53 PM



United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-10627-mew |
| Peggy Nestor | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf001 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peggy Nestor, 15 East 63rd St, New York, NY 10065-7209 |
| unk | + | Marianne Nestor, 15 East 63rd St, New York, NY 10065-7209 |
| unk | + | Marianne Nestor Cassini, 135 E. 19th Street, New York, NY 10003-2403 |
| unk | | Marianne Nestor Cassini, PO Box 2278, Radio City Station, NY 10019 |
| unk | + | Marianne Nestor Cassini, 15 E. 63rd Street, New York, NY 10065-7209 |
| 8014642 | + | GEMAUX LTD, 15 EAST 63RD ST, NEW YORK, NY 10065-7209 |
| 8014646 | | MARIANNE NESTOR, PO BOX 2278, RADIO CITY STATION, NEW YORK, NY 10019 |
| 8014648 | + | MARIANNE NESTOR, 135 E. 19TH STREET, NEW YORK, NY 10003-2403 |
| 8014647 | | MARIANNE NESTOR, PO BOX 2278, RADIO CITY STA, NEW YORK, NY 10019 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| unk | | Marianne Nestor Cassini |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 11, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alec P. Ostrow | |
| | on behalf of Unknown 63rd St Townhouse LLC aostrow@beckerglynn.com mchurch@beckerglynn.com;dtorres@beckerglynn.com |

23-10627-mew    Doc 975    Filed 03/11/26    Entered 03/12/26 00:11:48    Imaged
Certificate of Notice    Pg 14 of 16

| District/off: 0208-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: pdf001 | Total Noticed: 9 |

Anne J. Penachio
    on behalf of Attorney Penachio Malara LLP apenachio@pmlawllp.com,
    penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com

Anne J. Penachio
    on behalf of Interested Party Anne Penachio apenachio@pmlawllp.com
    penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com

Brian F Shaughnessy
    on behalf of Plaintiff Albert Togut Not Individually but Solely in His Capacity as Chapter 11 Trustee brian.shaughnessy@hsfkramer.com,
    dperson@teamtogut.com;eblander@teamtogut.com;mmartir@teamtogut.com;gquist@teamtogut.com;jgallego@teamtogut.com;jmcclain@teamtogut.com

Brian F. Moore
    on behalf of Plaintiff Albert Togut Not Individually But Solely in His Capacity as Chapter 11 Trustee bmoore@teamtogut.com,
    eblander@teamtogut.com;mnester@teamtogut.com;dperson@teamtogut.com;jcohen@teamtogut.com;bkreutter@teamtogut.com;hfajardo@teamtogut.com;pfishkind@teamtogut.com;arivera@teamtogut.com

Brian F. Moore
    on behalf of Plaintiff Albert Togut Not Individually but Solely in His Capacity as Chapter 11 Trustee bmoore@teamtogut.com,
    eblander@teamtogut.com;mnester@teamtogut.com;dperson@teamtogut.com;jcohen@teamtogut.com;bkreutter@teamtogut.com;hfajardo@teamtogut.com;pfishkind@teamtogut.com;arivera@teamtogut.com

Brian F. Moore
    on behalf of Trustee Albert Togut bmoore@teamtogut.com
    eblander@teamtogut.com;mnester@teamtogut.com;dperson@teamtogut.com;jcohen@teamtogut.com;bkreutter@teamtogut.com;hfajardo@teamtogut.com;pfishkind@teamtogut.com;arivera@teamtogut.com

Brian F. Moore
    on behalf of Defendant Lee Nestor bmoore@teamtogut.com
    eblander@teamtogut.com;mnester@teamtogut.com;dperson@teamtogut.com;jcohen@teamtogut.com;bkreutter@teamtogut.com;hfajardo@teamtogut.com;pfishkind@teamtogut.com;arivera@teamtogut.com

Cara M. Goldstein
    on behalf of Creditor Emigrant Bank as successor by merger with Emigrant Savings Bank-Manhattan cgoldstein@tcpclaw.com,
    wcavanagh@tcpclaw.com

Christian Ribeiro
    on behalf of Trustee Albert Togut cribeiro@teamtogut.com

Daniel Rudewicz
    on behalf of U.S. Trustee United States Trustee daniel.rudewicz@usdoj.gov

Daniel Schilling
    on behalf of Defendant Hub International Limited dschilling@kbrlaw.com

Ernest A. Yazzetti, Jr.
    on behalf of Creditor Prime Plus LLC ernest.yazzetti@mccalla.com, mccallaecf@ecf.courtdrive.com

Frank A. Oswald
    on behalf of Trustee Albert Togut frankoswald@teamtogut.com
    dperson@teamtogut.com;jcohen@teamtogut.com;jgallego@teamtogut.com

Gabriel Del Virginia, Esq.
    on behalf of Defendant Colleen Johnson gabriel.delvirginia@verizon.net

Heather Daly Callaghan
    on behalf of Interested Party Nassau County Office of the Public Administrator hcallaghan@mmkolaw.com

Heather Daly Callaghan
    on behalf of Defendant The Public Administrator of Nassau County hcallaghan@mmkolaw.com

Howard S. Bonfield
    on behalf of Creditor Wenig Saltiel LLP hbonfield@ltattorneys.com

Howard S. Bonfield
    on behalf of Plaintiff Wenig Saltiel LLP hbonfield@ltattorneys.com

Ilana Volkov
    on behalf of Creditor Lynx Asset Services LLC ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com

J. Ted Donovan
    on behalf of Defendant Brenda Nestor TDonovan@GWFGlaw.com

J. Ted Donovan
    on behalf of Defendant Butterfly Beach House LLC TDonovan@GWFGlaw.com

Jeffrey A. Miller
    on behalf of Other Prof. Rosalia Baiamonte Esq., as court-appointed receiver for Oleg Cassini, Inc. and Cassini Parfums, Ltd. jmiller@westermanllp.com, drubino@westermanllp.com

23-10627-mew    Doc 975    Filed 03/11/26    Entered 03/12/26 00:11:48    Imaged
Certificate of Notice    Pg 15 of 16

| District/off: 0208-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: pdf001 | Total Noticed: 9 |

Jeffrey A. Miller
    on behalf of Interested Party John J. Barnosky Esq. and Alexandre Cassini Belmont, as Executors of the Estate of Christine Cassini and Successor Administrators of the Estate of Daria Cassini jmiller@westermanllp.com, drubino@westermanllp.com

Jeffrey A. Miller
    on behalf of Plaintiff Rosalia Baiamonte Esq. jmiller@westermanllp.com, drubino@westermanllp.com

Jeffrey A. Miller
    on behalf of Defendant Rosalia Baiamonte jmiller@westermanllp.com drubino@westermanllp.com

Jeffrey A. Miller
    on behalf of Interested Party Rosalia Baiamonte Esq., as the court-appointed receiver for Oleg Cassini, Inc. and Cassini Parfums, Ltd. jmiller@westermanllp.com, drubino@westermanllp.com

Jeffrey L. Saltiel
    on behalf of Creditor Wenig Saltiel LLP jsaltiel@ltattorneys.com

John McClain
    on behalf of Plaintiff Albert Togut Not Individually But Solely in His Capacity as Chapter 11 Trustee jmcclain@teamtogut.com, cgrady@teamtogut.com;hfajardo@teamtogut.com;jcohen@teamtogut.com;bkreutter@teamtogut.com

Jonathan James Kelson
    on behalf of Witness Joel M. Kaye jkelson@dmoc.com

Kenneth P Mahon
    on behalf of Plaintiff Rosalia Baiamonte Esq. kmahon@mmkolaw.com

Kevin J. Nash
    on behalf of Defendant Butterfly Beach House LLC knash@gwfglaw.com, kjnash@gwfglaw.com

Kevin J. Nash
    on behalf of Defendant Brenda Nestor knash@gwfglaw.com kjnash@gwfglaw.com

Martha Martir
    on behalf of Plaintiff Albert Togut Not Individually But Solely in His Capacity as Chapter 11 Trustee mmartir@teamtogut.com, jgallego@teamtogut.com;pfishkind@teamtogut.com;hfajardo@teamtogut.com;jcohen@teamtogut.com

Martha Martir
    on behalf of Trustee Albert Togut mmartir@teamtogut.com jgallego@teamtogut.com;pfishkind@teamtogut.com;hfajardo@teamtogut.com;jcohen@teamtogut.com

Michael Lee Gulotta
    on behalf of Defendant Hub International Limited mgulotta@kbrlaw.com

Minyao Wang
    on behalf of Defendant Brownstone Agency Inc. Minyao.Wang@lewisbrisbois.com

Minyao Wang
    on behalf of Defendant Argonaut Insurance Company Minyao.Wang@lewisbrisbois.com

Neil Matthew Berger
    on behalf of Trustee Albert Togut not individually but solely in his capacity as Chapter 11 Trustee of the estate of Peggy Nestor neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com

Neil Matthew Berger
    on behalf of Plaintiff Albert Togut Not Individually but Solely in His Capacity as Chapter 11 Trustee neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com

Neil Matthew Berger
    on behalf of Defendant Peggy Nestor neilberger@teamtogut.com mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com

Neil Matthew Berger
    on behalf of Trustee Albert Togut neilberger@teamtogut.com mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com

Neil Matthew Berger
    on behalf of Plaintiff Albert Togut Not Individually but Solely in His Capacity as Chapter 11 Trustee of the Estate of Peggy Nestor neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com

Neil Matthew Berger
    on behalf of Plaintiff Albert Togut Not Individually But Solely in His Capacity as Chapter 11 Trustee neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com

Neil Matthew Berger

23-10627-mew   Doc 975   Filed 03/11/26   Entered 03/12/26 00:11:48   Imaged
Certificate of Notice   Pg 16 of 16

| District/off: 0208-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: pdf001 | Total Noticed: 9 |

| | |
|---|---|
| | on behalf of Trustee Albert Togut Not Individually But Solely in His Capacity as the Chapter 11 Trustee of the Estate of Peggy Nestor neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Neil Matthew Berger | |
| | on behalf of Defendant Togut Segal & Segal LLP neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Neil Matthew Berger | |
| | on behalf of Defendant Neil Berger neilberger@teamtogut.com mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Patrick Collins | |
| | on behalf of Interested Party John J. Barnosky Esq. and Alexandre Cassini, as Executors of the Estate of Christina Cassini and as Successor Administrators of the Estate of Daria Cassini pcollins@farrellfritz.com |
| Patrick Collins | |
| | on behalf of Defendant Alexandre Cassini pcollins@farrellfritz.com |
| Patrick Collins | |
| | on behalf of Defendant John J. Barnosky pcollins@farrellfritz.com |
| Robert Plosky | |
| | on behalf of Plaintiff THE GREENSPAN COMPANY/ADJUSTERS INTERNATIONAL rplosky@meltzerlippe.com MWhiteman@meltzerlippe.com;sbrown@meltzerlippe.com |
| Ronald M. Terenzi | |
| | on behalf of Creditor Emigrant Bank as successor by merger with Emigrant Savings Bank-Manhattan rterenzi@tcpclaw.com, cgoldstein@tcpclaw.com |
| Scott A. Steinberg | |
| | on behalf of Plaintiff THE GREENSPAN COMPANY/ADJUSTERS INTERNATIONAL ssteinberg@meltzerlippe.com steinberg.scottr101650@notify.bestcase.com;sbrown@meltzerlippe.com;mwhiteman@meltzerlippe.com |
| Scott A. Steinberg | |
| | on behalf of Creditor The Greenspan Company/Adjusters International ssteinberg@meltzerlippe.com steinberg.scottr101650@notify.bestcase.com;sbrown@meltzerlippe.com;mwhiteman@meltzerlippe.com |
| Scott S. Markowitz | |
| | on behalf of Creditor Michael Katz smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com |
| Steven Richman | |
| | on behalf of Interested Party Lee Nestor srichman@clarkhill.com mfaas@clarkhill.com |
| Steven Richman | |
| | on behalf of Defendant Flying Dog Productions Inc. srichman@clarkhill.com, mfaas@clarkhill.com |
| Steven Richman | |
| | on behalf of Interested Party Flying Dog Productions Inc. srichman@clarkhill.com, mfaas@clarkhill.com |
| Steven Richman | |
| | on behalf of Defendant Lee Nestor srichman@clarkhill.com mfaas@clarkhill.com |
| United States Trustee | |
| | USTPRegion02.NYECF@USDOJ.GOV |
| Veronique Urban | |
| | on behalf of Creditor Lynx Asset Services LLC vurban@mcgrailbensinger.com |
| William Heuer | |
| | on behalf of Defendant Rosalia Baiamonte wheuer@westermanllp.com |
| William Heuer | |
| | on behalf of Other Prof. Rosalia Baiamonte Esq., as court-appointed receiver for Oleg Cassini, Inc. and Cassini Parfums, Ltd. wheuer@westermanllp.com |

TOTAL: 63