# Notice Recipients

District/Off: 0208−1       User: admin           Date Created: 3/12/2026
Case: 23−10627−mew         Form ID: pdf001       Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk        Marianne Nestor Cassini

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Peggy Nestor          15 East 63rd St       New York, NY 10065
unk        Marianne Nestor       15 East 63rd St       New York, NY 10065
unk        Marianne Nestor Cassini     PO Box 2278     Radio City Station, NY 10019
unk        Marianne Nestor Cassini     135 E. 19th Street    New York, NY 10003
unk        Marianne Nestor Cassini     15 E. 63rd Street     New York, NY 10065
8014642    GEMAUX LTD            15 EAST 63RD ST       NEW YORK, NY 10023
8014646    MARIANNE NESTOR       PO BOX 2278           RADIO CITY STATION       NEW YORK, NY 10019
8014647    MARIANNE NESTOR       PO BOX 2278           RADIO CITY STA           NEW YORK, NY 10019
8014648    MARIANNE NESTOR       135 E. 19TH STREET    NEW YORK, NY 10003

    TOTAL: 9