23-10627

March 10, 2026

Honorable Michael Wiles
United States Bankruptcy Court
Southern District New York
One Bowling Green
New York New York
10004

FILED
U.S. BANKRUPTCY COURT
2026 MAR 11  P 12: 55

*Memorandum Endorsement*
*For the reasons set forth in the decisions entered*
*at ECF Nos. 980 and 982, the requests are denied.*
*MEW 3/12/2026*

Your Honor Judge Wiles:

As all are aware and that as a result of the unlawful forcible taking of my property perpetuated by the Trustee in contravention of the Order of this Court, and the law, I have been denied access to my real and personal property, all without right.

Accordingly, I hereby request that this Court issue an Order directing the Trustee to:

1) turnover the keys to the premises located at 15 East 63rd Street to me;

2) pay any and all amounts for damages and otherwise caused to me and other invited tenants and/or guests in my rent stabilized building, which occurred as a result of such unlawful forcible taking, on April 30, 2024.

3) to permit me and others unobstructed ingress and egress to the premises, and to cease and desist from any further enjoinment of my real and personal property.

4) Peggy is finalizing the creditor listing of which there are only 3 valid, of which is personal.

Yesterday, a copy of the Title policy showing my ownership since 1984 was sent thru the intake at 614, to Your Honor's attention . Other documents, as well were filed. A certified copy of the deed will be sent, as well.

At approximately 5:00pm yesterday when picking up the mail at our building,  a large truck was in front of the building and several men were moving around the gate to the 15bis E 63rd Street entry, having broken it. They had apparently moved a lot of things out of the building and several men were loading the truck which had the name :

Blue Diamond CT. Trucking Woodside  4815 Woodside, New York

The persons in the front seat stated that they were picking up and delivering to Roland Auction Gallery in Glen Cove, New York

address being :

Roland
150 School St    Glen Cove, NY 11542212 260 2000. / 516 759 9400    www.RolandAuctions.com

Danielle generally answers the phone, and said she could not give any information regarding the removal of my personal property.

A female person with red hair apparently orchestrated the move, no one knew her name. The security guard advised that the truckers had previously moved property from the building and that they had a key.

As all must be aware, I, owner of the property contained inside was not notified, and this move would be contrary to the law. Certain items were borrowed for staging, and I was not advised about their return. The move without notice would be similiar to Germany in the 1940's by the Nazi's, as was the brutality of April 30, 2024 - a Day in Hell .

I have notified authorities about the removal and theft of my property.   This is simply basic theft on the part of Albert Togut, who stated his intentions in a March 2024 article in 360 Law.

Additionally, Mr. Togut has placed denigrating,defamatory,misleading
and  disparaging  information about me and my family on the internet, and  personal attacks by Mr. Togut against my family, some including his picture. These should be deleted by him.

As he was chosen to represent Your Honor, he should be admonished for his incorrect and bad behavior. He did not wish to associate with the person he was to represent and went immediately into negativity .   This torture should be over, as Peggy was never insolvent


Wherefore, Your  Honor:

1. I wish to end this chapter, purchase my building either by buying the whole thing at the $34.5 million price  or solely Peggy's 50% ownership $18. Million . I am finalizing the funding & had requested a letter that the property of which I  have been a 50% owner for decades, has not been sold. In that regard a copy of title was sent yesterday to Your Honor. Apparently the Togut firm has been acting as if they were owners.  I do not wish to sell my 50% share.

2. My  property with what has been removed including by Roland returned.

Many valuable items were in the building, belonging to me, for staging by Ms. Martir.

Apparently Roland movers  were given keys & entered on their own.

We were not advised.

3. Additionally, my expert was to review for damages, to art & furniture.

4. The damage caused during the tenure of the Togut Firm needs to be quantified . As the property was vacant the damage will not be covered by the policy.

There were 2 deluges of water
August 2, 2025 & February 5, 2026. Both happened on the watch of the Togut firm.

5. This charade by the Togut Firm needs to end .

Your assistance is appreciated.

Respectfully submitted.

Marianne Nestor
Registered Building Manager
co- owner
15 East 63rd Street
New York New York
10065 b