Marianne Nestor
building manager
co-owner
15 East 63rd Street
New York New York
10065
x - - - - - - - - - - - - - - - - - - - - -x

United States Bankruptcy Court
Southern District New York
x - - - - - - - - - - - - - - - - - - - - x

In re :
Peggy Nestor              Case no.
                          23 10627                              ("mew")

x- - - - - - - - - - - - - - - - - - - - x


EMERGENCY ORDER TO SHOW CAUSE          RE      SETTLEMENT

---

**1.** Please take notice that the Honorable Michael E. Wiles allowed Marianne Nestor to bid and purchase her property, block 1378 lot 12 aka 15 East 63rd Street ("the property " "the building")  co-owned with sister, Peggy Nestor, since 2/23/1984. Personalty was purchased October 20, 1983, mantels, paneling etc listed in the closing binder of 15 East 63rd Street, for $530k in today's dollars approximately $20.million .

**2 .** The event regarding my purchase of the property happened at the Court meeting of 3/05/2026. Proof of funds and ability to pay were being submitted at the March 11, 2026 meeting.

**3.** Your Honor also inquired if I had moved my property from 15 East 63rd Street, I replied that I was planning to move back into the property, as I was purchasing the property.  The amount of purchase was orchestrated by the Togut Firm, to be $34.5 million dollars for the property. There was no number previously given regarding the repurchase of the rent stabilized property. We had rent stabilized leases, as that was also a way to maintain apartments for the individuals in our family, for the maintenance of the property.

**4.** On March 11, 2026, in driving past
the property, prior to attending a Court meeting, to begin at 2:00 pm, the timing was subsequently changed by court attorney Jacqueline De Pierola to 1:30pm - in person.

**5.** It was noted that a large truck with a sign Blue Diamond was parked outside, the double front doors of the building, and the doors were wide open; the bronze railing and gate to the 15Bis  entry had been removed and there were a number of workers moving things around

**6.** The workers were directed by a young man who said he was new at the Togut Firm and was told not to give his name. He was directing the workers.

**7.** The workers seemed to be the same team as last week, who stated in Spanish that they were delivering to Roland NY in Glen Cove. Martha Martir was screaming on the phone - "we own the building, and there is a Court meeting at 1:30pm ".

**8.** As a favor to the Togut team, and at their request for staging, I had allowed certain items to remain in the property, on various floors . Nothing was abandoned.

**9.** An example of some of the items that were mine and purchased by me are attached .
**Exhibit One**

Pair of Vestier paintings $80k purchased in 1990, important chairs, cabinets etc. additionally a Jacob suite made for the Duc de Nord (son of Catherine the Great of Russia purchased in 1988 from Sotheby's ). These are in the photos taken by Sotheby's, along with other items. All my art, was removed from the ivy walls, along with furniture. At the very least $25. - $30. Million dollars. All lighting fixtures including chandeliers were removed including sconces from the lower levels.
Exhibit One

**10.** Much damage was done to the property under the stewardship of the Togut Firm, two major deluges of water August 2, 2025, and February 5, 2026 . The insurance company is not paying because the building is vacant. The property was kept in an uncared dirty condition, that Your Honor saw on June 5, 2025.

**11.** The art appraisal was to be done of what needed to be restored, due to the two deluges of water that occurred August 2, 2025 & February 5, 2026. As all are aware there was a blizzard and a number of weather problems that delayed the review.

**12.** Nothing was abandoned, and Martha Martir was certainly aware, as she had handpicked the items, for staging. The broken frame containing the painting of Count Arthur Cassini along with the painting were removed, as well.

**13.** The workers were putting items into the truck for removal to Roland NY in Glen Cove on School Street. I had called Danielle of Roland the previous week ,she refused to give any information. Previously, I had purchased 2 pieces of art belonging to Peggy from Roland - paid receipt attached. Danielle certainly knew who I am .
**Exhibit Two**

**14.** I called the NYPD 911 who said they would call upon their arrival, and did not have the timing.

**15.** I went to the Bowling Green Court to the intake room of 614, filing papers and having them date stamped. The clerk said that there was nothing on for the day.

**16.** I checked the court room several times which was empty,and the information sheet hanging on the board outside the door, had nothing listed re Peggy .

**17.** I went to the 5th floor & delivered documents to a person there, she said that Mr. Rudewicz had other cases that he is getting ready to handle. I called several times to Jacqueline Pierola, and Lorraine Echiverra, and left messages. No one seemed to be there. I was there for the 1:30 pm meeting, but the court room was empty. No sign of life. I was prepared to attend and did so.

**18.** As both the former counsel of Peggy Nestor, namely Anne Penachio ("Anne"), who was  introduced by Title attorney, Robert DiSciullo, stated "only a filed deed is valid", otherwise it would be a fraudulent transfer.

**19.** The concept of sole ownership was that of Anne.  Peggy also testified that she owned 50% and I owned 50% a number of times in Your Honor's Court .

**20.** Additionally, the title report , along with the appraisal submitted to the Court and the filed and certified deed show my ownership, otherwise there would be  no reason for my name be on the Lynx or Prime Plus documents.
**Exhibit Four**
Certified Deed
Dated 3/11/2026

**21.** I was advised that the purchase was to pay Albert Togut $7million dollars in fees; real estate agent Brown Harris Stevens ("BHS")  $1.2 million,  who I have no obligation to pay; Lynx $22million  - this includes the loan to the  Togut Firm of $3.4 million, (this lein will be removed from the property); Emigrant (first Mortgage) $3.559,407.76 . There is nothing due to Ms. Baiamonte - please see letter to Jeffrey de Luca.  Nothing was listed for PrimePlus, which would be about $2.5 million.
**Exhibit Five**
Letter to Jeffrey DeLuca
re incorrect attachment

**22.** The claims listing will be redone, as there are a number of errors, and the bottom line, is that Peggy owes nothing to anyone. She was never insolvent.

**23.** The claims were overblown, and much time was wasted, and each claim will be gone over, and taken care of, separate and apart  from the Togut Firm . There is nothing due from me to anyone.

**24. a.)**  The claim by Michael Katz Esq. is incorrect no. 1.57 & 1.58 and judgement were satisfied by Robert DiSciullo Esq. if ever valid, and payment of over $400.k paid. Payment was not due .  A case was brought, as well by Mr. Katz was vacated in NY Supreme and handled by Robert McKay Esq. it was dismissed.

b) Another case was brought by Mr. Katz In Nassau County, with Judge Rademaker, NY Supreme that was dismissed, and was handled by attorney Robert McKay.

c.) The basis of the claim created by the Farrell Fritz Firm was, that the balance of the Trust for $500k that I made for Daria Cassini, whose death was deemed a homicide by Dr Michael Baden, former chief medical examiner of NYC by Christina was returned to my company Oleg Cassini Inc. ("OCI" ) some $387k . by me, as advised by Counsel .

d.) A copy of check returning funds is in the Court records . This is an erroneous claim.  Apparently, this is where Anne Penachio Esq. got the incorrect Connecticut address, and incorrectly filed with the Bowling Green Court. Anne was introduced to Peggy Sunday April 23, 2023, by the title attorney, Robert DiSciullo. Apparently Ms. Penachio made many mistakes including an incorrect filing of voluntary bankruptcy.

I would like to make this Order to Show Cause -("OSC")  returnable Wednesday of next week, March 18, 2026, as the 17th is St Patrick's Day, the day I lost my husband of decades, March 17, 2006.

Wherefore as Your Honor is aware, I am an   interested party only, and co owner, since 1984, except for the 690 days incorrectly placed by Robert DiSciullo.

1. On the unsecured claims, there are none due, except for the aforementioned three or anything else may be handled separate and apart from Your Honor's Court.

2. Property removed from 15 East 63rd will be returned to my possession, with a listing of what was removed under the auspices of the Togut firm. Nothing is to be sold .

3. The property will be returned in good condition.

4. The Togut Firm will cease the denigrating, defamatory, and disparaging releases to the press.

5. This is a "drop hands" arrangement, over and out.

6. Peggy exits this incorrectly filed case.

7. Allow me to purchase my property at the agreed upon price of $34.5million .


Respectfully submitted,

Marianne Nestor
Building Manager
co-owner
15 East 63rd Street
New York New York
10065

FILED
U.S. BANKRUPTCY COURT

2026 MAR 13  P 3: 41

S.D.N.Y.

# Exhibit One
## Sample invoices of Items owned



# De Rempich, Inc.

November 6, 1990

Ms. Marianne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

<u>Resale Certificate on file</u>

<u>I N V O I C E</u>

<u>A PAIR OF EMPIRE MAHOGANY FAUTEUILS</u>
<u>Circa 1810</u>

Each with rectangular back, with rectangular arms ending
in lion's heads, the upholstered seat on sabre legs
ending in paw feet, the seats upholstered in gold on
maize fabric.

<u>NET PRICE</u>     (Twenty Five Thousand Dollars)     <u>$ 25,000.00</u>

sk

GEMEAUX, LTD.
3 WEST 57TH STREET
NEW YORK, N.Y. 10019

REMITTANCE ADVICE

1-103
210

**3388**

PAY *Ten Thousand & 00/xx* ———————————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich | 11/20/90 | | 3388 | | | 10 000 00 |

GEMEAUX, LTD.

BANKERS TRUST COMPANY
455 PARK AVENUE NEW YORK, N.Y. 10022 14

*Marianne ____*

⑆003388⑆ ⑆021001033⑆ 014⑈41964973⑈

---

GEMEAUX, LTD.
3 WEST 57TH STREET
NEW YORK, N.Y. 10019

REMITTANCE ADVICE

1-103
210

**3389**

PAY *Five Thousand & 00/xx* ———————————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich Gallery | 12/15/90 | | 3389 | | | 5 000 00 |

GEMEAUX, LTD.

BANKERS TRUST COMPANY
455 PARK AVENUE NEW YORK, N.Y. 10022 14

*Marianne ____*

⑆003389⑆ ⑆021001033⑆ 014⑈41964973⑈

RECEIVED  10/13/2014 22:52    9086052121    REPPERT KELLY
OCT-13-2014 22:24  FROM:    TO:9086052121

**GEMEAUX, LTD.**
3 WEST 57TH STREET
NEW YORK, N.Y.  10019

210
**3390**

PAY   Ten Thousand 8 00/100                                    **DOLLARS**

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT. NO. | | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SUB | GEN | |
| De Remplch | 1/20/91 | | 3390 | | | 10 000 00 |

GEMEAUX. LTD.

*Marianne Kel*

BANKERS TRUST COMPANY
455 PARK AVENUE    NEW YORK, N.Y. 10022    14

⑈003390⑈  ⑆021001033⑆ 014⑈41964973⑈









**De Rempich Fine Arts**

Ms Marianne Nestor
c/o Gemeaux Ltd
3 West 57th Street
New York, NY 10019

<u>**INSURANCE EVALUATION**</u>

Three works of art fully described as follows:

**EMPIRE Mahogany Bureau**

(French, first quarter 19th century)
Mahogany, ormolu, leather
height: 30 1/2  (77 cm)
width: 51 1/4  (130 cm)
depth: 25 1/2 inches (65 cm)

Value:      **$40,000.00**

**FLAMENG, François**
(French, 1856-1923)

A Fair-Haired Young Lady (Alfred Stevens'
Daughter
Oil on canvas
32 x 25 1/2 inches (81.3 x 64.8 cm)
Signed lower left: "Francois Flameng 1907"

Value:      **$50,000.00**

**VESTIER, Antoine**
(French, 1740-1824)

A Gentleman and a Lady--a Portrait Pair
Pastel on paper mounted on board
Gentleman: 23 3/4 x 19 1/4 inches (60.3 x 48.9 cm)
Lady: 24 x 20 inches (61 x 50.8 cm)
Framed dimensions: 29 1/2 x 25 inches
Portrait of Lady signed:
"Vestier/1789"

Value:      **$80,000.00**

    De Rempich Fine Arts

### INSURANCE APPRAISAL

Marianne Nestor                                    8 December 1994
c/o Gemeaux, Ltd.
3 West 57th Street
New York, NY 10019


We have examined the pieces fully described below:


**JEAN BAPTISTE EDOUARD**      **An Officer with his Steed**
**DETAILLE**                   Oil on paper mounted on panel
(French, 1848-1912)            4 x 3 inches (10.2 x 7.6 cm)
                               Signed lower right: "Detaille"

We estimate the value to be $4,800.00.


**OTTO VAN FABER DU FAUR**     **Napoleon Receiving the Salute**
(German, 1828-1901)            Gouache on paper
                               S.S. 4 x 13 3/8 inches (10.2 x 34 cm)
                               Signed lower right: "O v. Faber du Faur"

We estimate the value to be $8,500.00.


**BERNARD BELLUC**             **Cuirassier 6e reg., 1812**
(French, 1943- )               **Chouard, General de Brigade, 1811**
                               **Artillerie a Cheval de la Garde, 1804-15**
                               **5e reg't de Hussards Officier 1805**
                               Ceramic
                               Each app. 12" (30 cm)


We estimate the value of the ceramics to be $1,400 each ($5,600 total).


*Nurl G. Oht*

Nicholas A. Ohotin
Manager


851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015



## De Rempich Fine Arts

### <u>INSURANCE APPRAISAL</u>

Marianne Nestor
c/o Gemeaux, Ltd.
3 West 57th Street
New York, NY 10019

24 January 1995

We have examined the work of art fully described as follows:

**RAFFET, Auguste**
(French, 1804-1860)

**<u>Cuirassiers in Battle</u>**
Pencil on paper
6 x 9 inches
(15.2 x 22.9 cm)
Bears V. Deseglise collection stamp.

<u>Provenance:</u>   Collection V. Deseglise (1839-1916), No. 165, Lugt
356.  Deseglise was a friend of Goncourt and a
collector of prints and drawings.

We estimate the value be $5,500.00.

Nicholas A. Ohotin
Manager

851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 De Rempich Fine Arts

## INSURANCE APPRAISAL

Marianne Nestor                                     24 January 1995
c/o Gemeaux, Ltd.
3 West 57th Street
New York, NY 10019

We have examined the work of art fully described as follows:

**BOILLY, Louis-Leopold**          **Portrait of a Young Man with a Cravat**
(French, 1761-1845)               Oil on canvas
                                  8 1/2 x 6 5/8 inches
                                  (21.5 x 16.8 cm)

We estimate the value be $22,000.00.

Nicholas A. Ohotin
Manager

851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 **De Rempich, Inc.**

May 12, 1990

Ms. Marianne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

<u>Resale certificate on file</u>.

I N V O I C E

EMPIRE ORMULU-MOUNTED MAHOGANY BONHEUR-DU-JOUR
Early 19th Century
Stamped J.P.S. BARIQUAND five times.

Height: 48 inches.
Width:  16 1/4 inches.
Depth:  31 inches.

<u>NET PRICE</u>    (Thirty Four Thousand Five Hundred Dollars)    $ 34,500.00

<u>Payment terms:</u>

- Upon receipt of this invoice:  $ 8,000.00
- 2nd payment, June 30, 1990  :  $ 8,000.00
- 3rd payment, June 15, 1990  :  $ 8,000.00
- 4th payment, July 30, 1990  :  $10,500.00

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

**GEMEAUX, LTD.**
3 WEST 57TH STREET
NEW YORK, N.Y.    10019

210

10188

Eight Thousand & ⁰⁰/ₓₓ ——————————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich Gallery | 5/1/90 | | 10188 | | | 8 000 00/xx |

GEMEAUX, LTD.

Marianne Ker

BANKERS TRUST COMPANY
455 PARK AVENUE    NEW YORK, N.Y.  10022    14

⑈010188⑈ ⑆0210010330 014⑈4196497300

---

**GEMEAUX, LTD.**
3 WEST 57TH STREET
NEW YORK, N.Y.    10019

REMITTANCE ADVICE

1-103
210

10189

Eight Thousand & ⁰⁰/ₓₓ ——————————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich Gallery | 6/30/90 | | 10189 | | | 8 000 00/xx |

GEMEAUX, LTD.

Marianne Ker

BANKERS TRUST COMPANY
455 PARK AVENUE    NEW YORK, N.Y.  10022    14

⑈010189⑈ ⑆0210010330 014⑈4196497300

---

**GEMEAUX, LTD.**
3 WEST 57TH STREET
NEW YORK, N.Y.    10019

REMITTANCE ADVICE

1-103
210

10190

Eight Thousand & ⁰⁰/ₓₓ ——————————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich | 7/15/90 | | 10190 | | | 8 000 00/xx |

GEMEAUX, LTD.

Marianne Ker

BANKERS TRUST COMPANY
455 PARK AVENUE    NEW YORK, N.Y.  10022    14

⑈010190⑈ ⑆0210010330 014⑈4196497300

3 WEST 57TH STREET
NEW YORK, N.Y. 10019

10191

_Ten thousand five Hundred & no/xxx_ ———————————— **DOLLARS**

| | | TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | De Lempicka Gallery | 7/30/90 | | 10191 | | | 10 500 00 |

GEMEAUX, LTD.

_Marianne_

BANKERS TRUST COMPANY
455 PARK AVENUE    NEW YORK, N.Y. 10022    14

⑈010191⑈ ⑆021001033⑆ 014⑈41964973⑈

 **De Rempich, Inc.**

May 12, 1990

Ms. Mariannne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

<u>Resale certificate on file</u>.

I N V O I C E

BOILLY, Louis Leopold
French, 1761 - 1845

PORTRAIT OF A LADY
Oil on canvas.
8 1/8 x 6 1/4 inches.
Period frame.

<u>NET PRICE</u>        (Twenty Nine Thousand Dollars)        $ 29,000.00

<u>Payment terms</u>:

- Upon receipt of this invoice:    $  9,000.00
- 2nd payment, June 1, 1990    :    $ 10,000.00
- 3rd payment, June 30, 1990   :    $ 10,000.00

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

# De Rempich, Inc.

November 6, 1990

Ms. Marianne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

Resale Certificate on file

## I N V O I C E

A PAIR OF EMPIRE MAHOGANY FAUTEUILS
Circa 1810

Each with rectangular back, with rectangular arms ending
in lion's heads, the upholstered seat on sabre legs
ending in paw feet. the seats upholstered in gold on
maize fabric.

NET PRICE       (Twenty Five Thousand Dollars)      $ 25,000.00

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 **De Rempich Fine Arts**

October 19, 1992

I N V O I C E

GEMEAUX, LTD.
3 West 57th Street
New York, New York   10019

(1) Empire (circa 1810) Console, rectangular, in mahogany and
mahogany veneers, the ormolu mounted freize containing one
long drawer, reposing on consoles ending with gilded bronze
paws, the whole ormolu mounted with palms and acanthus leaves.
The top in white veined marble; the back, between the
mahogany plinth and the frieze, is in original plated mirror.

Height:  38 1/2 inches
Length:  47 inches
Depth :  19 3/4 inches

                              Net Price:     $15,000.00

Resale Certificate on file.

# Stair Galleries

549 Warren Street
Hudson, NY 12534 USA
Telephone - 518-751-1000 Facsimile - 518-751-1010
www.stairgalleries.com

## INVOICE

**To:**  Marianne Nestor
Gemeaux Ltd
15 East 63rd Street
New York NY 10065

212-935-4564 work x7

Resale No: NY 13-2769177

| | |
|---|---|
| Invoice No.: | ST00019655 |
| Invoice Date: | 04/22/2017 |
| Sale/Bidder: | 042217 / 536 |
| Client No.: | 3650 |
| Sale Details: | |
| English, Continental & American | |
| Sale Date: 04/22/2017 11:00 AM | |
| English, Continental & American | |
| Sale Date: 04/23/2017 11:00 AM | |

| Lot No. | Description | Price |
|---|---|---|
| 598 | LOUIS XV PROVINCIAL GILTWOOD MIRROR<br>55 1/2 x 28 in. Ambassador and Mrs. Joseph Verner Reed | $2,700.00 |
| 640 | PAIR OF ITALIAN PAINTED AND PARCEL-GILT CONSOLE TABLES<br>36 x 58 x 29 in., tops 59 x 29 in. Property of a Westchester, NY Collector | $6,000.00 |
| 671 | GEORGE III STYLE ETCHED BRASS AND STEEL FIRE GRATE, IN THE ADAM TASTE<br>31 x 32 1/2 x 14 1/2 in. From a Manhattan Collector | $800.00 |
| 750 | REGENCY STYLE CUT-GLASS TEN-LIGHT CHANDELIER<br>31 1/2 x 21 1/2 in. diam. | $800.00 |

Ship To:

| | |
|---|---|
| Total Hammer Price: | $22,100.00 |
| Total Premium: | 4,862.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | $26,962.00 |

**Terms:**
C.O.D.
Tax ID: NY 13-2769177

**\*INVOICE TOTAL IF PAYMENT MADE BY CASH, CHECK OR WIRE:    $26,520.00**

Printed: 04/23/2017 07:12 PM

# Exhibit Two
## A. Pictures prior to Roland









































































# Exhibit Three
# Paid Receipt Roland

Roland NY
150 School Street, Glen Cove, NY 11542
212-260-2000/516-759-9400
www.RolandAuctions.com

Auction Sale - 1316 - November 15, 2025 Estate Sale



## PAID IN FULL

| | |
|---|---|
| Invoice #: | **51615** |
| Date: | 1/5/2026 3:11:00 PM |
| Page: | 2 |

| | |
|---|---|
| Total Quantity: | 2.00 |
| Total Extended Price: | 13,500.00 |
| 27% Buyer's Premium: | 3,645.00 |
| Tax1 Default: | 1,478.76 |
| Invoice Total: | $18,623.76 |

Cash  DR - Cash-11/25/25  -  11/25/2025  -      12,350.00
------------------------------------------------------------
     Cash  dr (danielle)  -  1/5/2026  -        6,273.76

| Remaining Invoice Balance: | $0.00 |
|---|---|

Pick-up is between the hours of 9:30am - 3:30pm, Monday-Friday.  All items not picked up or where other shipping arrangements have not been conveyed and acknowledged by our gallery, within 5 business days of the sale date, will be moved to The UPS Store (all fees will be assessed by and paid to The UPS Store) or our off-site storage facility ($10 per day per lot for large items; $6 per day per lot for smaller items), at the buyer's expense. Roland Auctions will not be responsible or liable for any items left in the gallery after this allotted time. Any items left in storage after 90 days will be considered abandoned and ownership will revert to Roland NY.  No refunds will be given.

Your signature indicates that the inventory was picked up in satisfactory condition:

Thank you for bidding with Roland NY

**Exhibit Four**
**Jeffrey DeLuca - Nassau PA**
**Letter**

Whatever the appropriate determination of the foregoing, there is no possible rejoinder to Marianne's argument of the obvious - her 50% share of the estate far exceeds these sums. While not condoning what occurred, the court sees no useful purpose in directing Marianne to return funds she would end up being entitled to anyway. During the course of his administering this estate, the Public Administrator may rectify this inequality when distributing the assets between the beneficiaries.

The motion is denied.

This constitutes the decision and order of the court.

Dated: November 24, 2015

EDWARD W. McCARTY III
Judge of the
Surrogate's Court

Your Honor Judge Wiles:

Regarding the attachment and transcript of judgement placed on my building - 15 East 63rd Street by the attorney for the Public Administrator, namely Kenneth Mahon, for Jeffrey De Luca November 5, 2015. Exhibit One page 2, paragraph 7 clearly states that  it is invalid, having been vacated by the November 24, 2015 order of Judge McCarty, Order 31172 11:25/15 File no. 343100/O exhibit two, over ruling a prior order dated November 5, 2015.

The   11/05/2015 order was overruled by the November 24, 2015 Order of Judge McCarty . Exhibit Two

On November 27, 2015, Mr. Mahon filed a transcript of judgement of $1,046,214.59 twice for a total of $2,092,528.28, in contempt of the November 24, 2015 order of Judge McCarty.

I thank the court for taking notice of the incorrect filing of the Mahon Firm.

Jeffrey DeLuca retired after an audit, in 2018.

Respectfully submitted,

Marianne Nestor

Business Manager

Co- owner

15 East 63rd Street

New York New York

10065

Cc: Daniel Rudewicz
USTrustee

Your Honor Judge Wiles:

Regarding the attachment and transcript of judgement placed on my building - 15 East 63rd Street by the attorney for the Public Administrator, namely Kenneth Mahon, for Jeffrey De Luca November 5, 2015. Exhibit One page 2, paragraph 7 clearly states that it is invalid, having been vacated by the November 24, 2015 order of Judge McCarty, Order 31172 11:25/15 File no. 343100/O exhibit two, over ruling a prior order dated November 5, 2015.

The  11/05/2015 order was overruled by the November 24, 2015 Order of Judge McCarty . Exhibit Two

On November 27, 2015, Mr. Mahon filed a transcript of judgement of $1,046,214.59 twice for a total of $2,092,528.28, in contempt of the November 24, 2015 order of Judge McCarty.

I thank the court for taking notice of the incorrect filing of the Mahon Firm.

Jeffrey DeLuca retired after an audit, in 2018.

Respectfully submitted,

Marianne Nestor

Business Manager

Co- owner

15 East 63rd Street

New York New York

10065

Cc: Daniel Rudewicz
USTrustee

**Exhibit One**

# MARIANNE CASSINI

Jeffrey De Luca
Public Administrator Nassau County
240 Old Country Road Room 603
Mineola, New York 11571
Phone 516 571 5911
Reference: Oleg Cassini/Marianne Cassini

Via Federal Express & First Class Mail                    April 11, 2016

Dear Mr. Public Administrator, Jeffrey De Luca:

My name is Marianne Cassini, and I am the wife of Oleg Cassini for more than 30 years.
My Husband, Oleg and I have paid millions of dollars in taxes to Nassau County since 1978.

I called your office several times to speak with you, leaving my cell phone number.

Apparently, you did not think it important or relevant to take or return my call. No one from
your office returned my call, as well, which would have been basic courtesy.

The person answering the phone at your office number, advised to call the lawyer and the law
firm representing the Public Administrator of Nassau County, namely a Mr. Richard Kerins of
Mahon Mahon Kerins & O'Brien.

The aforementioned law firm is the cause of this letter and aforementioned telephone calls.
The subjects are discrimination, extortion, suborning bribery and incorrect filing of legal
papers.

To start at the top -

(a) Discrimination - Mr. Kerins referred to me and my sister - Oleg's wife and sister in law as
    "two broads" - a number of times, in the hallways of the Courthouse (Surrogate), and said he
    was going to "sell my homes and property".

    I am not a "broad" in the vernacular of your attorney, Mr. Kerins, nor is my sister.

    This denigration of females, and threatening behavior should not be tolerated in Nassau
or any County in the USA. This was documented in correspondence with former Surrogate
McCarty which is in the Court Records. A meeting was held by the Surrogate 11/25/14 reference
the matter and the Surrogate remonstrated against this behavior. Mr. Kerins stated that he knew
the former Surrogate, (J. McCarty), and was a friend of his for 35 years.

313 McCouns Lane    |    Oyster Bay Cove, NY 11771

Page 2

(b) Mr. Kenneth Mahon, of the same firm, picked up the ball from Mr. Kerins, as the representative of the Public Administrator of Nassau County, and made two (2) attempts at extortion, of which I have personal knowledge , as follows.

(i) The first was in the Library of the Courthouse (Surrogate) at a meeting arranged by Eugene Shifrin, a court attorney, who became involved end of 2013, and apparently orchestrated having a public administrator, which is peculiar and not customary with a living wife of decades, and many wills, all saying the same thing. Mr. Shifrin posts on the internet that he drafted the decisions. See Google - Eugene Shifrin. The meeting was set up and commenced by Mr. Shifrin who left, prior to Mr. Mahon's extortion speech. Kenneth Mahon, your attorney, was demanding $1, million plus dollars to "carve his firm out of the case". This is a prima facie example of extortion and suborning bribery. No bribe or monies were paid by me.

There were several witnesses to Mr. Mahon's attempt at extortion in the Library that day.

(ii) On July 15, 2015, in the hallway of the Courthouse, Mr. Mahon demanded $100K (as your representative) for a 3 week postponement regarding a routine motion. That request, which was later reduced that same day to $25K was made to my attorney J. Vincent Reppert. My sister, Peggy Nestor was there as well and heard Mr. Mahon. Everything is recorded and documented. The reduction of the sum demanded, was, as per Mr. Mahon, after he spoke with his client, the Public Administrator. Accordingly, Mr. Mahon was suborning bribery. No bribe was made by me.

When I last saw Mr. Mahon in the hallway of the Courthouse - March 3, 2016 - (Wednesday roll call), he confirmed that he had spoken with you, his client, regarding his demands of July 15, 2015.

Recently, I have learned that Mr. Mahon had improperly placed a lein on a property that is owned jointly by me and my sister, Peggy Nestor since 1984, the "alleged two broads", as referred to by your lawyer, Richard Kerins - Exhibit A.

The same lein for $1,046,214.59 was placed two (2) times by your attorney's, Mahon Mahon Kerins & O'Brien. This placement of a lein is palpably improper and wrong. There is no judgment against Marianne Cassini, Marianne Nestor Cassini, or Marianne Nestor.

Despite a clear directive from the Court - and order of former Surrogate Edward W. McCarty III dated November 24, 2015, Order #31172 11/24/15 File no: 343100/O, over ruling a prior order dated November 5, 2015, the Public Administrator, by his attorney, Kenneth Mahon, took a 11/05/15 order, which was overruled by the 11/24/15 order and filed on November 27, 2015, a Transcript of Judgment for $1,046,214.59, and filed it twice, total, $2,092,428.18.

313 McCouns Lane    Oyster Bay Cove, NY 11771

Page 3

The Transcript of Judgment was recorded (twice) as a lein against a property belonging to me and my sister. A copy of the Judgment lein search confirming the filing of the Transcript of Judgment is attached as Exhibit A.

What is indeed curious is the fact that Mr. Mahon, attorney for the Public Administrator, failed to take notice or ignored the decision of the Court, (J. Edward W. McCarty III) of November 24, 2015, and went ahead with filing a transcript of Judgment, 3 days after the Court's decision of November 24, 2014, (Decision 31172 - File no: 343100/O) recording a lein of $1,046,214.59 twice (two times) or: $2,092,408.18 on property owned by Peggy Nestor and me, on November 27, 2015.

Accordingly, since the Transcript of Judgment was obtained from an order (dated November 5, 2015) that was later overruled and revised by a subsequent Court order (dated November 24, 2015), the Judgments and leins filed by Kenneth P. Mahon, attorney for the Public Administrator, must be vacated entirely, and immediately. There is no authority for these leins.

Mr. Mahon's actions are wrong and I believe illegal. Either it is a mistake, or it is malicious, and sloppy from a greedy extortionist. It is certainly incorrect and was done in a sneaky and devious manner, as I found out about Mr. Mahon's actions by accident. He did not advise me or counsel. There was no notification and in fact these leins on my sister and my property were discovered and uncovered by accident.

It is shocking that your office should even be involved with a fraudulent time barred claim, (California Law on which the Christina Tierney Granata Belmont (aka Christina Cassini) claim is based).

The Statute of Limitations under California Law is one year or 10 years. The claim of an "alleged daughter", if ever valid, expired decades ago, or 1963. If not blood, it is what is in the Will which has been satisfied.

It does beg the question, why a Public Administrator should be involved, when there is a living Wife of decades and wills stating Oleg's wishes, signed by him, all the same more or less, which have been and are in the Court records. Something is very strange here and illogical.

I thought to write or speak with you prior to filing a motion, or any notoriety, on these subjects as it would be common courtesy, to you and respectful to your office.

This whole situation reads like an article in Newsday re: discrimination, extortion, and greed in Nassau County, based on a fraudulent time barred claim, which is being pushed by contingency attorneys, also using your clout and office as Public Administrator, to further their goals. Contingency in property matters, or marital is illegal, and not permitted.

313 McCouns Lane   |   Oyster Bay Cove, NY 11771

Page 4

Mr. Public Administrator, it is imperative that these two incorrect leins for $2,092,428.18, be removed immediately.   I would like an apology, as well, rendered to me for the shakedown, and incorrect leins filed, either by incompetency or malicious actions of the Public Administrator's hired guns, (lawyers) which would be appropriate.  My sister, co-owner of the property in question, (which we have owned since 1984), is extremely upset by the unlawful actions of your lawyers, re: her property, as well as the damage to her reputation.

This is a safe harbour notice to the Public Administrator of Nassau County, Mr. Jeffrey De Luca, by Marianne Cassini..

I sincerely hope you read this letter and act accordingly to correct the aforementioned mistake and remove these unlawful leins.

My cell phone number is (917) 371 9707.

A call by you would be appreciated confirming removal of these incorrect, and unlawful leins, and thank you in advance for your anticipated cooperation.

I will call you as well, prior to further action.


Very truly yours,


Marianne Cassini

313 McCouns Lane    Oyster Bay Cove, NY 11771

# Exhibit Five
# Certified Deed
# Dated 3/11/2026

Print Request ID 202602180000000588 - 0001

# CERTIFIED COPY

## CITY OF NEW YORK

## DEPARTMENT OF FINANCE

## OFFICE OF THE CITY REGISTER, MANHATTAN / NEW YORK COUNTY

The document attached hereto,

CRFN 2020000297552, CORRECT INDEX/DEED-OFFICE USE, recorded on
10-26-2020 12:07, page(s) 1 - 5

is a true and correct copy of the original document recorded in the Office of
the City Register of New York on as attested by the City Register on
02-18-2026 15:04

*Colette McClain-Jacques*

Colette McCain-Jacques
City Register



**2020102300818001001ED6AD**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 5

| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
|---|---|---|
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA

MANHATTAN   Year: 1984   Reel: 767   Page: 1840

### PARTIES

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 0.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed        10-26-2020 12:07
City Register File No.(CRFN):
2020000297552

*Annette M Hill*

*City Register Official Signature*



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|

2020102300818001001CD42D

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
| Document Type: CORRECT INDEX/DEED-OFFICE USE | | |

**PARTIES**
**GRANTEE:**
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010



**Department of Finance**

**To Whom It May Concern:**

**This document is placed in the index to reflect the name(s) of the owner(s) pursuant to a court order filed with this parcel.**

**Questions regarding this memorandum should be addressed to the City Register.**

**NYC Department of Finance**

**Division of Land Records**

**Office of the City Register**



Standard N Y B T U. Form 8002* 11 70 70M - Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation (single sheet

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

LIBER 767 PAGE 1840

**THIS INDENTURE,** made the 23RD day of FEBRUARY, nineteen hundred and eighty-four
**BETWEEN** KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los Angeles, California 90069

party of the first part, and MARIANNE NESTOR and PEGGY NESTOR, having an address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant 124 feet 6 inches Westerly from the corner formed by the inter-section of the Northerly side of 63rd Street and the Westerly side of Madison Avenue;

RUNNING THENCE Northerly parallel with THE WESTERLY SIDE OF Madison Avenue AND part of the distance through a party wall 100 feet 5 inches to the center line of the block; BETWEEN 63RD AND 64TH STREET

THENCE Westerly parallel with the Northerly side of 63rd Street 25 feet;

THENCE Southerly AND AGAIN parallel with Madison Avenue part of the distance through ANOTHER party wall 100 feet 5 inches to the Northerly side of 63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to the point or place of BEGINNING.

TAX MAP DESIGNATION

Dist.

Sec.

Blk. 1378

Lot(s): 12

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:



STATE OF NEW YORK, COUNTY OF N. Y.    ss.

On the 23 day of FEBRUARY 1984 , before me personally came

KATHERINE BROWNE    TO IN ORIGINAL

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she executed the same.

JOSEPH NURNBERG
Notary Public, State of New York
No. 00-0000000, New York County
Commission Expires March 30, 1975

STATE OF NEW YORK, COUNTY OF

On the    day of    19 , before me personally came

REEL 767 PAGE 1841

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

STATE OF NEW YORK, COUNTY OF    ss.

On the    day of    19 , before me personally came

to me known, who, being by me duly sworn, did depose and say that    he resides at No.

that    he is the

of

the corporation described in and which executed the foregoing instrument; that    he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that    he signed h    name thereto by like order.

STATE OF NEW YORK, COUNTY OF    ss.

On the    day of    19 , before me personally came

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that    he resides at No.

that    he knows

to be the individual described in and who executed the foregoing instrument; that    he, said subscribing witness, was present and saw execute the same; and that    he, said witness, at the same time subscribed h    name as witness thereto.

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No. M 21033

KATHERINE BROWNE

TO

SECTION
BLOCK  1378
LOT  12
COUNTY OR TOWN  NEW YORK
TAX BILLING ADDRESS  15 EAST 63 RD STREET

Recorded At Request of The Title Guarantee Company

RETURN BY MAIL TO:

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by
**TITLE GUARANTEE-NEW YORK**
A TICOR COMPANY

BOOTH, LIPTON & LIPTON
405 Park Avenue
New York, New York
ATT WILL SANSLER ESQ.    Zip No. 10022

RECORDED BY
LTIC ASSOC., INC.
41 East 42 Street
NEW YORK, N.Y. 10017
599-2170

OFFICE OF EQUITY REGISTER
New York County

84 FEB 27 PM 2: 17

KLINO CITY REGISTER

REAL ESTATE
FEB 27 1984
TRANSFER TAX
NEW YORK
COUNTY

$5.60

Attested 2/18/2026 3:04:53 PM