March 13, 2026

Hon. Michael E Wiles
United States Bankruptcy Court
One Bowling Green
New York New York
10004

FILED
U.S. BANKRUPTCY COURT

2026 MAR 13 P 3: 23

S.D.N.Y.

Your Honor

For your information the attached document shows the name of the company reviewing property damaged by the 2 deluges of water that happened during the Togut presence in our building. August 2, 025 & February 5, 2026.

These damages need to be paid, by the Togut Firm.

Respectfully submitted

Marianne Nestor
Building Manager
co- owner
15East 63rd Street
New York New York
10065

# O'Toole-Ewald Art Associates, Inc.
### NEW YORK • VENICE

COMPASS INVESTIGATORS & ADJUSTERS, INC.
CLAIM NO.: 97202856

## FURNITURE

| | |
|---|---|
| CROSS-REF.: | Rudert 2017 - "*Italian Contemporary Black 'Lacquer Finish' Square Coffee Table*" |
| ITEM: | CONTEMPORARY BLACK LACQUERED COFFEE TABLE |
| ORIGIN: | Italy |
| DATE: | 20th Century |
| DESCRIPTION: | Square top raised on block legs; overall lacquered black. |
| DIMENSIONS: | 18 inches (Height)<br>48 inches (Square) |
| DESCRIPTION OF DAMAGE: | **O'Toole-Ewald noted the following pre-existing condition:**<br><br>Molded side area with very slight scuff marks unrelated to one-time incident.<br><br>**Condition related to the one-time incident:**<br><br>Overall superficially soiled. |
| PROPOSED RESTORATION: | Clean. |
| ESTIMATED COST OF RESTORATION: | $ 100.00 |
| CLAIMED COST OF RESTORATION: | $ 800.00 (Re-lacquer) - As per Rudert 2017 |
| CLAIMED VALUE: | $ 3,500.00 - As per Rudert 2017 - O-E does not refute this value. |
| CLAIMED VALUE AFTER DAMAGE: | $ 2,700.00 - As per Rudert 2017 |

# O'Toole-Ewald Art Associates, Inc.

NEW YORK • VENICE

COMPASS INVESTIGATORS & ADJUSTERS, INC.
CLAIM NO.: 97202856

<u>FURNITURE</u>

| | |
|---|---|
| ITEM: | **CONTEMPORARY BLACK LACQUERED COFFEE TABLE** |
| CLAIMED LOSS: | $ 1,600.00 - As per Rudert 2017 - This loss is unsubstantiated. No loss in value allotted to contemporary manufactured items with superficial damage which can be fully restored to pre-existing condition. |
| REPLACEMENT VALUE: | $ 3,500.00 |
| LOSS IN VALUE AFTER RESTORATION: | No loss in value. |
| RECOMMENDATION: | Compensate insured for estimated cost of cleaning, $100. |



## 2017    ITALIAN CONTEMPORARY BLACK 'LACQUER FINISH' SQUARE COFFEE TABLE

Roll-edge top.  Massive square legs.
48" x 48" x 18" high.

VPD:  3,500.
VAD:  2,700.
+ Relacquer: 800.
Loss: 1,600.