TOGUT, SEGAL & SEGAL LLP
Brian F. Moore, Esq.
Martha E. Martir, Esq.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

*Attorneys for Albert Togut*
*Not Individually But Solely in*
*His Capacity as Plan Administrator*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                                       :
In re:                                                                 :   Chapter 11
                                                                       :
PEGGY NESTOR,                                                          :   Case No. 23-10627 (MEW)
                                                                       :
                                        Debtor.                        :
                                                                       :
---------------------------------------------------------------------- x

### NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE
### AND (II) FINAL DEADLINES FOR FILING CERTAIN CLAIMS

       **PLEASE TAKE NOTICE** that on March 13, 2026, the United States
Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
entered an order [Docket No. 987] (the "Confirmation Order") approving the *Disclosure
Statement for the Amended Chapter 11 Trustee's Plan* [Docket No. 872] on a final basis and
confirming the *Amended Chapter 11 Trustee's Plan* [Docket No. 954] (the "Plan").[1]

       **PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan,
including the closing of the sale of 15 East 63rd Street, New York, New York 10065
contemplated therein, occurred on March 17, 2026 (the "Effective Date").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation
Order, the exculpation and release provisions in Article IX of the Plan are now in full
force and effect.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 8.3 of the
Plan, all Proofs of Claim with respect to Claims arising from the rejection of Executory
Contracts and/or Unexpired Leases pursuant to the Plan, if any, must be filed with the
Bankruptcy Court no later than thirty (30) days after the later of service of (a) notice of
entry of an order approving the rejection of such Executory Contract and/or Unexpired
Lease which Order may be the Confirmation Order, and (b) notice of occurrence of the
Effective Date (*i.e.*, **April 16, 2026)** (the "Rejection Claims Bar Date").  Any such Proofs

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
      Plan.

of Claim not timely filed by the Rejection Claims Bar Date shall be forever barred from assertion against the Estate, and any and all of the Assets of the Estate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 2.1 of the Plan, except as otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment of Administrative Claims incurred on or after November 1, 2024 through and including the Effective Date must be filed with the Court within thirty (30) days of the Effective Date (*i.e.*, **April 16, 2026)** (the "Administrative Claims Bar Date").  Any request for payment of an Administrative Claim that is not timely filed as set forth above shall be forever barred, and Holders of such Claims shall not be able to assert such Claims in any manner against the Debtor, the Estate, the Trustee, the Trustee Professionals or any of the foregoing parties' accountants, advisors, agents, attorneys, consultants, directors, employees, members, officers and representatives.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 2.4 of the Plan, the deadline to file final requests for payment of Professional Fee Claims is **April 16, 2026** (*i.e.*, 30 days after the Effective Date).

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions, including the Plan Supplement, are binding on the Debtor, the Plan Administrator, and any Holder of a Claim against or Equity Interest in, the Debtor and such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all other documents filed in the Debtor's Chapter 11 Case are available for a fee via PACER at:  http://www.nysb.uscourts.gov.  **PLEASE NOTE: The Plan Administrator's counsel cannot give you legal advice.**

Dated:   March 17, 2026
         New York, New York

ALBERT TOGUT, not individually but solely in his capacity as Plan Administrator, By His Attorneys, TOGUT, SEGAL & SEGAL LLP, By:

*/s/ Brian F. Moore*
BRIAN F. MOORE
MARTHA E. MARTIR
One Penn Plaza, Suite 3335
New York, New York 10119
Tel:  (212) 594-5000
Facsimile:  (212) 967-4258
Email:  bmoore@teamtogut.com
            mmartir@teamtogut.com

2